MR
FILED
6/14/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
RC

RECEIVED
E.C
5/7/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-CV-03707
RANDOM
PC 7

JUDGE BUCKLO
MAGISTRATE JUDGE COLE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MURRAY COBB

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

LAKE COUNTY JAIL
DEPUTY CHIEF - NICHOLAS KALFAS
HEALTH SERVICE ADMIN - TARYN WEILER
DR. NICHOLAS PAPANOS
LAKE COUNTY SHERIFF, JOHN D. IDLEBURG

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

**X** COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: MURRAY L. COBB

   B. List all aliases: SAM FINCH, LAMONT COBB,

   C. Prisoner identification number: L#45127

   D. Place of present confinement: LAKE COUNTY JAIL

   E. Address: 18 N. COUNTY ST. WAUKEGAN, IL 60085

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: NICHOLAS KALFAS

      Title: DEPUTY CHIEF

      Place of Employment: LAKE COUNTY JAIL

   B. Defendant: TARYN WEILER

      Title: HSA, HEALTH SERVICE ADMINISTRATOR

      Place of Employment: LAKE COUNTY JAIL

   C. Defendant: DR. NICHOLAS, PAPANOS

      Title: DOCTOR

      Place of Employment: LAKE COUNTY JAIL

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 2 OF 2. ADDITIONAL

III.
- A. DEFENDANT: JOHN D. IDLEBURG
- B. TITLE: SHERIFF, KEEPER OF THE LAKE COUNTY JAIL:
- C. PLACE OF EMPLOYMENT: 25 SOUTH MARTIN LUTHER KING Jr. AVE, WAUKEGAN, IL 60085

IIII.
- A. DEFENDANT: RUTHANNE K. HALL
- B. TITLE. COUNTY OF LAKE, PURCHASING MANAGER
- C. PLACE OF EMPLOYMENT: 18 N. COUNTY 9TH FLOOR, WAUKEGAN IL, 60085

IIIII.
- A. DEFENDANT: CINDY WATSON
- TITLE; PRESIDENT, LOCAL GOVERNMENT HEALTH, lake_co_il — wellpath.pdf

IIIIII.
- A. DEFENDANT: WELLPATH LLC
- B. TITLE: CHIEF LEGAL OFFICER
- C. PLACE OF EMPLOYMENT: 1283 Murfreesboro ROAD, SUITE 500 NASHVILLE, TN 37217

IIIIII

A. DEFENDANT; SAHAIRA, LOPEZ

B. TITLE: "SGT." GRIEVANCE COORDINATOR

C. PLACE OF EMPLOYMENT; LAKE COUNTY JAIL
WAUKEGAN IL, 60085
18 N COUNTY ST.

A. DEFENDANT; GEORGE D. STRICKLAND

B. TITLE; LAKE COUNTY JUDGE

C. PLACE OF EMPLOYMENT; LAKE COUNTY COURT HOUSE COURTROOM T812

A. DEFENDANT; RUSSEL C. CASKEY

B. TITLE; ASSISTANT STATE'S ATTORNEY

C. LAKE COUNTY STATE'S ATTORNEY OFFICE
WAUKEGAN IL, 60085

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Cobb V Fitch ect al) 14CV-00605

B. Approximate date of filing lawsuit: 2014 JAN 27th

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: SELF Murray L. Cobb

D. List all defendants: TED UICHIEK, DR. MIZUNO, SCOTT A. FITCH, SUSAN WILLIAMS DAVIS, Correct Care Solutions, WEXFORD HEALTH SOURCE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 7th DISTRICT NORTHERN DIVISION

F. Name of judge to whom case was assigned: Judge ROBERT M DOW JR.

G. Basic claim made: INADAQUATE MEDICAL CARE, DELIBERATE INDIFFERANCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): FULLY COMPLETED SUCCESSFULLY

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

"1") ON 1-2-23 I WAS ADMITTED TO LCS, IN OCTOBER OF 2022 I HAD 10% OF THE LEFT SIDE OF MY BODY BURNED BADLY WITH 2nd DEGREE BURNS, HAD SKIN GRAFTS DONE ON LEFT ARM, LEFT SIDE OF STOMACH AND CHEST, HAD FOLLOW UP REFFERALS FOR BURN SPECIALIST ON 3-3-23 AT 1:15 PM, AND WAS DENIED BY DR. NICHOLAS PAPANOS, DEPUTY CHIEF KALFAS, HSA TARYN WEILER," ALSO MY PRESIDING JUDGE GEORGE STRICTLAND COURT RM. 812 WAUKEGAN IL, "2" ALSO I WAS TAKEN OFF OF MY NERVE DAMAGE MEDICATION 1800 MG NEAUROTIN, THAT I'VE BEEN TAKING FOR DOUBLE DIDGET YEAR'S FOR CHRONIC ILLNESS, "3" WAS ALSO TAKEN OFF OF MY PAIN MEDICATION TROMADOL FOR CHRONIC ILLNESS, "4" REFUSED A DOUBLE MATTRESS PERMIT FOR MY SEVERE PAIN IN MY LUMBAR SPINE, CERVICAL SPINE, "5" ALSO DENIED LOWER GALLERY CELL MADE TO WALK UP AND DOWN 2 FLIGHT'S

OVER

4                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

OF STAIRS DAILY IN EXTREME PAIN DUE TO SCIOTICA IN BOTH OF MY HIP'S ALONG WITH MY LUMBAR SPINE, AND CERVICAL SPINE ILLNESS THAT'S IN MY MEDICAL FILES AND IV'E PREVIOULSY HAD WHILE IN LAKE COUNTY JAIL, "6" ALSO BEING PLACED AS A DIABETIC AND DIABETIC FOOD TRAY'S EVEN AFTER DOING BLOOD WORK ON JAN 6TH AND MY A1C COMING BACK AS 6.2% OF 7% BEING NEGATIVE, STILL HAVING BLOOD PRICK'S DONE 3 DAY'S A WEEK MON, WED, FRI,

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEND ME TO SEE BURN SPECIALIST, MONEYTARY DAMAGE FOR PAIN AND SUFFERING CAUSED BY THOSE REFUSING ME TREATMENT AND PROPER MEDICATIONS FOR MY PAIN. DOUBLE MATTRESS, BE PLACED ON FIRST FLOOR TIER, TAKEN OFF OF MY NERVE DAMAGE MEDICATION "NEOROTIN," FOR NO REASON MEDICALLY

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __23__, 20__24__

__Murray L. Cobb__
(Signature of plaintiff or plaintiffs)

__MURRAY L. COBB__
(Print name)

__L45127__
(I.D. Number)

__18 NORTH COUNTY STREET, WAUKEGAN IL 60085__
(Address)