5-1-24

I MURRAY COBB A INMATE OF LAKE COUNTY JAIL, WAUKEGAN IL, 60079-0038, I WAS ARRESTED ON 1-1-23, TAKEN TO AND BOOKED INTO LAKE COUNTY JAIL ON 1-2-23, RESIDED AT LAKE COUNTY JAIL UNTIL 1-8-24 AT WHICH TIME I WAS TRANSFERRED TO MCHENRY COUNTY JAIL TO BE HOUSED FOR LAKE COUNTY JAIL, AFTER A CONTRAC WAS SIGHNED BY BOTH COUNTY'S, FOLLOWING THE SAFE-T-ACT COMING INTO LAW. MCHENRY COUNTY JAIL COURT'S SYSTEM RELEASED MOST OF IT'S INMATE'S AND LAKE COUNTY INMATES INCREASED AND HOUSED 150 OF THERE INMATES AT MCHENRY COUNTY JAIL, WHERE I AM NOW HOUSED AT BUT "STILL PROPERTY OF THE LAKE COUNTY JAIL".

SINCERLEY: Murray Cobb

McHENRY COUNTY ADULT CORRECTIONAL FACILITY
DETAINEE/INMATE REQUEST FORM

JAIL ID: __150 495__

NAME: __Murray Cobb__ DATE: __4-23-24__ BLOCK/CELL #: __3 - 111__

PLACE AN ITEM TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION
BELOW. ONE REQUEST PER SHEET.

| | | | |
|---|---|---|---|
| ____ | PROPERTY OFFICER | _X_ | PROGRAMS OFFICER __Kuthe__ |
| ____ | MEDICAL ATTENTION | ____ | LAW LIBRARY |
| ____ | CHAPLAIN ASSISTANCE | ____ | CLASSIFICATION |
| ____ | REQUEST TO SEE PUBLIC DEFENDER | ____ | SERGEANT |
| ____ | MENTAL HEALTH COUNSELOR | ____ | LIEUTENANT |
| ____ | OTHER REQUEST | ____ | ADMINISTRATION |

____ DISCIPLINARY APPEAL (COPY OF DISCIPLINARY FINDINGS MUST BE ATTACHED)

____ GRIEVANCE

____ GRIEVANCE APPEAL (COPY OF GRIEVANCE RESPONSE MUST BE ATTACHED)

REMARKS: __I NEED TRUST FUND ACCOUNT TRANSACTION__
__STATEMENT FOR A YEAR OR AS FAR BACK AS__
__POSSIBLE, LAKE COUNTY ALSO IF POSSIBLE, I'LL__
__SIGHN ANY PAPER WORK REQUIRED.__
__THANK YOU VERY MUCH__

☐ CHECK BOX IF REMARKS CONTINUED ON BACK OF FORM.

OFFICER RECEIVING: __Samp 2260__ DATE __04/22/24__ TIME __1755__
ACTION TAKEN: __Forward to Program__

REFERRED TO: _____ DATE __4-23-24__ TIME __0830__
ACTION TAKEN: __Completed. Waiting On Lake Co. Portion__
OFFICER _____ ID # __1971__

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

# Filing a Civil Case Without an Attorney:

## *Prisoner Civil Rights*

### Forms & Instructions



## United States District Court
## for the Northern District of Illinois

Revised 06/23/2016

## INSTRUCTIONS FOR FILING
## A COMPLAINT UNDER THE CIVIL RIGHTS ACT
### 42 U.S.C. § 1983 (against state, county, or municipal defendants)
or
### A "BIVENS" ACTION, 28 U.S.C. § 1331
### (against federal defendants)

### Complaint Form

This packet includes a complaint form and one application to proceed in forma pauperis (as a poor person) with financial affidavit. Local Rule 81.1 of the Local Rules of this court requires prisoners in custody filing suit under 42 U.S.C.§1983 to use the court's form. This form is not something submitted with the complaint, it is the complaint. All questions on this form must be answered on the form. (You may attach additional sheets if necessary to complete your answer.) It is not permitted to answer a question "see attached" or "see attached complaint." Such complaints may be summarily dismissed without prejudice. If you should choose to draft your own complaint instead of using the court's form, you must still include the information asked for in the court's form.

To bring a lawsuit, you must submit a complaint bearing your original signature. If you do not have access to a photocopier, you may request more copies of the complaint form from the Clerk of the Court so that you may make conformed copies. You should keep a copy of the complaint for your own records. In forma pauperis status does not entitle you to free copies of court records or documents. Therefore, the Clerk of the Court must charge you if you need photocopies of your complaint or any other motion or document.

If your defendants are state, county, or municipal employees, you should file your case under 42 U.S.C. § 1983. If your defendants are employees of the United States Government, you should file your case under 28 U.S.C. § 1331. If neither statute applies, you should cite the applicable statute, if known.

Your complaint and all other documents must be legibly handwritten or typewritten on one side of letter-sized (8½" x 11") paper and signed by all plaintiffs. It is not necessary to swear to the complaint before a notary public. However, you are warned that any false statement of a material fact may subject you to dismissal of your case as well as prosecution and conviction for perjury.

All questions must be answered concisely in the proper space on the forms. If you need additional space to answer a question, you may use additional blank pages. YOUR COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. You are required only to state the facts. You must describe how each defendant is personally involved in the activities upon which your claim is based.

### Personal Identifiers

Federal Rules of Civil Procedure 5.2 addresses privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-

**Other PLRA Provisions**

You should be aware of several other provisions of the PLRA. (1) "Three Strike" Provision. If you file three cases or appeals that are dismissed as frivolous, malicious, or failing to state a claim, you will be barred from filing any more cases in forma pauperis unless you are in imminent bodily danger. Some common examples of dismissals that will count toward the three-strike limit include, but are not limited to, failure to name a suable and non-immune defendant; failure to allege facts that would indicate a violation of a federal right; dismissal of your action in response to a defendant's motion to dismiss for failure to state a claim upon which relief may be granted; dismissal of an appeal as frivolous or not taken in good faith. Note: If the district court dismisses your case for one of these reasons, that will count as one strike. If you appeal the dismissal and the court of appeals dismisses your appeal, that may count as a second strike. (2) Exhaustion. You are now required to exhaust all your available administrative remedies before bringing an action in federal court. (3) Physical Injury. The law now provides that a prisoner, while confined, may not file a federal claim for mental or emotional injury suffered while in custody without a prior showing of physical injury.

**U.S. Marshal's Forms and Summons**

USM 285 forms should be completed and submitted at the time you submit your complaint. Summons will be prepared and issued by the Clerk's office, pursuant to a court order. You must complete a separate USM 285 form for each named defendant, giving the address where the U.S. Marshal can attempt to serve that defendant. No summons will be sent to you. You must provide a completed USM 285 form for each defendant named in your complaint.

**Where to File**

Your complaint should be filed in this district only if one or more of the named defendants resides within this district or if the events upon which you base your complaint took place in this district. The following Illinois Correctional Centers are located in the Northern District of Illinois: Stateville, Joliet, Sheridan, and Dixon. A complaint filed in this court against officials at other state prisons may be subject to dismissal or transfer to the proper district. When these forms are properly completed, mail them to Prisoner Correspondent, United States District Court, 219 S. Dearborn Street, Chicago IL 60604. Complaints concerning claims arising at the Dixon Correctional Center should be sent to the Clerk, United States District Court, 327 S. Court Street, Rockford, IL 61101. Always keep the court informed of your address; failure to do so may result in dismissal of your case.

security number or taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number. Please review the rule for a complete listing and exceptions.

**Filing Fee**

The filing fee is $400. In addition, the United States Marshal may require you to pay the cost of serving the complaint on each of the defendants. If you are unable to pay the filing fee of $400 and service costs for this action, you must petition the court to allow you to proceed in forma pauperis (that is, without prepaying costs and fees).

The Prison Litigation Reform Act ("PLRA") has changed the process for proceeding in forma pauperis. Even if you are granted leave to proceed in forma pauperis, you will be responsible for paying the full amount of the $400 fee for filing a complaint or the $505 fee for filing an appeal in installment payments. The initial installment is 20 percent of the greater of (1) the average monthly deposits (including any state pay and gifts) to your inmate trust fund account or (2) the average monthly balance in your account for the six-month period immediately preceding the filing of your complaint or notice of appeal. The court will calculate the initial installment and inform the institution having custody of you to remit this amount.

After the first installment is paid, you will be required to make monthly payments of 20 percent of the preceding month's income credited to your account. You should not send these monthly payments yourself. The institution having custody of you will forward the payments from your account to the clerk of the court each time the amount in your account exceeds $10 until the filing fees are paid in full.

If you have no assets or other means to pay the initial installment, you will still be allowed to bring your action or appeal. However, you will be required to pay the entire filing fee in installments as described above as money becomes available in your account.

If a court issues a judgment against you that includes the payment of costs, you will be required to pay these costs and they will be collected in the same manner as your filing fee.

**In Forma Pauperis Application**

To file your application to proceed in forma pauperis, you must complete, sign, and attest as true and correct under penalty of perjury the enclosed application and financial affidavit. You must have an authorized officer at the correctional institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. You must also attach a certified copy showing all transactions in your inmate trust fund account from each institution where you resided for the six-month period immediately preceding the filing of your complaint. If you have been in more than one institution during the past six months, you must attach trust fund accounts from each institution. If there is more than one plaintiff, then each plaintiff must complete a separate in forma pauperis application and attach a copy of his or her trust fund account.

# 🖶Permission to Administer PPD Test - CMG

| | | | |
|---|---|---|---|
| **Patient ID:** | L45127 | **Location:** | 4 N : 28 : 1 |
| **DOB:** | 11/11/1968 | **Interviewer:** | RN Bender, Jayne (01/02/2023 1308) |
| **Age:** | 54 | | |

**MURRAY LAMONTE COBB**
**#L45127-011**

---

**Tuberculosis Tuberculin PPD is used as an aid to the physician in the diagnosis of tuberculosis (TB) infection. A minute amount of the solution is injected just under the skin usually on the forearm. The nurse will check this area for delayed hyper-sensitivity reaction in 48-72 hours. This delayed reaction is usually a sign of previous exposure to tuberculosis bacteria. This infection may have occurred years ago, or may be more recent in origin. Therefore, a person showing a positive reaction may or may not show active tuberculosis disease. A chest X-ray is recommended if hypersensitivity is present.**

| | | |
|---|---|---|
| I have read the above information and have had the opportunity to have my questions answered. I agree to TB testing by PPD. I understand the PPD test must be read in 48-72 hours after being administered. I have never had a positive reaction to a TB skin test (TST) nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read. | ☑ | |
| I refuse to have a PPD test for tuberculosis infection. | ☐ | |
| Patient Signature | MURRAY LAMONTE COBB | 01/02/2023 |

## Signatures



- **User**      RN Bender, Jayne
- **Category**      Patient
- **Date**      01/02/2023 1308

# 🔒Authorization and Consent to Medical Examination and/or Treatment - CMG

| | |
|---|---|
| Date Created: | 01/02/2023 1305 |
| Last Saved: | 01/02/2023 1305 |

## MURRAY LAMONTE COBB
### #L45127-011

**English:**

| I authorize the responsible physician or designee at the Lake, IL county jail to administer medical examinations and/or treatment as necessary while I am incarcerated. I also authorize any medical, dental, or mental health information to be exchanged with medical facilities or providers, or other correctional institutions, as it pertains to my treatment | | |
|---|---|---|
| Signature of Patient or Person Authorized to Consent | MURRAY LAMONTE COBB | 01/02/2023 |

**Spanish:**

| Yo autorizo al médico o persona designada responsable en la Lake, IL cárcel del condado para administrar examinacion medica y/o tratamiento como sea necesario mientras encarcelado. Yo tambien autorizo que informacion sobre mi condicion medica, dental, salud mental, o uso de drogas o alcohol, ser cambiadas con otras instituciones como pertenezcan a mi tratamiento. | | |
|---|---|---|
| Signature of Patient or Person Authorized to Consent | | |

## Signatures

- **User**       RN Bender, Jayne
- **Category**   Patient
- **Date**       01/02/2023 1306

6/30/23, 1:30 PM       CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Mental Health Structured Progress Note, Interviewer: MHPD Barnhart, Mar...

# 🖰Mental Health Structured Progress Note

| Patient ID: | L45127 | Interviewer: | MHPD Barnhart, Marie (03/13/2023 1455) |
| DOB: | 11/11/1968 | | |

## MURRAY LAMONTE COBB #L45127-011

| | | |
|---|---|---|
| Allergies: | NKMA | |
| Gender: | ◉ Male | |
| Referred from: | ◉ Sick Call | |
| Reason for referral/Subjective finding: | PT PRESENTED AS ALERT/ORIENTED, CALM WITH NO ACUTE DISTRESS NOTED. PT DENIED ANY CURRENT EMERGENT MH NEEDS. PT DENIED ANY CURRENT SI/HI AND ABLE TO CONTRACT FOR SAFETY. PT REPORTED DIFFICULTY SLEEPING AND REQUESTED AN INCREASE IN MEDICATION. WRITER INFORMED PT THAT PT WAS LAST SEEN BY PSYCH 02/21 WITH 90-DAY FOLLOW-UP RECOMMENDED AND THAT HE WOULD HAVE AN OPPORTUNITY TO REVIEW HIS MEDICATIONS DURING HIS FOLLOW-UP APPT. WRITER ATTEMPTED TO DISCUSS COPING STRATEGIES WITH PT. DESPITE ENCOURAGEMENT, PT DECLINED TO DISCUSS COPING STRATEGIES OR TECHNIQUES WITH WRITER. | |
| Appearance: | ☑ Appropriate | |
| Speech: | ☑ Appropriate | |
| Mood: | ☑ Appropriate | |
| Affect: | ☑ Appropriate | |
| Thought Form: | ☑ Coherent | |
| Thought Content: | ☑ Appropriate | |
| Orientation: | ☑ Person<br>☑ Place<br>☑ Time<br>☑ Situation | |
| Intelligence: | ☑ Average | |
| Memory: | ☑ Intact | |
| Insight: | ☑ Good | |
| Judgment: | ☑ Good | |
| Behavior: | ☑ Appropriate | |
| Medication Adherent? | ◉ Yes | |
| Suicidal Ideations Noted? | ◉ No | PT DENIED |
| Homicidal Ideations Noted? | ◉ No | PT DENIED |
| (Please check all that apply): | ☑ MH to Follow-up PRN or through sick call | |
| Refer to: | ☑ Psychiatry | CONTINUE WITH PSYCHIATRY AT NEXT SCHEDULED APPT |
| Education: | PT EDUCATED TO INFORM CUSTODY STAFF REGARDING ANY FUTURE MH NEEDS/CONCERNS. | |

# 🏥 Mental Health Structured Progress Note

| | |
|---|---|
| Patient ID: | L45127 |
| DOB: | 11/11/1968 |
| Interviewer: | MHPD Barnhart, Marie (01/09/2023 1922) |

## MURRAY LAMONTE COBB #L45127-011

| | | |
|---|---|---|
| Allergies: | NKMA | |
| Gender: | ◉ Male | |
| Referred from: | ◉ Nursing/Medical | ROUTINE REFERRAL FROM INTAKE DUE TO CURRENT MH TX |
| Reason for referral/Subjective finding: | PT PRESENTED AS ALERT/ORIENTED, COOPERATIVE, ENGAGED IN CONVERSATION. PT DENIED ANY CURRENT MH NEEDS. PT DENIED ANY SI/HI. PT RECEIVING CURRENT PSYCH MEDICATION, NO MHA ON FILE, MH TO COMPLETE INITIAL MHA FOR RECORD. | |
| Appearance: | ☑ Appropriate | |
| Speech: | ☑ Appropriate | |
| Mood: | ☑ Appropriate | |
| Affect: | ☑ Appropriate | |
| Thought Form: | ☑ Coherent | |
| Thought Content: | ☑ Appropriate | |
| Orientation: | ☑ Person<br>☑ Place<br>☑ Time<br>☑ Situation | |
| Intelligence: | ☑ Average | |
| Memory: | ☑ Intact | |
| Insight: | ☑ Good | |
| Judgment: | ☑ Good | |
| Behavior: | ☑ Appropriate | |
| Medication Adherent? | ◉ Yes | |
| Suicidal Ideations Noted? | ◉ No | PT DENIED |
| Homicidal Ideations Noted? | ◉ No | PT DENIED |
| (Please check all that apply): | ☑ MH Follow-Up (Specify # days/date): | PT RECEIVING CURRENT PSYCH MEDICATION, NO MHA ON FILE, MH TO COMPLETE INITIAL MHA FOR RECORD |
| Refer to: | ☑ Psychiatry | MEDICATION MAINTENANCE |
| Education: | PT EDUCATED TO INFORM CUSTODY STAFF FOR ANY FUTURE MH SYMPTOMS/NEEDS. | |

6/30/23, 1:25 PM                           CorEMR - COBB, MURRAY LAMONTE :: Diagnostics | v5.5.0

| Item | Lab Result | Units | Range | Status | Abnormal Flags | Date Observed | Notes |
|---|---|---|---|---|---|---|---|
| Hematology Comments: | CB | | | X | | 03/01/2023 0627 | |
| Comp. Metabolic Panel (14) | | | | | | | |
| Glucose | CB | 80 | mg/dL | 70-99 | F | | 03/01/2023 0702 | |
| BUN | CB | 10 | mg/dL | 6-24 | F | | 03/01/2023 0702 | |
| Creatinine | CB | 0.91 | mg/dL | 0.76-1.27 | F | | 03/01/2023 0701 | |
| eGFR | CB | 100 | mL/min/1.73 | >59 | F | | 03/01/2023 0701 | |
| BUN/Creatinine Ratio | CB | 11 | | 9-20 | F | | 03/01/2023 0702 | |
| Sodium | CB | 142 | mmol/L | 134-144 | F | | 03/01/2023 0603 | |
| Potassium | CB | 4.5 | mmol/L | 3.5-5.2 | F | | 03/01/2023 0604 | |
| Chloride | CB | 105 | mmol/L | 96-106 | F | | 03/01/2023 0603 | |
| Carbon Dioxide, Total | CB | 26 | mmol/L | 20-29 | F | | 03/01/2023 0609 | |
| Calcium | CB | 8.9 | mg/dL | 8.7-10.2 | F | | 03/01/2023 0609 | |
| Protein, Total | CB | 6.1 | g/dL | 6.0-8.5 | F | | 03/01/2023 0705 | |
| Albumin | CB | 4.3 | g/dL | 3.8-4.9 | F | | 03/01/2023 0629 | |
| Globulin, Total | CB | 1.8 | g/dL | 1.5-4.5 | F | | 03/01/2023 0705 | |
| A/G Ratio | CB | 2.4 | | 1.2-2.2 | F | H | 03/01/2023 0705 | |
| Bilirubin, Total | CB | 0.4 | mg/dL | 0.0-1.2 | F | | 03/01/2023 0706 | |
| Alkaline Phosphatase | CB | 63 | IU/L | 44-121 | F | | 03/01/2023 0708 | |
| AST (SGOT) | CB | 32 | IU/L | 0-40 | F | | 03/01/2023 0708 | |
| ALT (SGPT) | CB | 43 | IU/L | 0-44 | F | | 03/01/2023 0707 | |

6/30/23, 1:25 PM                    CorEMR - COBB, MURRAY LAMONTE :: Diagnostics | v5.5.0

## MURRAY LAMONTE COBB

### #L45127-011

Chronic Care, Withdrawal History, Mental Health Patient, Mental Health-Special Needs

Sex: Male
Aliases: CIMIS04382
DOB: 11/11/1968 (Age 54)
Height: 5ft 11in
Weight: 200 lbs
SSN: 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
Agency: County
Location: 4 N : 28 : 1
Patient ID: L45127
Allergies:
NKMA

Diagnostics
# Lab 005139408702023

Report Date: 01/06/2023 0810
Specimen Received Date: 01/05/2023 0000
Collection Date: 01/05/2023 0930
Ordering Provider: K EHLERT

✔ Approved - 06/06/2023 1910

## Performing Lab
CB :: LabCorp Dublin :: 6370 Wilcox Road :: 8002827300 :: PhD Scanzillo, Nathan T

| Item | | Lab Result | Units | Range | Status | Abnormal Flags | Date Observed | Notes |
|---|---|---|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | | | | |
| WBC | CB | 6.7 | x10E3/uL | 3.4-10.8 | F | | 01/06/2023 0548 | |
| RBC | CB | 4.42 | x10E6/uL | 4.14-5.80 | F | | 01/06/2023 0548 | |
| Hemoglobin | CB | 11.7 | g/dL | 13.0-17.7 | F | L | 01/06/2023 0548 | |
| Hematocrit | CB | 36.8 | % | 37.5-51.0 | F | L | 01/06/2023 0548 | |
| MCV | CB | 83 | fL | 79-97 | F | | 01/06/2023 0548 | |
| MCH | CB | 26.5 | pg | 26.6-33.0 | F | L | 01/06/2023 0548 | |
| MCHC | CB | 31.8 | g/dL | 31.5-35.7 | F | | 01/06/2023 0548 | |
| RDW | CB | 15.2 | % | 11.6-15.4 | F | | 01/06/2023 0548 | |
| Platelets | CB | 316 | x10E3/uL | 150-450 | F | | 01/06/2023 0548 | |
| Neutrophils | CB | 58 | % | Not Estab. | F | | 01/06/2023 0548 | |
| Lymphs | CB | 29 | % | Not Estab. | F | | 01/06/2023 0548 | |
| Monocytes | CB | 11 | % | Not Estab. | F | | 01/06/2023 0548 | |
| Eos | CB | 1 | % | Not Estab. | F | | 01/06/2023 0548 | |
| Basos | CB | 1 | % | Not Estab. | F | | 01/06/2023 0548 | |
| Immature Cells | CB | | | | X | | 01/06/2023 0548 | |
| Neutrophils (Absolute) | CB | 3.9 | x10E3/uL | 1.4-7.0 | F | | 01/06/2023 0548 | |
| Lymphs (Absolute) | CB | 2.0 | x10E3/uL | 0.7-3.1 | F | | 01/06/2023 0548 | |
| Monocytes(Absolute) | CB | 0.7 | x10E3/uL | 0.1-0.9 | F | | 01/06/2023 0548 | |
| Eos (Absolute) | CB | 0.1 | x10E3/uL | 0.0-0.4 | F | | 01/06/2023 0548 | |
| Baso (Absolute) | CB | 0.0 | x10E3/uL | 0.0-0.2 | F | | 01/06/2023 0548 | |
| Immature Granulocytes | CB | | % | Not Estab. | F | | 01/06/2023 0548 | |
| Immature Grans (Abs) | CB | 0.0 | x10E3/uL | 0.0-0.1 | F | | 01/06/2023 0548 | |
| NRBC | CB | | | | X | | 01/06/2023 0548 | |

6/30/23, 1:26 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Psychiatric Provider Progress Note, Interviewer: Psych Hirsch, Alan R (20...

|  | | EKG | |
|---|---|---|---|
|  | ✓ | Other | |
| Patient Education: | ✓ | **Discussed risks, benefits, and alternatives to recommended therapy.** | |
|  | ✓ | **Patient received instructions on how to further access health care services** | |
| Follow Up Date:<br><br>*If 30 Days is marked, a Task will automatically generate for Psychiatrist Follow up in +23 days.<br><br>*If 60 Days is marked, a Task will automatically generate for Psychiatrist Follow up in +53 days.<br><br>*If 90 Days is marked, a Task will automatically generate for Psychiatrist Follow Up in +83 days. | ✓ | 90 days | |

6/30/23, 1:27 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Psychiatric Initial Evaluation, Interviewer: PsychNP Wicinski, Brianna (202...

# 🖥Psychiatric Initial Evaluation

| | Patient ID: | L45127 | Interviewer: | PsychNP Wicinski, Brianna (01/29/2023 1026) |
|---|---|---|---|---|
| | DOB: | 11/11/1968 | | |

## MURRAY LAMONTE COBB #L45127-011

| | | |
|---|---|---|
| Allergies: | NKMA | |
| Gender: | ◉ Male | |
| Complaint related to (Check all that apply) | ☑ Anxiety<br>☑ Mood | Initial visit completed on 01/27/2023 |
| History of Present Illness: | Patient reports recent psychiatric diagnosis of depression and anxiety.<br><br>Patient states depression level currently is "so so, no too bad with Paxil".<br><br>Patient reports some anxiety, experiencing over thinking at times.<br><br>Patient denies anger.<br><br>Patient denies mood swings.<br><br>Patient denies paranoia.<br><br>Patient denies hallucinations.<br><br>Patient denies suicidal and or homicidal ideations.<br><br>Patient states appetite is normal.<br><br>Patient states sleep is normal. | |
| Select: | ☑ Major depressive/dysthymic symptoms<br>☑ Generalized anxiety disorder | |
| Prior suicidal thoughts/behaviors, self-harm, or suicide attempts? If yes, explain: | ◉ No | |
| Current thoughts, plans, or intent of violence towards others? If yes, explain: | ◉ No | |
| Prior violence towards others? If yes, explain (including triggers): | ◉ No | |
| Psychiatric Hospitalizations? If yes, when/where: | ◉ No | |
| Current Psychiatric Medications? If yes, list | | Paxil 20mg daily |
| Subjective Response/Side Effects: | Denies | |
| Past Psychiatric Medications? If yes, list | ◉ No | |
| Recent Outpatient Treatment? If yes, when/where: | ◉ Yes | He states he saw a psychiatrist "November 2022, but I can't remember what the place is called". |
| Somatic Conditions? If yes, explain: | ◉ No | |
| Medications for Somatic Conditions? If yes, list | ◉ No | |
| Substance Abuse History? If yes, explain: | ◉ No | |
| Family Psychiatric History? If yes, explain: | ◉ No | |
| Legal History (or N/A): | Patient currently incarcerated | |
| Early Abuse/Neglect? If yes, explain: | ◉ No | |
| Physical/Domestic/Sexual violence? If yes, explain: | ◉ No | |
| Appearance: | ☑ Appropriate | |
| Psychomotor Activity: | ☑ Unremarkable | |
| Behavior/Attitude: | ☑ Cooperative | |
| Level of Consciousness: | ☑ Alert | |
| Orientation: | ☑ Person | |

6/30/23, 1:27 PM        CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Psychiatric Initial Evaluation, Interviewer: PsychNP Wicinski, Brianna (202...

|  |  |  |
|---|---|---|
|  | ☑ Place |  |
|  | ☑ Time |  |
|  | ☑ Situation |  |
| Speech: | ☑ Spontaneous/Relevant |  |
| Mood: | ☑ Anxious |  |
| Affect: | ☑ Appropriate |  |
| Thought Process: | ☑ Circumstantial |  |
| Thought Content: | ☑ Appropriate |  |
| Perceptions: | ☑ Intact |  |
| Suicidal Ideas: | ☑ None |  |
| Homicidal Ideas: | ☑ None |  |
| Memory: | ☑ Intact |  |
| Intelligence: | ☑ Average |  |
| Insight: | ☑ Intact |  |
|  | ☑ Good |  |
| Judgment: | ☑ Intact |  |
|  | ☑ Good |  |
| N/A- based on current treatment | N/A |  |
|  | Major depressive disorder |  |
|  | Generalized anxiety disorder |  |
| Medications: | Continue Paxil 20mg daily for MDD and GAD - Patient came in on medication and patient states medication is effective |  |
| Patient Education: | ☑ Discussed risks, benefits, and alternatives to recommended therapy<br>☑ Patient received instructions on how to further access health care services |  |
| Follow Up Date:<br><br>*If 30 Days is marked, a Task will automatically generate for Psychiatrist Follow Up in +23 days.<br><br>*If 60 Days is marked, a Task will automatically generate for Psychiatrist Follow up in +53 days.<br><br>*If 90 Days is marked, a Task will automatically generate for Psychiatrist Follow up in +83 days. | ☑ 30 days |  |
| Completed: | ◉ In-Person |  |

6/30/23, 1:27 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Chronic Care - Initial Visit for Multiple Medical Problems CC105UN0000A...

## 🩺Chronic Care - Initial Visit for Multiple Medical Problems CC105UN0000ACCEN121516

| | |
|---|---|
| **Patient ID:** | L45127 |
| **DOB:** | 11/11/1968 |
| **Age:** | 54 |
| **Height:** | 5ft 11in |
| **Weight:** | 200 |
| **Agency:** | County |

**Interviewer:** NP Ehlert-Donovan, Kerry (01/26/2023 1210)

### MURRAY LAMONTE COBB #L45127-011

| | | |
|---|---|---|
| Visit Date and Time | | 01/26/2023 1159 |
| Allergies | NKMA | |
| Current Meds | AMLODIPINE BESYLATE 10MG TAB QD; Directions: 1 TAB By Mouth QD ; ATORVASTATIN CALCIUM 40 MG TAB QHS; Directions: 2 TAB By Mouth QHS ; 2 tabs = 80mg; ACETAMINOPHEN 500MG TAB BID PRN; Directions: 1 TAB By Mouth BID PRN ; ASPIRIN 81MG CHW QD; Directions: 1 CHW By Mouth QD ; METFORMIN 500MG TAB BID; Directions: 1 TAB By Mouth BID ; METOPROLOL TARTRATE 25MG TAB BID; Directions: 1 TAB By Mouth BID ; PAROXETINE HCL 20MG TAB QD; Directions: 1 TAB By Mouth QD ; HYDROXYZINE HCL 25MG TAB BID; Directions: 1 TAB By Mouth BID ; | |
| Status | ◉ Adult | |
| Review chart for other medical problems | ☑ No Complaints | |
| Type of Diabetes | ◉ Type 2 | |
| Date of last Urinalysis and results (if known) | ◉ Unknown | |
| Date of last Dilated Fundus Examination and results (if known) | ◉ Unknown | |
| Check all that apply | ☑ Adherent to medication/diet | |
| | ☑ HTN | |
| BP Range | 130's-80's | |
| Adherent to meds/diet? | ◉ Yes | |
| History of | ◉ MI (document when in comment box) | |
| Chronic Care Condition | HLD | |
| Current Problems | none | |
| Vital Signs | **Blood Pressure** 138  sys 61  dia | |
| | **Pulse** 64  beats per min | |
| | **Respirations** 20  breaths per min | |
| | **Temperature** 97.5  F | |
| | **Weight** 182  lbs | |
| | **Height** 5ft 10in ⌄ | |
| | 26.1 | |
| | **SPO2** 99.0  % | |
| Pain Scale (0-10) | 0 | |
| Peak flow (asthma) | n/a | |
| Lab/Diagnostic Results | discussed with pt | |
| **WNL | *NOT TRUE* ☑ Skin/Extremeties ☑ Heart ☑ Lungs | On 11/8/22 pt experienced 2nd degree burns to his left side of body. No signs and symptoms of infection of grafts |
| Not Done | ☑ GU/Rectal | |
| Hypertension | ☑ Normotensive | |
| Degree of Control - Hypertension | ☑ Good | |
| Cardiovascular Disease | ☑ CAD | |
| Degree of Control - Cardiovascular Disease | ☑ Good | |
| Pain | ☑ Chronic Non-Malignant Pain | |

6/30/23, 1:27 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Chronic Care - Initial Visit for Multiple Medical Problems CC105UN0000A...

| Degree of Control - Chronic Non-Malignant Pain | ☑ Fair | |
|---|---|---|
| Medication Changes | ☑ None | |
| Diagnostics | ☑ HgbA1c | A1C in 3 months |
| Education | ☑ **Medication**<br>☑ **Disease process**<br>☑ **Symptom Management**<br>☑ **Treatment Expectations** | |
| Treatment Plan<br><br>This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan **when needed** for treatment planning of multiple chronic medical problems or complex issues. | Pt states he doesn't take any medication for his pre-diabetes | |
| Follow-up:<br><br>*If 30 Days is marked, a Task will automatically generate for Chronic Care* in +23 days.<br><br>*If 60 Days is marked, a Task will automatically generate for Chronic Care* in +53 days.<br><br>*If 90 Days is marked, a Task will automatically generate for Chronic Care* in +83 days. | ☑ **90 Days** | |
| Provider Signature | KEhlert-Donovan, APN | 01/26/2023<br>1204 |

6/30/23, 1:27 PM     CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Mental Health Initial Assessment, Interviewer: LPC Butler, Margaret J (202...

# 🔒Mental Health Initial Assessment

| | Patient ID: | L45127 | Interviewer: | LPC Butler, Margaret J (01/19/2023 2142) |
|---|---|---|---|---|
| | DOB: | 11/11/1968 | | |

## MURRAY LAMONTE COBB #L45127-011

| | | | |
|---|---|---|---|
| | Allergies: | NKMA | |
| | Gender: | ◉ Male | |
| | Was the Receiving Screening reviewed? | ◉ Yes | |
| | Booking Date: | | 01/02/2023 |
| | Current Charges: | Aggravated DUI | |
| | Current/Previous Diagnosis: | I10 Essential (primary) hypertension<br>E11 Type 2 diabetes mellitus<br>Pt denies having a MH diagnosis | |
| | List symptoms/experiences: | past hx of anxiety but does not have it now. He is taking 2 psych meds. | |
| 1. | Employment History: | SSDI | |
| 2. | Currently Employed: | ◉ No | |
| 3. | Educational History: | GED | |
| 4. | Special Education: | ◉ No | |
| 5. | Family History of Mental Illness and/or Psychiatric Treatment: | none | |
| 6. | Family status: | Married | |
| 7. | Religious Preference: | Christian | |
| 8. | Previous Incarcerations: | ◉ Yes | |
| | Most Recent: | 2017 | |
| | Type of Charges: | unknown | |
| 9. | Housing prior to arrest? | has his own place | |
| 10. | Prior military history: | ◉ No | |
| 11. | Have you ever been hospitalized for psychiatric treatment? | ◉ No | |
| 12. | Are you currently receiving outpatient psychiatric treatment? | ◉ No | |
| 13. | Currently prescribed any medications? | ◉ Yes | |
| | If yes, list current medications: | Hydroxyzine, Paroxetine | |
| | List previous medications taken: | unknown | |
| | Are you currently taking them as prescribed? | ◉ Yes | |
| 14. | Do you have a history of hallucinations? | ◉ No | |
| 15.A. | Are you currently having experiences such as hearing or seeing things? | ◉ No | |
| 15.B. | Assessor: Does the patient appear to be responding to internal stimuli? | ◉ No | |
| 16. | Have you had a brain injury/head trauma? | ◉ No | |
| 17. | History of abuse/victimization? | ◉ No | |
| 18. | History of violent behavior? | ◉ No | |
| 19. | History of sex offense? | ◉ No | |
| 20. | Prior participation in mental health court? | ◉ No | |
| 21. | Prior SSI/SSDI? | ◉ Yes | |
| 22. | Prior or current guardianship? | ◉ No | |
| 23. | Have you had previous suicide attempts/self-harm? | ◉ No | |
| 24. | Written a suicide note? | ◉ No | |
| 25. | Are you thinking about suicide now (current suicidal ideation)? | ☑ No | |
| 26. | Do you have thoughts about harming/killing someone else now? | ☑ No | |
| 27. | Concerns about your ability to cope while incarcerated? | ◉ No | |

https://il-lake-ehr.wellpath.us/Modules/Forms/form_record.php?form_record_id=591487&action=view_answers     1/3



**JOHN D. IDLEBURG**
**SHERIFF**
RECEIVED

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085

APR 0 3 REC'D



# Lake County Adult Correctional Center
# Freedom of Information Request

Date 4-1-23

Requester Name MURRAY Cabb        Inmate # 45727

I am requesting the following: ALL GTL MEDICAL REQUEST
From 3-20-23 THRU 3-31-23

ALL TRUTH'S NO LIE'S
I KNOW I FILED ONE FROM THE
20th THRU 31ST

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray I Cabb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

6/30/23, 1:27 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Mental Health Initial Assessment, Interviewer: LPC Butler, Margaret J (202..

|  |  |  |  |
|---|---|---|---|
|  | If yes, type? | ☑ ETOH<br>☑ Cocaine<br>☑ THC | very little info given |
|  | If ETOH: Frequency, Duration of Use, Last Use Date: | Alcohol - last use was 1-2-23 |  |
|  | If Other: Frequency, Duration of Use, Last Use Date: | Cocaine - last use was 1-2-23<br>Marijuana - last use was 1-2-23 |  |
| 29. | Have you had thoughts of suicide during substance abuse or withdrawal? | ◉ No |  |
| 30. | History of withdrawals? | ◉ No |  |
| 31. | History of withdrawal seizures? | ◉ No |  |
| 32. | History of inpatient substance abuse treatment? | ◉ Yes (where/when?): |  |
| 33. | History of outpatient substance abuse treatment? | ◉ No |  |
| 34. | Currently willing to participate in a substance abuse program? | ◉ Yes |  |
|  | Historical/Genetic Static Risk Factors | ☑ **Male Gender** |  |
|  | Protective Factors | ☑ **Engaged in Mental Health Treatment**<br>☑ **Has Insight into Problems/Issues** |  |
|  | Feeling hopeless or helpless | ☑ **Denied** |  |
|  | Feeling guilty or worthlessness | ☑ **Denied** |  |
|  | Recent Loss of family/social support | ☑ **Reported** | pt's Mom passed away |
|  | Anniversary of important event (death, arrest, conviction, birthday, etc.) | ☑ **Reported** |  |
|  | Financial difficulties/loss of job due to incarceration | ☑ **Reported** |  |
|  | Newly diagnosed illness | ☑ **Denied** |  |
|  | Negative visit/phone call/recent bad news | ☑ **Denied** |  |
|  | Humiliating event (sexual assault) | ☑ **Denied** |  |
|  | Anxious, agitated, or fearful of safety | ☑ **Observed** |  |
|  | Symptoms of psychosis | ☑ **Not Observed** |  |
|  | Symptoms of depression | ☑ **Not Observed** |  |
|  | Symptoms of mania | ☑ **Not Observed** |  |
|  | Borderline PD diagnosis | ☑ **Not Observed** |  |
|  | Reports of concerning statements and/or behaviors (reported by officers, staff, friends/family) | ☑ **Not Observed** |  |
|  | Unwilling to engage with MHP | ☑ **Not Observed** |  |
|  | Currently intoxicated | ☑ **Not Observed** |  |
|  | Mood Disorder diagnosis | ☑ **Not Observed** |  |
|  | Psychotic Disorder diagnosis | ☑ **Not Observed** |  |
|  | Substance Use diagnosis | ☑ **Not Observed** | not enough info given |
|  | Impulsive/Aggressive | ☑ **Not Observed** |  |
|  | Current segregation status | ☑ **Observed** |  |
|  | High profile crime (media attention and/or well known in community) (Top of page 1) | ☑ **Not Present** |  |
|  | New legal issues (new charges, newly sentences, lengthy sentence, denied parole) (Top page 1) | ☑ **Present** |  |
|  | Poor compliance with treatment/meds (#13) | ☑ **Not Present** |  |
|  | Current withdrawal protocol (Substance Abuse Section) | ☑ **Not Present** |  |
|  | Other (Specify): | ☑ **Not Present** |  |
|  | Estimated current self-harm/suicide risk level: | ◉ **Low** |  |
|  | Appearance: | ☑ **Appropriate** |  |
|  | Speech: | ☑ **Appropriate** |  |
|  | Mood: | ☑ **Anxious** |  |

6/30/23, 1:27 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Mental Health Initial Assessment, Interviewer: LPC Butler, Margaret J (202...

| | | |
|---|---|---|
| Affect: | ☑ Appropriate | |
| Thought Form: | ☑ Coherent | |
| Thought Content: | ☑ Appropriate | |
| Orientation: | ☑ Person<br>☑ Place<br>☑ Time<br>☑ Situation | |
| Intelligence: | ☑ Average | |
| Memory: | ☑ Intact | |
| Insight: | ☑ Intact | |
| Judgement: | ☑ Intact | |
| Behavior: | ☑ Appropriate | |
| Initial Diagnostic Impressions/Rationale for Treatment: | The pt was alert, cooperative, and calm. He was observed in no acute distress. Pt reported having no S/I or H/I. He does have anxiety on and off. Pt stated his psych meds are effective. The pt is currently in ASU. He stated that it is going alright. We briefly discussed coping skills for anxiety. He was otherwise stable. | |
| (Please check all that apply): | ☑ Treatment not indicated at this time; educated on how to further access services. MH staff to follow up PRN | |
| Housing Recommendation: | ◉ Other: | ASU |
| Refer to: | ☑ Psychiatric Prescriber | follow up as needed |
| Assessed By: QMHP Signature/Title: | Peggy Butler, MA, LPC | 01/19/2023<br>2139 |

6/30/23, 1:28 PM    CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Initial Health History and Physical Exam (NCCHC), Interviewer: NP Ehlert-...

| | | |
|---|---|---|
| Tobacco: History of Withdrawal?<br><br>*If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Ever had withdrawal tremors, seizures, or DT's associated with stopping alcohol?<br><br>*If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Orientation | ☑ Alert | |
| | ☑ Oriented x 4 | |
| Appearance: | ☑ Normal | |
| Speech: | ☑ Rapid | |
| Mood: | ☑ Angry | |
| Affect: | ☑ Appropriate | |
| Hallucinations: | ☑ None/Denies | |
| Delusions: | ☑ None | |
| Activity: | ☑ Appropriate | |
| Have you been diagnosed with schizophrenia, major depression, or bipolar disorder?<br><br>*If Yes is marked, an alert will automatically generate for Mental Health Patient | ◉ No | |
| History of Mental Health Disorder?<br><br>*If Yes is marked, an alert will automatically generate for Mental Health Patient | ◉ No | |
| Currently feeling hopeless/helpless? | ◉ No | |
| Have you ever attempted suicide? | ◉ No | |
| Thinking of suicide now? | ◉ No | |
| Recent significant loss? | ◉ No | |
| Family/Friends history of suicide? | ◉ No | |
| History of Psychiatric Hospitalization?<br><br>*If Yes is marked, an alert will automatically generate for Mental Health Patient | ◉ No | |
| History of Outpatient Treatment?<br><br>*If Yes is marked, an alert will automatically generate for Mental Health Patient | ◉ No | |
| Developmental Disability?<br><br>*If Yes is marked, an alert will automatically generate for ADA/Special Needs and a task will generate for MFT/LCSW Sick Call for today. | ◉ No | |
| Acute Distress? | ◉ No | |
| Dehydrated? | ◉ No | |
| Mobility Restrictions? | ◉ No | |
| Completed? | ◉ No | |
| | ☑ Unremarkable | |
| | ☑ Unremarkable | |
| | ☑ Appears Adequate | |
| | ☑ Unremarkable | |
| Major Surgical Scar? | ◉ No | |
| Lungs Clear: | ◉ Yes | |
| | ☑ Deferred | |
| Rate: | ◉ Brady | |
| Rhythm: | ◉ Regular | |

6/30/23, 1:28 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Initial Health History and Physical Exam (NCCHC), Interviewer: NP Ehlert-

| Possible Murmur: | ◉ No | |
| | ☑ Unremarkable/Soft | |
| | ☑ Unremarkable | |
| | ☑ Grip Strength Equal | |
| | ☑ Oral Hygiene | |
| | ☑ Nutrition | |
| *If chronic care box is checked, a task will automatically generate for Chronic Care for today.<br><br>*If mental health sick call box is checked, a task will automatically generate for MFT/LCSW Sick Call for today.<br><br>*If dental sick call box is checked, a task will automatically generate for Dental Sick Call for today (must change priority level based on patient need)<br><br>*If next provider sick call is checked, a task will automatically generate for NP/PA Sick Call for today. | PROVIDER<br><br>INSANE<br><br>SICK<br><br>LIAR<br><br>YES I NEED AND QUALIFY I.D.O.C. STANDARDS | Pt angry and lashing out at provider because he wants a low bunk planned out before he gets out of ASU. He asked about an extra mattress reports he had back surgery in 2015. Explained to pt he does not qualify for extra mattress. Pt angry. |
| Signature and Title of Nurse | KEhlert-Donovan, APN, | 01/13/2023 1109 |

6/30/23, 1:28 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Initial Health History and Physical Exam (NCCHC), Interviewer: NP Ehlert-...

| | | |
|---|---|---|
| ☑ Muscle/Joint | LUMBAR SPINE | Laminectomy |
| Hospitalizations/Operations? | ◉ If Yes, Describe: When? Where? 2015 | |
| Assistive Device? | ◉ No | |
| Diagnosed with STD in past 6 months? | ◉ No | |
| Any sexual contacts in the past 3 months diagnosed with STD? | ◉ No | |
| Recently had any of the following: Pain/burning with urination? Discharge from penis/vagina? Genital sores, blisters, ulcers? Unexplained rash on large area of the body? Lower abdominal pain? | ◉ No | |
| Unprotected sex with more than 2 people in 3 months? | ◉ No | |
| In the past 6 months, worked as or had sex with a prostitute? | ◉ No | |
| If NO to all the above, do you still think you might have a STD? | ◉ No | |
| History of Sexual victimization? | ◉ No | |
| History of Sexual abusiveness? | ◉ No | |
| Previously assessed this incarceration? | ◉ No | |
| Alcohol: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Alcohol: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Cannabis: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Cannabis: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Heroin: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Heroin: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Cocaine: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Cocaine: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Amphetamine: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Amphetamine: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Rx Drugs: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Rx Drugs: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Hallucinogens: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ No | |
| Hallucinogens: History of Withdrawal? <br><br> *If Yes is marked, an alert will automatically generate for Withdrawal History | ◉ No | |
| Tobacco: <br><br> *If Yes, list Type, How Much, How Often, How Long, Last Use: | ◉ Yes (Describe): | 1 ppd x 44 years |

6/30/23, 1:28 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Initial Health History and Physical Exam (NCCHC), Interviewer: NP Ehlert-...

# 🖱Initial Health History and Physical Exam (NCCHC)

| | | |
|---|---|---|
| Patient ID: | L45127 | Interviewer: | NP Ehlert-Donovan, Kerry (01/13/2023 1110) |
| DOB: | 11/11/1968 | | |

## MURRAY LAMONTE COBB #L45127-011

| Allergies: | denies | | | |
|---|---|---|---|---|
| Booking date: | | | | 01/02/2023 |
| Sex: | ● Male | | | |
| Intake screening reviewed?<br><br>*If Yes or No is marked, a task will automatically generate for an Annual Physical in +345 Days<br><br>*If Yes or No is marked, a task will automatically generate for an Annual Dental Exam with Dental Annual Exam task in +330 Days | ● No | | | |
| Interpreter used? (If yes, list language and name of interpreter)<br><br>*If Yes is marked, an alert will automatically generate for Interpreter Needed | ● No | | | |
| *Pulse of 110 or greater;<br>*Systolic BP of 180 or greater<br>*Diastolic BP of 110 or greater<br>*Temp of 100.0 or greater<br>*SPO2 of less than 90<br>*Respirations of less than 12/min or greater than 24/min | **Blood Pressure** | 109 | sys 75 | dia |
| | **Pulse** | 57 | beats per min | |
| | **Respirations** | 20 | breaths per min | |
| | **Temperature** | 97.3 | °F | |
| | **Weight** | 179 | lbs | |
| | **Height** | 5ft 10in ⌄<br>25.7 | | |
| | **SPO2** | 98.0 | % | |
| Blood Sugar (if indicated): | n/a | | | |
| Current medications including psychotropics. List medication name, dose, frequency, last use, and reason: | AMLODIPINE BESYLATE10MG<br>1 TAB By Mouth QD<br>04/08/2023 MAR<br>ATORVASTATIN CALCIUM40 MG<br>2 TAB By Mouth QHS ; 2 tabs = 80mg<br>04/08/2023 MAR<br>ACETAMINOPHEN500MG<br>1 TAB By Mouth BID PRN<br>02/03/2023 MAR<br>VITAMIN A & D_<br>1 OIN Topically BID PRN<br>01/12/2023 MAR<br>ASPIRIN81MG<br>1 CHW By Mouth QD<br>01/31/2023 MAR<br>METFORMIN500MG<br>1 TAB By Mouth BID<br>01/31/2023 MAR<br>METOPROLOL TARTRATE25MG<br>1 TAB By Mouth BID<br>01/31/2023 MAR<br>PAROXETINE HCL20MG<br>1 TAB By Mouth QD<br>01/31/2023 MAR<br>HYDROXYZINE HCL25MG<br>1 TAB By Mouth BID | | | |
| Medication Allergies? | denies | | | |
| Other Allergies? | denies | | | |
| | ☑ **Heart Problems** | | | MI |

6/30/23, 1:28 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: PPD READ Form - CMG, Location: 4 N : 28 : 1, Interviewer: LPN Pulido, E...

# 🖨PPD READ Form - CMG

| | |
|---|---|
| **Patient ID:** | L45127 |
| **DOB:** | 11/11/1968 |
| **Age:** | 54 |

| | |
|---|---|
| **Location:** | 4 N : 28 : 1 |
| **Interviewer:** | LPN Pulido, Elida (01/04/2023 1301) |

**MURRAY LAMONTE COBB**
**#L45127-011**

| | | |
|---|---|---|
| TB Assessment (plant) form reviewed. PPD read within 48-72 hours of plant. | ◉ Yes | |
| Results of PPD in mm: | ◉ Negative | |
| PPD Read on (Date and Time): | | 01/04/2023 0945 |
| PPD Read by: Date and Time | Elida Pulido, LPN. | 01/04/2023 |

6/30/23, 1:29 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: TB Assessment Form - CMG, Location: 4 N : 28 : 1, Interviewer: RN Bend...

# TB Assessment Form - CMG

| | |
| --- | --- |
| Patient ID: | L45127 |
| DOB: | 11/11/1968 |
| Age: | 54 |

| | |
| --- | --- |
| Location: | 4 N : 28 : 1 |
| Interviewer: | RN Bender, Jayne (01/02/2023 1333) |

## MURRAY LAMONTE COBB
## #L45127-011

| | | |
| --- | --- | --- |
| Previous Skin Test?<br>If Yes,<br>When?<br>Where?<br>Results? | ● Yes | |
| Previous Chest X-rays?<br>If Yes,<br>Normal/Abnormal? | ● No | |
| Past INH treatment? | ● No | |
| Completed INH treatment? | ● No | |
| Night Sweats? | ● No | |
| Cough? | ● No | |
| Sputum? | ● No | |
| Weight Loss? | ● No | |
| Kidney Disease? | ● No | |
| Pneumonia? | ● No | |
| Bronchitis? | ● No | |
| Liver Disease? | ● No | |
| Contact with Active TB? | ● No | |
| HIV test? | no | |
| Steroids? | ● No | |
| Diabetes? | ● No | |
| Alcohol? | ● Yes | |
| Smoking? | ● Yes | |
| Street Drugs? | ● No | |
| Recent Immigrant (If Yes, where?)? | ● No | |
| BCG Vaccine (If yes, when)? | ● No | |
| Homeless? | ● No | |
| Nutritional Compromise? | ● No | |
| Patient has signed the Permission to Administer PPD form? | ● Yes | |
| 0.1 CC 5TU-PPD<br>Given Intradermal:<br><br>*When right arm or left arm boxes are checked, a Task will automatically generate for a PPD Read in +2 days.<br><br>*When any box is checked, a Task will automatically generate for a TB Assessment in +345 days. | ● Left Arm | |
| PPD planted on (Date and Time): | | 01/02/2023 1332 |
| TB serum Lot#:<br>(Respond Not Given if pt did not receive PPD) | c5928aa | |
| TB serum Expiration Date:<br>(Respond Not Given if pt did not receive PPD) | 03/01/2024 | |
| PPD given by:<br>Nurse Signature<br>Date: | Jayne Bender RN | 01/02/2023 |

## Request #227869442

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 01/27/23 14:48
Submitted from Location/Room: 5 N.46/5N
Current Location/Room: 5 N.46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Brittany Grubbs
Facility Deadline: 01/29/23 23:59

Details of Request:

Give my all of my lawful medical attention n medication

Details of Request:

**Describe the nature of your medical request.:**

I've been taken off of my medication that I've Been prescribed by very professional Dr.s for nerve damage pain from L1 L2 Lamenectomy surgery n my spine along with sciotica n both of my hips being 1800mg of Gabapentin/Neauratin..... Now that I'm a inmate at Lake county jail some incompetent medical staff employee have taken me off of it after getting my medication list from Walmart fountain square LIKE A Medical Incompetent IDIOT......I will not play games about my health or da LAW.....Cobb v Fitch ect.all 2014!!!!!! Try me u got ur rules n policy so does me and my ATTORNEYS..... Thank u very much...to whom it may concern corrected it on your end or da courts I don't care nor do I brown nose to anyone violating my constitutional rights by law...civil DAT is

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical stall and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/27/23 23:11 | Brittany Grubbs | Changed Status | From 'Open' to 'Closed' |
| 01/27/23 14:48 | MURRAY COBB | Submitted New | Give my all of my lawful medical attention n medication |

## Request #228450112

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 01/30/23 19:58
Submitted from Location/Room: 5 N.46/5N
Current Location/Room: 5 N.46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED **by** Maria Cervantes
Facility Deadline: 02/01/23 23:59

Details of Request:

A double mattress order..please

Details of Request:

**Describe the nature of your medical request.:**

Due too my spine and hips and cervical damage and nerve damages that's documented at the Lake county jail along with the medical department I'm n constant daily pain due too my spine and needing additional surgery done on my spine making it very uncomfortable for me to sleep n constantly complaining to medical about it and being denied for a unlawful policy or rule made up by med path.....please assist me out of Humanity and Dr.s oaths or we can due it Legally n da courts I have no problems with starting the process ASAP.....thank you very much for your time and consideration!!!!!! Cobb v Fitch ect.all 2015

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/31/23 00:03 | Maria Cervantes | Changed Status | From 'Open' to 'Closed' |
| 01/30/23 19:58 | MURRAY COBB | Submitted New | A double mattress order..please |

3SE



# ✸ wellpath
### To hope and healing.

## Patient Communication Form for Labs

| Name: Murry Cobb | ID#: L 45127 | DOB: 11-11-1968 |
| Date/Time: 1-7-23 | Allergies: ∅ | Gender: M |

Concerning your labs completed on: 1/6/2023

*PROVES IM NOT DIABETIC*

The following tests have been completed and the results are as follows:

- ☐ Baseline EKG: **Normal** **Abnormal**
- ☐ Urine Dip: **Normal** **Abnormal**
- ☒ A1C; measures your sugar control **Normal** **Abnormal**
    - ☒ Less than 7 (great control) 6.2%
    - ☐ 7-8 (could be improved)
    - ☐ Over 8 (poor control)
- ☐ Diagnostic Profile I (CMP, Thyroid Profile, Lipid Panel, A1C) **Normal** **Abnormal**
- ☐ Diagnostic Profile III (CMP, Thyroid Profile, Lipid Panel, CBC, Platelet Counts, TSH) **Normal** **Abnormal**
- ☐ Drug Levels as appropriate: _____ **Normal** **Abnormal**
- ☐ Cholesterol:
    - LDL _____ (<130)  HDL _____ (>40)
    - Total _____ (<200)  Triglycerides _____ (<200 Fasting)
- ☐ Chlamydia **Positive** **Negative**
- ☐ Hepatitis C **Positive** **Negative**
- ☐ HIV **Positive** **Negative**
- ☐ Pregnancy **Positive** **Negative**
- ☐ Syphilis **Positive** **Negative**
- ☐ Other: _____ **Positive** **Negative**

Concerning your radiology testing complete: _____

- ☐ Chest X-ray **Normal** **Abnormal**
- ☐ Other: _____ **Normal** **Abnormal**

Follow-up Scheduled on _____

Comments: Hemoglobin 11.7 (nl 13.0-17.7)
Hematocrit 36.8 (nl 37.5-51.0)

_____

_____

_____

If you have any questions regarding your test results, please submit a request for health services to be seen and discuss your questions.

QHP Signature: K. Ellet-Dooran, APN     Date/Time: 1/6/2023

QHP Printed Name/Title: _____

| Form Folder and Number: Diagnostic DX07.1 | Form Owner: Karina Purcell | Accreditation: All | Active / Last Revision Date: October 26, 2020 |

# Lake County Sheriff's Adult Correctional Division
# Inmate Grievance

**Check one (see back for instructions)**

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)

☒ **Grievance**

☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

**Date:** 1-31-23

**Your Name:** MURRAY L. Cobb  **"L" Number:** 45127  **Housing Unit / Cell#:** 5 N #46

**"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials:** M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCEING MED PATH / DR. VICTORIA FOR NOT
HONERING A DOUBLE MATTRESS REQUEST FOR THE PAIN
I HAVE IN MY LUMBAR SPINE DUE TO SURGERY 2 PLATE'S
AND 4 SCREW'S IN MY SPINE ALONG WITH SCIATICA
IN BOTH OF MY HIP'S AND CERVICAL NERVE
DAMAGE DOCUMENTED ON FILE ALSO FROM "LEGAL
CIVIL CASE" Cobb V FITCH ECT. AL 2015. DUE
TO SOME ILLEGAL RULE, POLICY "OR LAW SET IN
PHACE AT THE COUNTY JAIL IN WAUKEGAN
IL. 60079. STATEING ANY MEDICAL PROCEDURE
DATING BACK MORE THAN 12 MONTH'S IS IRRELIVANT
AND OF NO IMPORTANCE, NON EXISTING. CURED. SO IN
OTHER WORDS A PERSON WHO HAVE SEIZURES HAVEN'T
HAD ONE IN OVER 12 MONTH'S IS CURED OF SEIZURES
AND NO LONGER QUALIFIES FOR A DOUBLE MATTRESS
IN CASE ONE ACCURES WHILE IN BED SLEEPING TO
FALL ON, OR RECIEVE A BOTTOM BUNK OR LOWER
GALLERY PERMIT ACCORDING TO MED PATH POLICY
WHICH IS THE DUMBEST OF DUMB ILLEGAL
MEDICAL INCOMPETENT RULE, POLICY, OR LAW
EVER PRINTED, NOT WORTH THE PAPER IT'S
PRINTED ON. WOULD LOVE AND EASY
CHALLENGEING IT IN A COURT OF CIVIL LAW
AND THAT I'LL TAKE TOO THE BANK.
        MORE GRIEVANCES COMING SOON
ABOUT MY HEALTH AND MED PATH

**Resolution Sought: (do not leave blank)**

A DOUBLE MATTRESS TO EASE SOME OF
MY DAILY PAIN OF TRYING TO SLEEP ON A
STEEL FRAME AND VERY OLD AND THIN MATTRESS

**Inmate Signature:** Murray L Cobb  **Received by:** 26838  **Date / Time Received:** 1-31-23 / 1544

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

## Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)

☒ **Grievance**

☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: 23G0027

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 1-31-23

Your Name: MURRAY L. COBB    "L" Number: 45127    Housing Unit / Cell#: 5 N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCING MED PATH/DR. VICTORIA FOR NOT HONORING A DOUBLE MATTRESS REQUEST FOR THE PAIN I HAVE IN MY LUMBAR SPINE DUE TO SURGERY 2 PLATE'S AND 4 SCREW'S IN MY SPINE ALONG WITH SCIATICA IN BOTH OF MY HIP'S AND CERVICAL NERVE DAMAGE DOCUMENTED ON FILE ALSO FROM "LEGAL CIVIL CASE" Cobb V FITCH, ECT, AL 2015, DUE TO SOME ILLEGAL RULE, POLICY, OR LAW SET IN PHACE AT THE LAKE COUNTY JAIL IN WAUKEGAN IL. 60079, STATEING ANY MEDICAL PROCEDURE DATING BACK MORE THAN 12 MONTH'S IS IRRELIVANT AND OF NO IMPORTANCE, NON EXISTING, CURED, SO IN OTHER WORDS A PERSON WHO HAVE SEIZURES HAVEN'T HAD ONE IN OVER 12 MONTHS IS CURED OF SEIZURES AND NO LONGER QUALIFIE FOR A DOUBLE MATTRESS IN CASE ONE ACCURES WHILE IN BED SLEEPING TO FALL OR RECIEVE A BOTTOM BUNK OR LOWER GALLERY PERMIT, ACCORDING TO WELL PATH POLICY WHICH IS THE DUMBEST OF DUMB ILLEGAL MEDICAL INCOMPETENT RULE, POLICY, OR LAW EVER PRINTED, NOT WORTH THE PAPER IT'S PRINTED ON, WOULD LOVE AND ENJOY CHALLENGING IT IN A COURT OF CIVIL LAW AND THAT I'LL TAKE TOO THE BANK.
MORE GRIEVANCES COMING SOON ABOUT MY HEALTH AND MED PATH

**Resolution Sought:** (do not leave blank)

A DOUBLE MATTRESS TO EASE SOME OF MY DAILY PAIN OF TRYING TO SLEEP ON A STEEL FRAME AND VERY OLD AND THIN MATTRESS

Inmate Signature: Murray L Cobb    Received by: 26838    Date / Time Received: 1-31-23/1544

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07



Lake County Sheriff's Office

Corrections Division

Classification and Grievance Coordinator

**Inmate Grievance Response Form**

**Date/Time:** 2/7/2023 10:44 am          5 North

**Name:** Cobb, Murray          L# L45127          **Grievance #** 23G0027

☑ ANSWERED ☐ DENIED ☐ UNABLE TO RESOLVE ☐ IMPROPER FORMAT ☐ OTHER

Mr. Cobb, your request for an extra mattress has been denied by the medical provider at this time. This grievance is unfounded. Thank you.

**Returned Because this can be addressed by the Pod Officer:** _____

**Forwarded to Medical on:**

**Appeal forwarded to Administration:** _____

**INMATE SIGNATURE X** ████████████████

Taryn W. Health Services Administrator    Digitally signed by Taryn W. Health Services Administrator
Date: 2023.02.07 10:46:41 -06'00'

# LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE NOTIFICATION OF VIOLATION OF RULES

| REPORT # 23D035 | LOCATION OF INCIDENT #1 9 | DATE 1/11/23 | TIME 1600 |
|---|---|---|---|

| INMATE'S NAME: Cobb, Murray Lamonte | BOOKING #: 15127 | HOUSING UNIT: 9 |
|---|---|---|

| OTHER INMATES INVOLVED: | ANY INJURIES<br>YES   NO | HOSPITALIZATION<br>YES   NO |
|---|---|---|

| RULE VIOLATED: | NUMBER | WITNESS |
|---|---|---|
| 1. | 1 | YES   NO |
| 2. | 16 | YES   NO |
| 3. | 16 | YES   NO |
| 4. | 35 | YES   NO |
| 5. | | YES   NO |

**INCIDENT SUMMARY:** On 1/11/23 at ISE at around 1551 hours during my round I walk into cell 9 and ask the inmate to exit the cell for a search. I then entered the cell and began the search. Once the search was complete the inmate exited his cell and sat down while I finished the cell search. As I walked away and was down a cell he approached his cell and yelled to try to get the item that would not fit and was too big. He stated all I walked away and told him it was too tangled. He continued to be loud and disruptive as I walked away. Command was then advised and I returned to my post.

| | REPORTING OFFICER/ID# | CONTINUED |
|---|---|---|

**NOTICE**: YOU WILL BE AFFORDED AN IMPARTIAL HEARING REGARDING THE ALLEGED VIOLATIONS LISTED ABOVE. AT THAT TIME YOU MAY CALL WITNESSES AND PRESENT YOUR CASE SUBJECT TO SAFETY/SECURITY CONSIDERATIONS.

**AVISO**: USTED RECIBIRA UNA VISTA IMPARCIAL EN RELACION A LAS VIOLACIONES ALEGADAS YA MENCIONADAS. EN AQUELLA OCASION USTED PUEDE LLAMAR TESTIGOS Y PUEDE PRESENTAR SU CASO, EXPUESTO A CONSIDERACIONES DE SEGURIDAD.

| | YES | NO |
|---|---|---|
| Do you wish staff assistance to represent you at the disciplinary hearing? (Please initial) | | ✓ |
| Desea usted ayuda de algun official en representarse en la vista? (Firme con sus iniciales) | | |
| Do you wish to have a 24 hour notice of the disciplinary hearing? (Please initial) | | |
| Desea usted tener un aviso de 24 horas de la audiencia disciplinaria? (Firme con sus iniciales) | | |
| Do you wish to be present at the disciplinary hearing? (Please initial) | | |
| Desea estar presente en la vista disciplinaria? (Firme con sus iniciales) | | |

Without admitting guilt, my signature acknowledges receipt.
Sin admitir estar culpable, acepto este recibo con mi firma.

POOR UNHEALTHY TreATment
HAd TOO PUT MYSELF IN SEG TOO GET
HEAT, I HAVE TOO MANY MEDICAL CONDITIONS

INMATE'S SIGNATURE/FIRMA DEL PRESO

CORRECTIONS OFFICER/ID#

DATE/FECHA          TIME/HORA

White: Inmate records          Canary: Disciplinary Committee          Pink: Inmate

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: 23G0053

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 2-1-23

Your Name: MURRAY Cobb "L" Number: 45127 Housing Unit / Cell#: 5N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCING MED PATH/DR. VICTORIA FOR TAKING
ME OFF OF MY PAIN AND NERVE DAMAGE MEDICATION'S
BEING GABAPIZING/NEAUROTIN 1500 MG DAILY ALSO TROMADOL
AND OCYCODONE FOR PAIN PRESCRIBED BY MY "SPECIALIST
DR'S IN THERE FIELDS" NOT A GENERAL MEDICINE
DR. WITH ONLY MEDICAL SKILL'S TO TREAT A COMMON
COLD, SHE HAVE LEFT ME IN SEVERE PAIN AND
DISCOMFORT DAILY ALL DAY AND NIGHT CAN'T SLEEP
DUE TO EXTREME PAIN INTENTIONALLY CAUSED BY
"A MEDICAL INCOMPITENT IDIOT" WHO'S MEDICAL
OATH TAUGHT AND TRAINED THEM BETTER
HUMANITY, RESPECT FOR HUMAN LIFE BEFORE
SAVING A DOLLAR FOR YOUR EMPLOYER A BILLION
DOLLAR CORPORATION, PLEASE REVIEW

Cobb V. Fitch ECT. AL
2015

"LIFE LONG ILLNESS"
ROUND 2 ABOUT TOO BEGIN
PLEASE FIX THE SITUATION TO
PREVENT "ROUND 2"

**Resolution Sought:** (do not leave blank)
PUT BACK ON MY MEDICATIONS TO STOP
MY PAIN I WILL BE A LONG TENANT HERE MY BOND
IS 5 MILLION, I WILL NOT ACCEPT ILLEGAL ACTIVITY FROM
LCSJ AND IT'S EMPLOYEE'S

Inmate Signature: Murray Cobb Received by: 3077 Date / Time Received: 2/1 1026

White – Grievance Coordinator          Yellow – Inmate          Rev: 11/07



Lake County Sheriff's Office

Corrections Division

Classification and Grievance Coordinator

**Inmate Grievance Response Form**

**Date/Time:** 2/19/2023 8:07 pm          5 North

**Name:** Cobb, Murray          **L#** 45127          **Grievance #** 23G0053

☑ ANSWERED ☐ DENIED ☐ UNABLE TO RESOLVE ☐ IMPROPER FORMAT ☐ OTHER

Sir, I reviewed your grievance in reference to your medical complaint. Your grievance contained inappropriate, belligerent, foul or abusive language and is being returned to you unprocessed. Any further harassing or inappropriate grievances submitted will be subject to discipline.

**Returned Because this can be addressed by the Pod Officer:**_____

**Forwarded to Medical on:**

**Appeal forwarded to Administration:** _____

**INMATE SIGNATURE X** ████████████████████

**Lopez, Jahaira**          Digitally signed by Lopez, Jahaira
Date: 2023.02.19 20:10:54 -06'00'

Patient Appointments: Cobb, Murray [3786417]

| ... Date | Time | Information |
|---|---|---|
| 10/20/22 Thu | 9:00 AM | LU BURN CLINIC for RETURN PATIENT VISIT with Enright, Bridget, APN |
| 10/20/22 Thu | 2:00 PM | LU BURN CLINIC for RETURN PATIENT VISIT with Portalatin, Manuel, DO |
| 10/21/22 Fri | 1:00 PM | LU BURN CLINIC for RETURN PATIENT VISIT (Completed) with Portalatin, Manuel, DO |
| 11/4/22 Fri | 1:00 PM | LU BURN CLINIC for RETURN PATIENT VISIT (Completed) with Petersen, Paula, APN |
| 3/3/23 Fri | 1:15 PM | LU BURN CLINIC for RETURN PATIENT VISIT with Petersen, Paula, APN |

They wouldn't accept this down in Jail reception but daivon calling wade.

"URGENT" OVER

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME MURRAY Cobb DATE 2-17-23

L # 45127 POD/CELL 5N #46

PRESENTING COMPLAINT CONSTANT SEVERE CHONIC PAIN rom NECK, SPINE, HIPS, LEFT ForeARM, NEED Double nATTRESS ALoNG wiTH Double BlankeT I To SiT on To HELP sHooTINg PAIN uP my SPINE. From Hard CHAIR's AnT lARd BED, ALSo uP my DoSE'S HydroXINE To 30mG ALSo m PAROXITINE CANT SLEEP

SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

## SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE' CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☒ | MENTAL HEALTH PROFESSIONAL | N/C |

"URGENT"

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: Murray I Cobb DATE 2-17-23

NURSING STAFF SIGNATURE: _____ DATE _____

ACCOUNT OFFICER _____ DATE _____

"URGENT"

ORIGINAL: MEDICAL YELLOW: ACCOUNT CLERK PINK: INMATE (after services)

MEDREQFM 11/06

*MY ATTORNEY WILLING COPIES*

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance *RESUBMITTED*

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☐ **Grievance**
☒ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: 23G0053A

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 2-21-23

Your Name: MURRAY Cobb "L" Number: 45127 Housing Unit / Cell#: 5N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCING MED PATH/DR./NP THAT REVIEWED MYSELF/HEALTH AND MEDICATION'S FOR TAKING ME OFF OF MY PAIN AND NERVE DAMAGE MEDICATIONS BEING GABAPITING/NEUROTIN 1800MG DAILY ALSO TROMADOL AND OXICODONE FOR "PAIN PRESCRIBED" BY MY PROFESSIONAL SPECIALIST DRS IN THERE FIELD "PAIN MANAGEMENT" NOT A GENERAL MEDICINE DR WITHOUT ANY SPECIAL TRAINED FIELD OR SKILLS, THEY HAVE LEFT ME IN SEVERE PAIN AND DISCOMFORT DAILY ALL DAY AND NIGHT FOR NO LOGICAL MEDICAL REASON. I CANT SLEEP DUE TO EXTREME PAIN. KNOWINSLY, WILLING, AND INTENTIONALLY CAUSED TO ME THATS MED/OATH TAUGHT AND TRAINED THEM BETTER HUMANITY RESPECT HUMAN LIFE BEFORE SAVING A/DOLLAR FOR YOUR EMPLOYER A BILLION DOLLAR ENTITY CORPARATION. PLEASE REVIEW

COBB V FITCH ECT. AL 2025

"LIFE LONG CRONIC ILLNESS" ROUND 2 ABOUT TOO BEGIN PLEASE FIX THE SITUATION TO PREVENT "ROUND 2"

**Resolution Sought:** (do not leave blank) PUT BACK ON MY MEDICATIONS TO STOP MY PAIN I WILL BE A LONG TIME TENANT HERE MY BOND IS 5 MILLION I WILL NOT ACCEPT ILLEGAL ACTIVITY FROM LCS OR IT'S EMPLOYEES OR EMPLOYER'S

Inmate Signature: Murray Cobb  Received by: 30700 O. Guajardo  Date / Time Received: 2/21/23

White – Grievance Coordinator          Yellow – Inmate                    Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

*(handwritten)* +OVER 25=IDED OVER

## Request #233150812

**Profile Photo:**



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/23/23 20:20
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Brittany Grubbs
Facility Deadline: 02/25/23 23:59

**Details of Request:**

Did not receive my melexicam 25,mg pain meds today for my chronic back n hip and cervical pain... 2-23-23

**Details of Request:**

**Describe the nature of your medical request.:**
Due too the unqualified hired help that well path chose too hire too make budget cuts I had too suffer a 24hour day with out my very very needed pain medication for chronic medical condition for life.... APPARENTLY THERE IS INCOMPETENT MEDICAL STAFF IDIOTS WORKING AT LCJ MEDICAL DEPARTMENT!!!!! DESPITE WHAT SGT. LOPEZ BELIEVES..... I've been discipline today with out my chronic medical medication for my pain!!!!! Power struck genius please help me and my LAWYERS WIN another LAWSUIT!!!!!I'm not doing any Brown NOSING DATS FOR STAFF ONLY.....send me a chief or deputy chief, medical director, somebody at least half way important please and thank you Good NIGHT!!!!!!!!!!!!!!

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/23/23 23:26 | Brittany Grubbs | Changed Status | From 'Open' to 'Closed' |
| 02/23/23 20:20 | MURRAY COBB | Submitted New | Did not receive my melexicam 25,mg pain meds today for my chronic back n hip and cervical pain... 2-23-23 |

*DOUBLESIDE*
*OVER*

## Request #233337182

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/24/23 19:08
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Brittany Grubbs
Facility Deadline: 02/26/23 23:59

Details of Request:

Meloxicam pm

Details of Request:

Describe the nature of your medical request.:
Meloxicam pm

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| No History | | | |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085

FEB 0 9 REC'D
RECEIVED
BY: 2/16/23

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 2-8-23

Requester Name MURRAY L. Cobb   Inmate # L45127

I am requesting the following: COPIE'S of ALL MEDICAL
SICK CALL REQUEST SENT IN ON GTL
TAbLETS From MURRAY L. Cobb STARTING
From 1-02-23 THROUGH Today's DATE
2-8-23. THANK YOU VERY MUCH

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L. Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

*TASKED.* *OVER* →

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME *MURRAY Cobb* DATE *2-10-23*

L # *45127* POD/CELL *5N 46*

PRESENTING COMPLAINT *I would Like To Get 30 mg meloxicam For pain at Negh To sleep Along with my A.m. meds*

---

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

### SERVICES

☐ DOCTOR VISIT (NON-EMERGENCY)       $10.00
☐ NURSE' CALL (NON-EMERGENCY)        $10.00
☐ DENTIST VISIT (NON-EMERGENCY)      $10.00
☐ MENTAL HEALTH PROFESSIONAL         N/C

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: *Murry Cobb*   DATE *2-10-23*

NURSING STAFF SIGNATURE: _____   DATE *2/10/23*

ACCOUNT OFFICER _____   DATE _____

ORIGINAL: MEDICAL          YELLOW: ACCOUNT CLERK          PINK: INMATE (after services)
MEDREQFM 11/06

**Request #233336902**

Profile Photo:



Audit Photo:
Audit Photo

Inmate Info

Name: MURRAY COBB
Submitted Date: 02/24/23 19:04
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

Form Info

Category: Medical
Form: Request - Health Care Services

Request Info

Status: CLOSED by Brittany Grubbs
Facility Deadline: 02/26/23 23:59

Details of Request:

Pm pain medicine meloxicam

Details of Request:

Describe the nature of your medical request.:
Night pain medicine please over educated

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the
medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted
from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return
to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/24/23 22:32 | Brittany Grubbs | Changed Status | From 'Open' to 'Closed' |



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

# Lake County Adult Correctional Center
## Freedom of Information Request

RECEIVED
25139
FEB 2 4 2023
BY:

Date **2-23-23**

Requester Name **MURRAY L. Cobb** Inmate # **45227**

I am requesting the following: **ALL MEDICAL REQUEST MADE**
**ON GTL TABLETS From 2-1-23 THRU**
**2-28-23**

**THANK YOU VERY MUCH**

**ALSO lake-co-il-WELLPATH.pdf FULL contract**

**AGREEMENT # FOR JAIL INMATE AND SUPERSE HEALTH**

**CARE SERVICES." EFFECTIVE NOVEMBER 22 - NOVEMBER 2023**

**COUNTY of LAKE, IL                   WELLPATH LLC**
**RUTH ANNE K HALL                      CINDY WATSON**
**PURCHASING MANAGER                    PRESIDENT LOCAL GOVERNMENT**
**                                      HEALTH**

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray L. Cobb**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

## Request #233214572

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/24/23 10:23
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 03/10/23 23:59 (4d)

Details of Request:

HSA Terrain a response from you concerning all my medical issues I wrote u about also chief deputy kalfasfor

Details of Request:

**YOUR LOCATION:**
5 North second floor where my medical conditions prohibited me from being.... Lawsuit n da making!!!!!! Thank you very very kind

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
For my small but giant medical issues too be dealt with professionally in house or Legally out of LCJ house too a Civil Court House!!!!!!!Thank you very
very much

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/24/23 10:23 | MURRAY COBB | Submitted New | HSA Terrain a response from you concerning all my medical issues I wrote u about also chief deputy kalfasfor |



## Request #233150812

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/23/23 20:20
Submitted from Location/Room: 5 N.46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Brittany Grubos
Facility Deadline: 02/25/23 23:59

Details of Request:

Did not receive my meleximan 25,mg pain meds today for my chronic back n hip and cervical pain... 2-23-23

Details of Request:

**Describe the nature of your medical request.:**
Due too the unqualified hired help that well path chose too hire too make budget cuts I had too suffer a 24hour day with out my very very **needed** pain medication for chronic medical condition for life.... APPARENTLY THERE IS INCOMPETENT MEDICAL STAFF IDIOTS WORKING AT LCJ MEDICAL DEPARTMENT!!!!! DESPITE WHAT SGT. LOPEZ BELIEVES..... **I've** been discipline today with out my chronic medical medication for my pain!!!!!! Power struck genius please help me and my LAWYERS WIN another LAWSUIT!!!! I'm not doing any Brown NOSING DATS FOR STAFF ONLY.....send me a chief or deputy chief, medical director. **somebody at least** half way important please and thank you Good NIGHT!!!!!!!!!!!!

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/23/23 23:28 | Brittany Grubos | Changed Status | From 'Open' to 'Closed' |
| 02/23/23 20:20 | MURRAY COBB | Submitted New | Did not receive my meleximan 25,mg pain meds today for my chronic back n hip and cervical pain... 2-23-23 |

## Request #233853852

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/27/23 18:45
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 03/13/23 23:59 (7d)

**Details of Request:**

Double mattress permit,low gallery,low bunk,permits double blanket permitted 1to sit on for da shooting pain up my legs n spine

**Details of Request:**

**YOUR LOCATION:**
5North #46 upper level where I shouldn't be due too life threatening chronic medical issue's DAT I'm going too sue you and med p

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Lumbar spine. cervical spine, sciotica n both hips, second degree burns over 10percent of my body,being taken off of my nerve damage medication of 15 years Neaurotin, I have pharathesia down my left side ur corrupted and illegal business is going down like correct care solutions, Wexford health, Dr mizuno,ted uicheck,Scott Fitch,Lisle A slalter,Joy C Fitzgerald, LC State's Attorney that tried fighting their corruption and Lie's!!!!!!!! They all got ship wrecked together!!!!!!TOO HEALTH SERVICE ADMINISTRATION TARRYN OR WHOM IT CONCERNS!!!!!!possible CHIEF DIRECTOR OR DEPUTY DIRECTOR someone bigger then a Sgt. Or Lt who can't do nothing but listen then say it's out of my pay grade sorry I'm a nobody

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/27/23 18:45 | MURRAY COBB | Submitted New | Double mattress permit,low gallery,low bunk,permits double blanket permitted 1to sit on for da shooting pain up my legs n spine |

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

<u>Check one</u> (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☐ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

**OFFICE USE ONLY
DO NOT WRITE IN THIS BOX**

Date: _____

Your Name: _____ "L" Number: _____ Housing Unit / Cell#: _____

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: _____

**Describe your concern:** (You are limited to the front of this form only)

FORMAT AND PROCEDURES
ON THE BACK.

**Resolution Sought: (do not leave blank)**

Inmate Signature: _____ Received by: _____ Date / Time Received: _____

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

### Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

TASKED.          OVER

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME *Murray Cobb*     DATE *2-10-23*

L # *45127*     POD/CELL *5N 46*

PRESENTING COMPLAINT *I would Like To Get*
*30 MG MELOXICAM For PAIN AT NIGH*
*To sleep Along with my A.M. Meds*

*SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF*

## SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE' CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: *Murry Cobb*     DATE *2-10-23*

NURSING STAFF SIGNATURE: _____     DATE *2/10/23*

ACCOUNT OFFICER _____     DATE _____

ORIGINAL: MEDICAL          YELLOW: ACCOUNT CLERK          PINK: INMATE (after services)

MEDREQFM 11/06




**Request #232945612**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/22/23 20:51
Submitted from Location/Room: S N.46/5N
Current Location/Room: S N.46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Brittany Grubbs
Facility Deadline: 02/24/23 23:59

**Details of Request:**

Low gallery low bunk permitted,, ,life long chronic illnesses making it hard and dangerous for me too climb stairs or top bunks

**Details of Request:**

Describe the nature of your medical request.:
Chronic life long illnesses need low gallery low bunk permits!!!! Stent n heart plates n screw's n my lumbar spine,,,sciatica n both hips ,,need additional surgery on cervical spine,,2nd degree burns n skin grafts on 10 percent of my body..... A medical mess

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/22/23 22:48 | Brittany Grubbs | Changed Status | From 'Open' to 'Closed' |
| 02/22/23 20:51 | MURRAY COBB | Submitted New | Low gallery low bunk permitted,, ,life long chronic illnesses making it hard and dangerous for me too climb stairs or top bunks |

**Request #233036462**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/23/23 12:24
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Brittany Grubbs
Facility Deadline: 02/25/23 23:59

**Details of Request:**

Flu vaccine before March dead line

**Details of Request:**

Describe the nature of your medical request.:
Free flu vaccine before March dead line please and thank you very much

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/23/23 23:42 | Brittany Grubbs | Changed Status | From 'Open' to 'Closed' |
| 02/23/23 12:24 | MURRAY COBB | Submitted New | Flu vaccine before March dead line |

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

**OFFICE USE ONLY**
**DO NOT WRITE IN THIS BOX**

Date: 2-1-23

Your Name: MURRAY CUL "L" Number: 45727 Housing Unit / Cell#: IN #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C.

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCEING 9MED PATH/DR. VICTORIA FOR TAKING ME OFF OF MY PAIN AND NERVE DAMAGE MEDICATION'S BEING GABAPTYING/NEAUROTEN 1800 MG DAILY ALSO TRAMADOL AND OCYCODONE FOR PAIN PRESCRIBED BY MY "SPECIALIST DR'S IN THERE FIELDS" NOT A GENERAL MEDICING DR WITH ONLY MEDICAL SKILL'S TO TREAT A COMMON COLD, SHE HAVE LEFT ME IN SEVERE PAIN AND DISCOMFORT DAILY ALL DAY AND NIGHT CAN'T SLEEP DUE TO EXTREME PAIN INTENTIONALLY CAUSED BY "A MEDICAL INCOMPITENT IDIOT" WHO'S MEDICAL OATH TAUGHT AND TRAINED THEM BETTER HUMANITY, RESPECT FOR HUMAN LIFE BEFORE SAVING A DOLLAR FOR YOUR EMPLOYER A BILLION DOLLAR CORPORATION, PLEASE REVIEW

COLL V FETCH ECT. AL 2015

"LIFE LONG ILLNESS" ROUND 2 ABOUT TOO BEGIN

PLEASE FIX THE SITUATION TO PREVENT "ROUND 2"

**Resolution Sought:** (do not leave blank)
PUT BACK ON MY MEDICATIONS TO STOP MY PAIN I WILL BE A LONG TENANT HERE MY BOND IS 5 MILLION, I WILL NOT ACCEPT ILLEGAL ACTIVITY From LCJ AND IT'S EMPLOYEE'S

Inmate Signature: Murray Coll Received by: 36077 Date / Time Received: 2/1 1026

White – Grievance Coordinator     Yellow – Inmate     Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

**Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.**

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

# Lake County Sheriff's Adult Correctional Division
# Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 2-1-23

Your Name: MURRAY COLE   "L" Number: 4527   Housing Unit / Cell#: 5N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C

**Describe your concern:** (You are limited to the front of this form only)

I'm GRIEVANCEING MED PATH/DR. VICTORIA FOR THE
RETURN OF ANY MONEY CHARGED TO MY ACCOUNT
FOR SICK CALL PER TAINING TO ANY AND ALL
ISSUES DEAL ING WITH DOULLE MASTESC PCOMPT
AND NERVE DAMAGE AND PAIN MEDICATION'S
FOR LIKE LONG ILLNESS !!

**Resolution Sought: (do not leave blank)**

RETURN OF ANY AND ALL
MONIES TAKEN From MY ACCOUNT FROM 1-1-23
THROUGH SAID ISSUE'S

Inmate Signature: Murray C-M   Received by: Scott   Date / Time Received: 02C 2/1

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

**Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.**

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

MY ATTORNEY
COPIES

MY ATTORNEY ALSO HAVE
COPIES

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance   RESUBMITTED

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☐ **Grievance**
☒ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

| Grievance #: _____ |
| --- |
| **OFFICE USE ONLY**<br>**DO NOT WRITE IN THIS BOX** |

**Date:** 2-21-23

**Your Name:** MURRAY Cobb  **"L" Number:** 45137  **Housing Unit / Cell#:** 5 N #46

**"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials:** M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCING MED PATH/DR./NP THAT REVIEWED
MYSELF/HEALTH AND MEDICATION'S FOR TAKING ME OFF OF
MY PAIN AND NERVE DAMAGE MEDICATIONS BEING
GABAPITENG/NEUROTIN 1800 MG DATLY ALSO TramaDol
AND OXICODONE FOR "PAIN PRESCRIBED BY MY
PROFESSIONAL SPECIALIST DR'S IN THERE FIELD
"PAIN MANAGEMENT" NOT A GENERAL MEDICINE DR
WITHOUT ANY SPECIAL TRAIN'D FIELD OR SKILLS,
THEY HAVE LEFT ME IN SEVERE PAIN AND
DISCOMFORT DAILY ALL DAY AND NIGHT FOR
NO LOGICAL MEDICAL REASON, I CANT SLEEP
DUE TO EXTREME PAIN KNOWINGLY WILLING
AND INTENTIONALLY CAUSED SOME
THIS MED DR. OATH TAUGHT AND TRAIN'D
TEL BEFORE SAVING A 1 DOLLAR FOR YOUR
EMPLOYER A BILLION DOLLAR ENTITY
CORPARATION. PLEASE REVIEW
COBB V FITCH ET. AL
2015
"LIFE LONG CRONIC ILLNESS"
ROUND 2 ABOUT 700 EE G IN
PLEASE FIX THE SITUATION TO PREVENT "ROUND 2"

**Resolution Sought:** (do not leave blank) PUT BACK ON MY MEDICATIONS
STOP MY PAIN I WILL BE A ONE TIME TENANT FROM
MY BOND IS 5 MILLION I WILL NOT ACCEPT RETALI-
ATION FROM LCS OR ITS EMPLOYEE'S OR
EMPLOYER'S

**Inmate Signature:** Murray Cobb  **Received by:** 30700 D. Guajardo  **Date / Time Received:** 2/21/23

White – Grievance Coordinator          Yellow – Inmate          Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

6/30/23, 1:25 PM                    CorEMR - COBB, MURRAY LAMONTE :: Medication | v5.5.0

# MURRAY LAMONTE COBB

### #L45127-011

Chronic Care, Withdrawal History, Mental Health Patient, Mental Health-Special Needs

Sex: Male
Aliases: CIMIS04382
DOB: 11/11/1968 (Age 54)
Height: 5ft 11in
Weight: 200 lbs
SSN: 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
Agency: County
Location: 4 N : 28 : 1
Patient ID: L45127
Allergies:
NKMA

Medication
Medications
## Medication

| Medication | Start Date | End Date | Clinician | Status | Dist |
|---|---|---|---|---|---|
| AMLODIPINE BESYLATE10MG<br>1 TAB By Mouth QD<br>NDC: 67877019905 | 04/09/2023 | 07/07/2023 (EXPIRING SOON) | NP Kerry Ehlert-Donovan | O Pending<br>Blister Pack | Sched |
| ASPIRIN81MG<br>1 CHW By Mouth QD<br>NDC: 51824005736 | 05/02/2023 | 07/29/2023 | NP Kerry Ehlert-Donovan | O Pending<br>Blister Pack | Sched |
| ATORVASTATIN CALCIUM40 MG<br>2 tabs = 80mg<br>NDC: 72205002405 | 04/09/2023 | 07/08/2023 (EXPIRING SOON) | NP Kerry Ehlert-Donovan | O Pending<br>Blister Pack | Sched |
| HYDROXYZINE HCL50MG<br>1 TAB By Mouth BID<br>NDC: 23155050210 | 05/22/2023 | 08/18/2023 | Psych Alan R Hirsch | ✓ Approved<br>06/06/2023 1907<br>Blister Pack | Sched |
| LISINOPRIL2.5MG<br>1 TAB By Mouth QD<br>NDC: 68180051202 | 05/21/2023 | 08/18/2023 | MD Nicholas Papanos | O Pending<br>Blister Pack | Sched |
| METOPROLOL TARTRATE25MG<br>1 TAB By Mouth BID<br>NDC: 52817036000 | 05/02/2023 | 07/29/2023 | NP Kerry Ehlert-Donovan | O Pending<br>Blister Pack | Sched |
| PAROXETINE HCL10MG<br>1 TAB By Mouth QHS<br>NDC: 68382009710 | 05/16/2023 | 08/13/2023 | Psych Alan R Hirsch | ✓ Approved<br>05/16/2023 1806<br>Blister Pack | Sched |

6/30/23, 1:25 PM      CorEMR - COBB, MURRAY LAMONTE :: Diagnostics | v5.5.0

## MURRAY LAMONTE COBB

### #L45127-011

Chronic Care, Withdrawal History, Mental Health Patient, Mental Health-Special Needs

Sex: Male
Aliases: CIMIS04382
DOB: 11/11/1968 (Age 54)
Height: 5ft 11in
Weight: 200 lbs
SSN: 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
Agency: County
Location: 4 N : 28 : 1
Patient ID: L45127
Allergies:
NKMA

Diagnostics
## Lab 059139411602023

Report Date: 03/01/2023 0811
Specimen Received Date: 02/28/2023 0000
Collection Date: 02/28/2023 0930
Ordering Provider: K EHLERT

✔ **Approved** - 06/06/2023 1910

### Performing Lab
CB :: LabCorp Dublin :: 6370 Wilcox Road :: 8002827300 :: PhD Scanzillo, Nathan T

| Item | | Lab Result | Units | Range | Status | Abnormal Flags | Date Observed | Notes |
|---|---|---|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | | | | |
| WBC | CB | 6.7 | x10E3/uL | 3.4-10.8 | F | | 03/01/2023 0627 | |
| RBC | CB | 4.48 | x10E6/uL | 4.14-5.80 | F | | 03/01/2023 0627 | |
| Hemoglobin | CB | 11.8 | g/dL | 13.0-17.7 | F | L | 03/01/2023 0627 | |
| Hematocrit | CB | 36.4 | % | 37.5-51.0 | F | L | 03/01/2023 0627 | |
| MCV | CB | 81 | fL | 79-97 | F | | 03/01/2023 0627 | |
| MCH | CB | 26.3 | pg | 26.6-33.0 | F | L | 03/01/2023 0627 | |
| MCHC | CB | 32.4 | g/dL | 31.5-35.7 | F | | 03/01/2023 0627 | |
| RDW | CB | 20.2 | % | 11.6-15.4 | F | H | 03/01/2023 0627 | |
| Platelets | CB | 254 | x10E3/uL | 150-450 | F | | 03/01/2023 0627 | |
| Neutrophils | CB | 52 | % | Not Estab. | F | | 03/01/2023 0627 | |
| Lymphs | CB | 33 | % | Not Estab. | F | | 03/01/2023 0627 | |
| Monocytes | CB | 12 | % | Not Estab. | F | | 03/01/2023 0627 | |
| Eos | CB | 2 | % | Not Estab. | F | | 03/01/2023 0627 | |
| Basos | CB | | % | Not Estab. | F | | 03/01/2023 0627 | |
| Immature Cells | CB | | | | X | | 03/01/2023 0627 | |
| Neutrophils (Absolute) | CB | 3.5 | x10E3/uL | 1.4-7.0 | F | | 03/01/2023 0627 | |
| Lymphs (Absolute) | CB | 2.2 | x10E3/uL | 0.7-3.1 | F | | 03/01/2023 0627 | |
| Monocytes(Absolute) | CB | 0.8 | x10E3/uL | 0.1-0.9 | F | | 03/01/2023 0627 | |
| Eos (Absolute) | CB | 0.1 | x10E3/uL | 0.0-0.4 | F | | 03/01/2023 0627 | |
| Baso (Absolute) | CB | 0.0 | x10E3/uL | 0.0-0.2 | F | | 03/01/2023 0627 | |
| Immature Granulocytes | CB | 1 | % | Not Estab. | F | | 03/01/2023 0627 | |
| Immature Grans (Abs) | CB | 0.0 | x10E3/uL | 0.0-0.1 | F | | 03/01/2023 0627 | |
| NRBC | CB | | | | X | | 03/01/2023 0627 | |

6/30/23, 1:26 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Focused Dental Service and Treatment Record, Interviewer: Dentist Curry,...

# Focused Dental Service and Treatment Record

**Patient ID:** L45127
**DOB:** 11/11/1968

**Interviewer:** Dentist Curry, Daniel (04/11/2023 1634)

## MURRAY LAMONTE COBB
## #L45127-011

| | |
|---|---|
| Allergies: | NKMA |
| Gender: | ◉ Male |
| Select: | ◉ Non-emergent |
| Soft Tissue: | WNL |
| Periodontal Status: | ◉ Gingivitis |
| Oral Hygiene: | ◉ Poor |
| X-Ray(s): | ☑ None |
| Comments: | Simple extraction #16. Pt presents with 7-9/10 pain on UL, started 3 weeks ago. #16 has B-L mobility >2 mm. Tooth is hopeless. Extraction of #16 at patient request. 1 carp septocaine. Tissue release with #9. Delivered in one piece with 150 forceps. Cleaned granulation tissue. POIG. |
| Description of work: | ☑ Extraction |
| Tooth Number(s): | 16 |
| Anesthesia (List drug and dose used): | 1.7 mL 4% articaine with 1:100kepi |

6/30/23, 1:26 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Psychiatric Provider Progress Note, Interviewer: Psych Hirsch, Alan R (20...

# 🔏Psychiatric Provider Progress Note

| | |
|---|---|
| **Patient ID:** | L45127 |
| **DOB:** | 11/11/1968 |
| **Interviewer:** | Psych Hirsch, Alan R (02/21/2023 2204) |

## MURRAY LAMONTE COBB #L45127-011

| | | |
|---|---|---|
| Allergies: | NKMA | |
| Gender: | ⦿ **Male** | |
| | Patient is seen for a psychiatric follow up visit on 2/21/2023. Chart is reviewed. Medications are reviewed. No reported medication side effects. Discussed with staff. Denies SI/HI/AVH. Patient reports depression, anxiety, racing thoughts, paranoia, insomnia, and past mania. | |
| Appearance: | ☑ **Poor Hygiene** | |
| | ☑ **Disheveled** | |
| Psychomotor Activity: | ☑ **Increased** | |
| Behavior/Attitude: | ☑ **Cooperative** | |
| | ☑ **Withdrawn** | |
| | ☑ **Poor Eye Contact** | |
| | ☑ **Preoccupied** | |
| | ☑ **Suspicious** | |
| | ☑ **Guarded** | |
| Level of Consciousness: | ☑ **Alert** | |
| Orientation: | ☑ **Person** | |
| | ☑ **Place** | |
| | ☑ **Time** | |
| | ☑ **Situation** | |
| Speech: | ☑ **Spontaneous/Relevant** | |
| Mood: | ☑ **Depressed** | |
| | ☑ **Anxious** | |
| | ☑ **Irritable** | |
| Affect: | ☑ **Labile** | |
| | ☑ **Irritable** | |
| Thought Process: | ☑ **Other** | Racing thoughts |
| Thought Content: | ☑ **Other** | Paranoid |
| Perceptions: | ☑ **Intact** | |
| Suicidal Ideas: | ☑ **None** | |
| Homicidal Ideas: | ☑ **None** | |
| Memory: | ☑ **Intact** | |
| Intelligence: | ☑ **Average** | |
| Insight: | ☑ **Poor** | |
| Judgment: | ☑ **Poor** | |
| Medication Side Effects: | Denies | |
| AIMS: Baseline Score: | 0 | |
| Response to Treatment: | Adequate | |
| Psychiatric Assessment/Diagnosis: | MDD, recurrent, severe, with psychosis; GAD. | |
| Medications: | increase Atarax to 50 mg PO BID for anxiety. | |
| Labs/Ancillary Tests: | ☑ **CBC with differential** | CMP |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085

# Lake County Adult Correctional Center
## Freedom of Information Request

RECEIVED
25139
FEB 2 4 2023
BY:

Date 2-23-23

Requester Name MURRAY L. COBB    Inmate # 45127

I am requesting the following: ALL MEDICAL REQUEST MADE
ON GTL TABLET'S from 2-1-23 THRU
2-28-23

THANK YOU VERY MUCH

ALSO lake-co-il-WELLPATH.pdf FULL contract

AGREEMENT # For JAIL INMATE AND JUVENILE HEALTH

CARE SERVICES," EFFECTIVE NOVEMBER 22 - NOVEMBER 2023

COUNTY OF LAKE, IL        WELLPATH LLC
RUTH ANNE K HALL          CINDY WATSON
PURCHASING MANAGER        PRESIDENT LOCAL GOVERNMENT
                          HEALTH

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*



LakeCounty

5N 46

**FREEDOM OF INFORMATION ACT**
**GRANT OF REQUEST**

Dear: **Murray Cobb** Date: **March 31, 2023**

This letter serves as the official response to the Freedom of Information Act request #25273, received on March 27, 2023, requesting:

**"A copy of healthcare request from 3-24-23 thru 3-31-23".**

Below is the response to your request:

**Per Wellpath, "I am not able to fulfill this request due to there are no sick calls entered for the dates provided by the patient".**

To the extent any portion of this response is construed as a denial, you have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a).

You can file your Request for Review with the PAC by writing to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62701
Phone: 877-299-3642
E-mail: Public.Access@ilag.gov

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court. 5 ILCS 140/11.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

### OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
25273
MAR 2 7 2023
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 3-26-23

Requester Name MURRAY L. Cobb    Inmate # 45727

I am requesting the following: A COPY OF HEALTH CARE
REQUEST From 3-24-23 THRU
3-31-23
From ALL GTL TABLETS
THANK YOU VERY MUCH

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*





# FREEDOM OF INFORMATION ACT
# GRANT OF REQUEST

Dear: __Murray Cobb__          Date: __March 11, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25341** received on April 3, 2023, requesting:

**"gtl med request"**

Below is the response to your request:

**Attached please find your document.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150

## Request #239089662

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 03/25/23 19:15
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED **by** Taryn Weiler
Facility Deadline: 03/27/23 23:59

**Details of Request:**

Too b placed back on some pain medication for my life time chronic illnesses n my lumbar spine n my cervical spine painfully vry

**Details of Request:**

**Describe the nature of your medical request.:**
Too b placed back on my life time pain medication that any sane Dr.or other trained medical professional would know I need it or something every day for my chronic illness that is fully documented!!!!!! Even a lament reading my medical chart would see this n these r so-called professionals!!!!!! Professional incompetent medical idiots from the fully top of the chain including HSA Terran what ever her name is along with Deputy chief Kalfas who sent my attorney a e-mail saying I don't need to go out n following my burn specialist referral for follow up due top 10 percent of my body having 2nd degree burns n getting infected enough too b put on antibiotics!!!!!! A bunch of super stupid disrespectful too civil laws and human life 8th amendment constitutional rights!!!!!!! I don't care about your feelings n pride being hurt as you don't care about my hurt dealing with daily pain begging n pleading with a bunch of IDIOTS everyday of the week...walking up flights of stairs, no double mattress for my lumbar n cervical spine,and sciotica n both hips,nerve damage on my left side, being taking off of my neaurotin\ Gabapiton 1800mg a day seven day's a week.....this is intentionally devilish treatment committed on me knowingly, willingly, and intentionally by a bunch of illegal dumb idiot staff members playing games with my health!!!! I find it impossible too RESPECT any of you!!!punish me if u want too

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical stall and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/25/23 20:13 | Taryn Weiler | Changed Status | From 'Open' to 'Closed' |
| 03/25/23 20:12 | Taryn Weiler | Changed Status | From 'Open' to 'Closed' |
| 03/25/23 19:15 | MURRAY COBB | Submitted New | Too b placed back on some pain medication for my life time chronic illnesses n my lumbar spine n my cervical spine painfully vry |



## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: __Murray Cobb__                Date: __March 1, 2023__

This letter serves as the official response to your follow up reply for Freedom of Information Act request #25139, received on February 24, 2023, requesting:

"All medical requests made on GTL tablets from 2-1-23 thru 2-28-23. Also lake_co_il_wellpath.pdf full contract agreement for jail inmates and (illegible) health care services. Effective November 2022 – November 2023".

Below is the response to your request:

**Please see attached medical records from Wellpath.**
**Attached please find Wellpath's full contract agreement.**

In accordance with the statutory provisions of the Freedom of Information Act 51LCS 140/8.5, "…a public body is not required to copy a public record that is published on the public body's website." All awarded contracted agency information can be found on the Lake County Government website under Purchasing. This information can also be found on your tablet.

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
MAR 0 2 REC'D
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 3-1-23

Requester Name MURRAY L. Cobb    Inmate # 45227

I am requesting the following: A COPY OF ALL INMATE
REQUEST'S AND RESPONSES TO SAID
INMATE REQUEST MADE ON All GTL
TABLET'S From 1-2-23 THRU 3-1-23
3-1-23
THANK YOU VERY MUCH

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L. Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

## Request #233986392

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 02/28/23 12:39
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 03/14/23 23:59 (8d)

Details of Request:

Too have my $10 returned that was taken today after a nurse came and took 2viles of blood from me.. I didn't put n for OK!!!!!!!

Details of Request:

**YOUR LOCATION:**
5North #46

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
I just had $10 taken off ofmy account unjustly!!!!!! A nurse just came too see me for mental health and took 2viles of blood out of my veins along with $10 out of my account I didn't request it the DR. Did too see if da medication was bothering me....what's up with that STOP THIEF bring da money back too my account please I should have $811.55 cent's not $801.55cent's!!!!!! Please return da $10 thief.....thank you very much!!!!!! I'm quite sure it was a honest mistake Sincerely truly yours MURRAY L. CObb....Too whom ever department this issue belongs with or at

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 02/28/23 16:27 | SEAN MARTE | Staff Response | speak with medical |
| 02/28/23 12:39 | MURRAY COBB | Submitted New | Too have my $10 returned that was taken today after a nurse came and took 2viles of blood from me.. I didn't put n for OK!!!!!!! |

**Request #234318792**

Profile Photo:



**Inmate Info**

Name: MURRAY COBB
Submitted Date: 03/01/23 18:27
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

Audit Photo:
Audit Photo

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 03/15/23 23:59 (9d)

Details of Request:

For da THIEF DAT STOLE my $10 put it back n identify itself or where ur hiding what cell r u in!!!! Or should b in CROOK!!!!!!!!

Details of Request:

**YOUR LOCATION:**
5north second level about too fall ,catch me I'm falling into a lawsuit free money my Lawyer love it!!!!!!!!!!!!!!!

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Someone has stolen $10 from my account n needs too put it back THIEF!!!!!! What Federal jail cell u working out of hiding and stealing just what's to b expected from LCJ employees n Employer's a bunch of CROOKS DAT I don't fear at all!!!!!! Responding #233986392 I know u have a name identify urself when responding back too a GROWN MAN!!!!! Like a adult...thank u very much and please stop da stealing or ur part of it is what da LAW always say

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/01/23 18:27 | MURRAY COBB | Submitted New | For da THIEF DAT STOLE my $10 put it back n identify itself or where ur hiding what cell r u in!!!! Or should b in CROOK!!!!!!!! |

```
 1    STATE OF ILLINOIS   )
                          )
 2    COUNTY OF L A K E   )

 3    IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
                      LAKE COUNTY, ILLINOIS
 4
      PEOPLE OF THE STATE OF    )
 5    ILLINOIS,                 )
                                )
 6              Plaintiff,      )
           vs.                  )    No. 23CF03
 7                              )
      MURRAY L. COBB,           )
 8                              )
                Defendant.      )
 9

10          REPORT OF PROCEEDINGS before the

11    HONORABLE GEORGE D. STRICKLAND, Judge of the

12    Circuit Court of Lake County, Illinois,

13    commencing on the 8th day of March, 2023.

14    APPEARANCES:

15        MR. RUSSELL C. CASKEY,
          Assistant State's Attorney,
16
              for the People of the State of
17            Illinois;

18        MR. LAWRENCE L. WADE, II,

19            for the Defendant.

20    Barbara A. DeMicco, CSR
      Official Court Reporter
21    License No. 084.002946

22
              ALSO VIEW MAY 10th 2023
23

24
```

-1-

1      MR. CASKEY:  Your Honor, this is 21CF1777

2   and 23CF3, People versus Murray Cobb.  Your

3   Honor, the defendant is present.  He is in the

4   custody of Lake County Sheriff represented by his

5   attorney, Mr. Lawrence Wade.  People by Russell

6   Caskey.  The matter comes before the Court this

7   morning for case management.

8      MR. WADE:  Judge --

9      MR. CASKEY:  Sorry.

10      Judge, I was able to tender some

11   discovery to Mr. Wade.  I know it was yesterday,

12   so I know that he has not had an opportunity to

13   review it, just the reports, body cam, other

14   digital evidence over evidence.com.  We have also

15   discussed the discovery that was tendered in the

16   21 CF case.  I know Mr. Wade believes he has

17   everything.  I just obtained that file, so I will

18   re-review it to make sure everything that was

19   tendered when the matter pended in front of Judge

20   Stride made its way over to Mr. Wade for his and

21   Mr. Cobb's review.

22      THE COURT:  Here is a pretty good one, so

23   there is a court order on this case that

24   Mr. Caskey signed.  So congratulations to him for

—2—

```
 1    getting appointed to the bench.

 2              Mr. Caskey, I didn't even hear there

 3    was an announcement that you were now a judge so

 4    good for you.

 5         MR. CASKEY:  I think I probably didn't

 6    sign the other page.

 7         THE COURT:  No, you did.

 8         MR. CASKEY:  Well, Judge, I will redo that

 9    order.  And I apologize to the Court.

10         THE COURT:  All right.  That's fine.

11         MR. WADE:  Judge, we would acknowledge

12    receipt of that discovery we did receive

13    yesterday via e-mail.  It has -- Mr. Caskey is

14    correct.  We haven't had an opportunity to review

15    that additional discovery.  I do believe on the

16    21 CF we do have everything.  That case was

17    pending for about a year before the new case

18    arose.

19              However, Judge, at this time we would

20    ask the Court to consider -- we understand and

21    appreciate how big of an ask this may be.

22    Mr. Cobb shortly before coming into custody was

23    burned over 10 percent of his body.  Since he has

24    been in the Lake County Jail, he has had some
```

THE JUDGE AND THE STATE's BOTH DENIED ME ADAQUATE
MEDICAL ATTENTION!! KNOW OF A MEDICAL FOLLOW UP / REFERAL
WITH A BURN SPECIALIST / OBJECTIVE & SUBJECTIVE OVER →

THE BOTH HAD THE AUTHORITY TO HAVE THE JAIL
TAKE ME BY "COURT ORDER"

1   rather difficulties with flaring up as far as

2   infections and those types of things.  I know

3   that I have got in my hand several grievances and

4   several requests for medical attention.  He

5   continues to suffer with a lot of pain.  The

6   wounds were still being treated out of the Loyola

7   Burn Center.  He has got a doctor's appointment

8   set for March 21st.  And just given the specific

9   nature and severe nature of the burns -- they

10  were third-degree burns -- I would just -- I have

11  seen the pictures.  I know that they were

12  essentially picking clothes out of his skin at

13  the time of the burn, but I would be asking if

14  the Court would consider allowing Mr. Cobb a

15  short furlough so that he can go and be treated

16  by the Loyola Medical Center with his doctor on

17  March 21st.  It is a 1:30 appointment.  He has --

18  his sister has been in contact with me.

19  Mr. Cobb's sister has been in contact with me.

20  She would be able to assist in transporting him

21  to the medical center and to bring him back if

22  the Court would grant the furlough.  I know that

23  it would be rather difficult, however, I think

24  given his medical situation to ask the jail to

-4-

```
 1   transport him to the medical center.  But it's a

 2   situation that just progressively is getting

 3   worse.  I'm sorry.  It is March 22nd at 1:45 is

 4   his doctors's appointment with a Dr. Kubasiak out

 5   of the Loyola Medical Center.  We would just ask

 6   for just a few hours for him to go in.  He would

 7   be treated so that he can gain some sort of

 8   relief and possibly set himself up to be -- have

 9   better treatment while in the jail just so that

10   -- you know, get a better understanding of how

11   the burns have progressed as far as healing is

12   concerned.

13          THE COURT:  State.   KNOWINGLY, WILLINGLY,
     INTENTIONALY DENIED ME, CAUSING ME TOO SUFFER
14          MR. CASKEY:  Judge, the State has to

15   object.  I understand that Mr. Cobb suffered some

16   very serious burns, and I sympathize and

17   understand that there is treatment that is

18   required for that.  But he is bond on bond on two

19   Class X felonies.  The 23 CF matter before your

20   Honor, there really aren't more severe offenses

21   save murder.  Mr. Cobb is charged with home

22   invasion, armed robbery, armed violence,

23   residential burglary, aggravated discharge,

24   unlawful possession with the intent to deliver,
```

1  possession of a weapon as a felon. He, again,

2  was on bond for a Class X aggravated DUI. He has

3  spent -- he has been to the Department of

4  Corrections on 1, 2, 3, 4, 5, 6, 7, 8, 9 -- 10

5  cases over the course of his life, most recently

6  in 2013CF2312. That was an eight-year sentence.

7          In the 23 CF matter he fled from the

8  scene of the home invasion. He fled from police.

9  I can't in good conscience agree to any reduction

10  of bond. I don't know if the jail would be able

11  to transport him. As Mr. Wade indicated, that's

12  obviously quite onerous. I have not spoken with

13  Deputy Chief Kalfas or anyone else from the jail

14  to see if that's something they can accommodate.

15  Based on his charges, based on the background,

16  based on the flight specifically in the 23 CF

17  matter X the State would ask the Court "deny" the

18  motion at this time. *JUDGE ALSO DENIED*

19          THE COURT: The defendant is -- was on

20  bond for a Class X felony for felony DUI with

21  five prior DUIs. While he was on bond for that,

22  there are multiple violations of the bond

23  including using cocaine. At least three

24  different times, I see violation memos in here,

1    some of which he was allowed to stay out until he

2    allegedly committed a home invasion, a separate

3    Class X felony which apparently involved

4    discharging a firearm, not just bringing one into

5    a house but discharging it into the house, all

6    while possessing heroin and crack cocaine and

7    then led the police on a high-speed chase.

8              It is mandatory consecutive

9    sentences.  Realistically he is looking at very

10   substantial time in prison.  He does not have a

11   history of abiding by court orders, so I'm going

12   to have to deny that motion.  So I would just

13   recommend that you talk to Commander Kalfas about

14   that, but I am without any ability to do anything

15   more. *YOU CAN COURT ORDER THE JAIL TO TAKE*

16   *M4 TO FOLLOW UP-REFERRAL APPOINTMENT* MR. WADE:  And, Judge, with the Court

17   suggesting I talk to Sergeant Kalfas, would the

18   Court be willing to at least -- if Sergeant

19   Kalfas indicates that the jail could accommodate

20   that, would the Court be willing -- to even

21   entertain an order allowing him to be transported

22   by the Lake County Jail if they can accommodate

23   that?

24              THE COURT:  All right.  So I would say I

—7—

```
 1   would entertain it.  I would want details and

 2   possibly even Lieutenant Kalfas here to do that.

 3        MR. WADE:  Okay.  Judge, and I will take a

 4   look at that.  But with that, Judge, would the

 5   Court consider reviewing the bond at this time?

 6   The bond is at 5 million.

 7        THE COURT:  Right.

 8        MR. WADE:  I would only ask if the Court

 9   would consider reducing the bond down to 250,000

10   cash bond.  He doesn't have any bond posted.

11   Just my thoughts here are just that I don't know

12   if he will be able to post it.  My gutt tells me

13   he may not be able to, but I know that the family

14   has asked that if we could get it -- I think they

15   asked for a hundred and fifty thousand, but

16   that's, you know, he even lower than what I'm

17   even presenting to the Court.  But that may be

18   able to put him in a position at that point to

19   possibly post so that he can -- my chief concern

20   is him being able to address his medical issues.

21   I have been to the jail several times to speak

22   with him.  And even the slightest change in

23   temperature inside the jail completely affects

24   his comfort because of the severity of the burns
```

1    to his upper body on his arms and shoulders and

2    things.

3            So, therefore, Judge, we would just

4    ask if the Court would consider reducing the

5    bond, however much the Court may feel comfortable

6    reducing it to.

7        THE COURT:  Which I would not feel

8    comfortable at all.  What you are asking is that

9    I reduce his bond 20 times for somebody who if I

10   was going to move his bond it would be no bond

11   given what he is charged with, given his history,

12   given his complete lack of any ability to comport

13   his behavior to the law.  So no, that's denied.

14       MR. WADE:  Okay.  Thank you very much, *COULD HAVE COURT ordEREd THE*

15   Judge. *INSTEAd LEFT mE Too SUFFER IN PAIN.* *JAIL TO TAKE mE*

16           And, Judge, with that if we could

17   come back as far as a pretrial date giving me an

18   opportunity to go through everything that first

19   week in April.  Is that available?

20       THE COURT:  How is April 5th?

21       MR. WADE:  That works, your Honor.

22       THE COURT:  All right.  Are we going to be

23   able to -- ready to be able to set this case for

24   trial sometime soon?

1      MR. WADE:  Judge, I'm hopeful at least by

2  the 5th of April we will have an idea of which

3  direction we are going to go, whether it be

4  negotiation or a trial.

5      THE COURT:  Okay.  Because I'm fine with

6  getting this case set for trial soon so --

7      MR. WADE:  I agree.

8          And then when I do talk to Lieutenant

9  Kalfas, I'll motion the case up with whatever

10  information we may have.

11      THE COURT:  Okay.  Very good.

12      MR. WADE:  Thank you.

13      MR. CASKEY:  Thank you, Mr. Wade.

14          (End of proceedings.)

15

16

17

18

19

20

21

22

23

24

```
 1    IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
                  LAKE COUNTY, ILLINOIS
 2

 3

 4                   CERTIFICATE OF REPORTER

 5        I, Barbara A. DeMicco, CSR No. 084.002946,

 6    an Official Court Reporter for the 19th Judicial

 7    Circuit, Lake County, Illinois, reported in

 8    machine shorthand the proceedings had in the

 9    above-entitled cause and transcribed the same by

10    computer-aided transcription, which I hereby

11    certify to be a true and accurate transcription

12    of the proceedings had before the HONORABLE

13    GEORGE D. STRICKLAND.

14

15                 Barbara A. DeMicco

16                 Official Court Reporter

17

18    Dated this 22nd day of
      August, 2023.
19

20

21

22

23

24
```



 LakeCounty

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: __Murray Cobb__                    Date: __March 9, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25172** received on March 2, 2023, requesting:

**"a copy of all inmate requests and responses to said inmate request made on all GTL tablets.**

Below is the response to your request:

**Attached please find your requested documentation. You previously received your medical requests made on the tablet on 3/1/23 from your FOIA request.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: 23G0140

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 3-24-23

Your Name: MURRAY Cobb  "L" Number: 45127  Housing Unit / Cell#: 5N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCEING HSA TARRYN, WELL PATH DR. FOR NOT HONORING REQUEST FOR MY DOUBLE MATTRESS ORDER DUE TO L1 L2 LAMENECTOMY SURGERY ON MY LUMBAR SPINE AND HAVE SEVERE PAINFUL DAMAGE ON MY CERVICAL SPINE C5 C7, WHICH IS DETAILED IN MY MEDICAL RECORDS ALONG WITH SCIOTICA IN BOTH OF MY HIP'S AND IS VERY PAINFUL WALKING UP AND DOWN STAIRS THAT I'M NOT SUPPOSE TO BE DOING IT DANGEROUS AND DEADLY TO MY HEALTH. I HAVE A FEELING ONE DAY I'M GOING TO FALL DOWN. I KEEP TELLING MEDICAL AND CLASIFICATION BUT NEITHER ONE CARES. I HAVE HIGH BLOOD PRESSURE AND GET DIZZY DAILY WALKING UP AND DOWN THE STAIRS. ALSO I'VE BEEN TOLD I'M A DIABETIC AND I MAY HAVE A SIEZURE AND FALL OUT AND DOWN THE STAIRS HITTING MY HEAD OR BREAKING MY NECK AND DIEING!! SOMETHING THAT CAN BE PREVENTED FROM A PROFESSIONAL MEDICAL AND CLASIFICATION DEPARTMENTS

" NO MORE GAMES LAWSUIT "

**Resolution Sought:** (do not leave blank) A DOUBLE MATTRESS ORDER A LOWER GALLERY, LOWER BUNK PERM FOR LIFE!!! LIFE LONG CHRONIC ILLNESS NEVER GOING AWAY.

Inmate Signature: Murray Cobb  Received by: JK 2576  Date / Time Received: 3-6-23 11:40

White – Grievance Coordinator          Yellow – Inmate

Rev: 11/07

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance # 23 G0137

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 3-24-23

Your Name: MURRAY COLE    "L" Number: 45127    Housing Unit / Cell#: 5 N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: OM C

**Describe your concern:**  (You are limited to the front of this form only)

I'M GRIEVANCEING HSA TARRYN AND WELL PATH DR.
I'VE BEEN SUFFERING SINCE 1-3-2023 THE
DAY I WAS ADMITTED TO THE LC5 I WAS
TAKEN OFF OF MY NERVE DAMAGE MEDICATION
BEING NEAUROTIN 1800MG DAILY FOR EXTREME
NERVE DAMAGE ON MY LEFT LEG FROM CERVICAL
SPINE I HAD SURGERY ON L1 A LAMENECTOMY
2 PLATES 4 SCREWS A CHRONIC ILLNESS FOR
LIFE IN WHICH ANY PROFESSIONAL
SHOULD KNOW THAT I'M IN DAILY PAIN
WHEN THEY MADE THE SOUND MEDICAL
DECISSION TO TAKE ME OFF OF MY PAIN
MEDICATION ALSO BEING TROMADOL AND
OXYCODONE PLUS THE CLAIM TO FOLLOW
MEDICATIONS ARE ALLOWED IN THESE
FOR PRISON I PERSONALLY TOOK THEM
ILLNESSES SAME AS THE LONG CHRONIC

COBB V FITCH, ECT AL
CASE NO. 14-CV-00605

**Resolution Sought:** (do not leave blank) INSTANT LAWSUIT TO BE PLACED BACK ON
MY MEDICATION'S ALL OF MY SPECIAL IST
DOCTORS HAD ME ON "DO YOUR HOME WORK"

Inmate Signature: OM Murray Cole    Received by: JK 23558    Date / Time Received: 3-6-24 11:40p

White – Grievance Coordinator    Yellow – Inmate    Rev: 11/07

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: 23G014

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 3-24-23

Your Name: MURRAY L. Cobb  "L" Number: 45127  Housing Unit / Cell#: 5N #46

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C.

**Describe your concern:** (You are limited to the front of this form only)

DEPUTY CHIEF KAIFAS,

I'M GRIEVANCING WELLPATH HSA TARRYN, FOR NOT HONORING MY BURN SPECIALIST REFERRAL FOT MY FOLLOW-UP APPT. AT LOYOLA BURN CENTER IN MAYWOOD IL. SEVERAL DIFFERENT APPT. ATTEMPS 3-3-23 THRU 3-22-23 IN WHICH MEDICAL STAFF WAS MADE AWARE OF ALL THE WAY TO THE TOP INCLUDING DEPUTY CHICE KAIFAS OF THE LAKE COUNTY JAIL WHOM EMAIL MY LAWYER SAYING "NO" TO PRESSENT TO THE JUDGE GEORGE STRICKLAND PRESSIDING OVER MY CASE. MY MEDICAL ISSUE AND SITUATION HAVE BEEN PRESENTED IN MY LEGAL CASE SO IT'S NO SECRETE TO ANYONE OF HIGH AUTHORITY. MY NEXT MOVE IS A INSTANT CIVIL LAWSUIT ALSO WELLPATH MEDICAL DR. THAT PUT ME ON ANTIBIOTICS BECAUSE OF INFECTION IN MY ARM A MONTH AGO IVE NOT SEEN ANYONE IN MEDICAL DEPT. SINCE TO BE EVALUATED AFTER THE ANTIBIOTIC WAS OVER WITH SO HOW WAS A PROFESSIONAL MEDICAL AND SECURITY DECISSION MADE ON MY MEDICAL ISSUE BETWEEN DEPUTY CHIEF KAIFAS, HSA TARRYN, AND WELLPATH DOCTOR.

COBB V FITCH 14-CV-00605

INSTANT LAWSUIT

**Resolution Sought: (do not leave blank)**
TO BE TAKEN TO BE SEEN BY A PROFESSIONAL BURN SPECINIST AT LOYOLA MEDICAL CENTER BRIDGET ENRIGHT, APN, MANUEL PORTALATIN, DO, PAULA PETERSE, APN.

Inmate Signature: Murray Cobb  Received by: JL 20585  Date / Time Received: 3-24-23 1140P

White – Grievance Coordinator    Yellow – Inmate    Rev: 11/07

Mr. Cobb has been seen several times by both providers regarding his skin condition. His burns are completely healed & both providers agree there is no need for an outside referral.

Taryn J Weiler BSN RN CCHP

*Health Services Administrator*

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

 **image002.png**
2K

 **image004.png**
2K

IVE BEEN UP BEFORE MY JUDGE AND STATE'S ATT. SEVERAL TIME'S TO GET MEDICAL FURLOW FOR MY PROCEDURE, THERE ALL GUILTY OF 8TH AMMENDMANT VIOLATION DELIBERAT INDIFFERANCE

I WAS DENIED THE APPEAL PROCESS "BY SGT. LOPEZ," SHE'S THE GRIEVANCE OFFICER, AND REFUSED TO ACCEPT OR PROCESS MY APPEAL'S TO HENDER MY LAWSUIT, "ALSO STOPPED HEARING MY GRIEVANCES" BUT THESE EMAIL'S SHOULD BE JUST AS GOOD "THE CHIEF OF CORRECTIONS OR THERE DESIGNEE'S DECISION IS FINAL. AND HE SPOKE LOUD AND CLEARLY VIA GMAIL, AS OF TODAY 6-1-23 I STILL HAVE'NT SEEN A BURN SPECIALIST AND BEEN THROUGH ANTIBIOTIC'S ON TWO SEPERAT OCCASIONS AND I'M STILL INFECTED AS OF TODAY.

3 of 3

5/25/2023, 11:23 AM

29 S. Martin Luther King Jr Ave.

Waukegan, IL 60085

Direct: 847.377.4135 | Fax: 847.360.5790

nkalfas@lakecountyil.gov

www.lakecountyil.gov/sheriff

 @LakeCoILSheriff

@LakeCoILSheriff

**From:** Lawrence Wade <wadelawoffice@gmail.com>
**Sent:** Monday, March 20, 2023 4:49 PM
**To:** Kalfas, Nicholas T. <NKalfas@lakecountyil.gov>
**Subject:** Murray Cobb

---

**WARNING - EXTERNAL EMAIL**

If unknown sender, do not click links/attachments. Never give out your user ID or password.

---

[Quoted text hidden]
NOTICE: This e-mail message and all attachments transmitted with it are intended solely for the use of the addressee and may contain privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by e-mail reply and please delete this message.

**2 attachments**

 **image002.png**
2K

 **image004.png**
2K

---

**Kalfas, Nicholas T.** <NKalfas@lakecountyil.gov>
To: wadelawoffice <wadelawoffice@gmail.com>

Tue, Mar 21, 2023 at 2:27 PM

Please see below for the response from our medical provider. Thanks,

 **Gmail**

Lawrence Wade <wadelawoffice@gmail.com>

---

## Murray Cobb

3 messages

---

**Lawrence Wade** <wadelawoffice@gmail.com>                                  Mon, Mar 20, 2023 at 4:49 PM
To: "Kalfas, Nicholas T." <NKalfas@lakecountyil.gov>

Good afternoon,

I represent Murray Cobb on a criminal matter in front of Judge Strickland. Mr. Cobb has severe scarring from a burn
he suffered shortly before he was incarcerated. His scarring has had some issues including infections while in Lake
County Jail. Mr. Cobb has a specialist which he sees and currently has a doctor's appointment scheduled. Judge
Strickland has requested that I reach out to see if there is a way for Mr. Cobb to be transported, by the Lake County
Jail, to his doctor's appointment? If so, what would the procedure be? The doctor's appointment would be at the
Loyola Medical Center and last approximately one hour. Please let me know if this is possible and I will inform the
Judge and my client as to what we would need. Thank you very much for your time.

Lawrence Wade

--

This email and the pages accompanying it originate from the Law Office of Lawrence Wade and may be confidential
and/or privileged pursuant to the attorney/client privilege and work-product doctrine. The information is intended for
the use of the individual or entity named. It is prohibited for anyone else to disclose, copy, distribute or use the
contents of this message if you are not the intended recipient. The contents may not be copied or distributed without
this disclaimer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any
computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus
free. No responsibility is accepted by the Law Office of Lawrence Wade for any loss or damage arising in any way
from its use.

If you receive this message in error, please delete the message and advise the sender by reply e-mail or notify us
immediately at (224)399-5010. All personal messages express views solely of the sender, which are not to be
attributed to the Law Office of Lawrence Wade

---

**Kalfas, Nicholas T.** <NKalfas@lakecountyil.gov>                           Mon, Mar 20, 2023 at 4:52 PM
To: wadelawoffice <wadelawoffice@gmail.com>

I have forwarded this to our contracted medical provider who is responsible for all inmate's medical care and who has
been coordinating Inmate Cobb's care while in custody. It will be up to our contracted medical provider if they will
approve this additional appointment. Once I have an answer from them, I will let you know. Thanks,



Sheriff's Office

Nicholas Kalfas CCHP| Deputy Chief

Lake County Sheriff's Office

Adult Correctional Division

SPSC 334

---



Lake County Sheriff's Office

Corrections Division

Classification and Grievance Coordinator

**Inmate Grievance Response Form**

**Date/Time:** 4/12/2023 5:48 pm          5 North

**Name:** Cobb, Murray          L# 45127          Grievance # 23G0139

☑ ANSWERED ☐ DENIED ☑ UNABLE TO RESOLVE ☐ IMPROPER FORMAT ☐ OTHER

Sir, I have reviewed your grievance in reference to your issue with HSA Taryn, WellPath doctor and not receiving medication.

In your grievance you wrote "instant lawsuit". This will be taken as an indication you are moving forward with civil litigation and your grievance will not be processed but collected and filed.

Returned Because this can be addressed by the Pod Officer:_____

Forwarded to Medical on:

Appeal forwarded to Administration: _____

**INMATE SIGNATURE X** ███████████████████

# Lopez, Jahaira

Digitally signed by Lopez, Jahaira
Date: 2023.04.12 17:57:14 -05'00'



Lake County Sheriff's Office

Corrections Division

Classification and Grievance Coordinator

**Inmate Grievance Response Form**

**Date/Time:** 4/12/2023 7:38 pm          5 North

**Name:** Cobb, Murray          L# 45127          **Grievance #** 23G0140

☑ ANSWERED ☐ DENIED ☑ UNABLE TO RESOLVE ☐ IMPROPER FORMAT ☐ OTHER

Sir, I have reviewed your grievance in reference to your issue with HSA Taryn and Wellpath doctor.
In your grievance you wrote "No more games lawsuit". This will be taken as an indication you are moving forward with
civil litigation and your grievance will not be processed but collected and filed.

**Returned Because this can be addressed by the Pod Officer:** _____

**Forwarded to Medical on:** _____

**Appeal forwarded to Administration:** _____

**INMATE SIGNATURE X** ████████████████████

Lopez, Jahaira          Digitally signed by Lopez, Jahaira
Date: 2023.04.12 19:31:39 -05'00'



Lake County Sheriff's Office

Corrections Division

Classification and Grievance Coordinator

**Inmate Grievance Response Form**

**Date/Time:** 4/12/2023 8:21 pm          5 North

**Name:** Cobb, Murray          L# 45127          Grievance # 23G0141

☑ ANSWERED ☐ DENIED ☑ UNABLE TO RESOLVE ☐ IMPROPER FORMAT ☐ OTHER

Sir, I have reviewed your grievance in reference to your issue with HSA Taryn.

In your grievance you wrote "my next move is a instant civil lawsuit also Wellpath Dr." This will be taken as an indication you are moving forward with civil litigation and your grievance will not be processed but collected and filed.

Returned Because this can be addressed by the Pod Officer:_____

Forwarded to Medical on:

Appeal forwarded to Administration: _____

**INMATE SIGNATURE X**

Lopez, Jahaira

Digitally signed by Lopez, Jahaira
Date: 2023.04.12 20:24:24 -05'00'

```
 1   STATE OF ILLINOIS  )
                        )   SS.
 2   COUNTY OF L A K E  )

 3   IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
                LAKE COUNTY, ILLINOIS
 4

 5   PEOPLE OF THE STATE OF          )
     ILLINOIS,                       )
 6                                   )
                 Plaintiff,          )
 7                                   )
          vs.                        )   No. 23 CF 3
 8                                   )
                                     )
 9   MURRAY COBB,                    )
                                     )
10               Defendant.          )

11


12        REPORT OF PROCEEDINGS had in the
     above-entitled cause before the Honorable GEORGE
13   D. STRICKLAND, Judge of said Court, on April 5,
     2023.
14
        APPEARANCES:
15
             MR. RUSSELL C. CASKEY,
16           Assistant State's Attorney,

17           appeared on behalf of the People of
             the State of Illinois;
18
             MR. LAWRENCE L. WADE, II,
19
             appeared on behalf of the defendant.
20

21
     Reported by
22   Jan M. Mosley, C.S.R.
     Official Court Reporter
23   License Number 084.001371
     18 N. County Street
24   Waukegan, Illinois 60085
```

```
 1          MR. CASKEY:  Your Honor, this is 21 CF

 2    1777 and 23 CF 3, People vs. Murray Cobb.  The

 3    defendant is present.  He is in the custody of

 4    the Lake County Sheriff represented by his

 5    attorney, Mr. Lawrence Wade.  People by Russell

 6    Caskey.  The matter comes before the Court for

 7    case management this morning.

 8          MR. WADE:  Judge, in speaking with Mr.

 9    Caskey, there is still some outstanding discovery

10    that they need to get over to us being videos and

11    I believe some additional reports.

12          MR. CASKEY:  Judge, there is an additional

13    Leads as well of one of the witnesses that I need

14    to get over to Mr. Wade.  That won't take long at

15    all.

16          THE COURT:  So when do we think discovery

17    will be complete?

18          MR. CASKEY:  Judge, I think in the next 30

19    days I will be able to obtain from Waukegan

20    everything that I'm missing.  I know Mr. Wade and

21    I had discussed some additional reports that I

22    don't know if they exist or not.  Mr. Cobb made

23    mention of those reports.  We do have of another

24    incident that occurred at the victim's residence
```

1    involving one of the witnesses. I don't know

2    that any reports exist, but I am following up

3    with Waukegan to see if any reports exist from

4    that incident that might be pertinent or relevant

5    to this case.

6            MR. WADE: That is correct, Your Honor.

7            THE COURT: Well, we have two felony

8    cases. Does the State know are you going to be

9    electing on the home invasion or the DUI?

10           MR. CASKEY: Judge, I know the DUI has

11   been pending for a long time. Normally I would

12   say we would go on the higher case, but both are

13   Class X's. My understanding in speaking with

14   Mr. McCutcheon regarding the 21 CF with Mr. Wade

15   as well discovery is complete on that, and if we

16   are setting trial dates, since discovery is

17   complete in that matter I would elect on that.

18   Obviously, understanding the severity of the

19   charges in the newer case and the more severe I

20   guess so to speak sentencing range with those

21   particular Class X felonies.

22           MR. WADE: That's something I could

23   discuss with Mr. Caskey off record. However,

24   before we set our next court date, I would ask

1   the Court to reconsider our previous motion to

2   have Mr. Cobb at least a furlough to be able to

3   see a specialist for his extensive burns that he

4   suffered just within a few months before being

5   taken into custody.  The reason why we are asking

6   the Court to reconsider their ruling is because

7   the Court on the last court date indicated to us

8   that if we were to get in contact with Lieutenant

9   Kalfas and ask them their procedure by which they

10  would be able to transport him and whether or not

11  they have the personnel to transport him to be

12  able to see his specialist at the DePaul Burn

13  Center.  The response from Lieutenant Kalfas was

14  that they would have him evaluated, and then

15  after an evaluation if their team believed that a

16  specialist was needed that they would let me know

17  that and then we would go from there.  I received

18  an email back from Lieutenant Kalfas saying that

19  the staff did not believe that Mr. Cobb needed

20  that additional attention, that his burns were

21  healed and they saw no further issue.  However,

22  in talking to Mr. Cobb, from the time that I was

23  given that information by Lieutenant Kalfas the

24  defendant had not been seen and still has not

4

1   been seen since that time by the staff in the

2   jail, that he continues to suffer a great amount

3   of pain and swelling and infection to the point

4   where he has been on antibiotics for how long?

5           THE DEFENDANT:  They were supposed to do

6   an evaluation.  They never called me and they

7   never done anything.  It's been over three weeks

8   or a month.

9           MR. WADE:  Judge, Mr. Cobb has sent over

10  copies with several grievances just trying to get

11  some sort of medical attention.  We are not

12  trying to avoid these charges.  We are not trying

13  to do anything like that.  However, Mr. Cobb

14  continues to explain to me that he is in a

15  tremendous amount of pain.  10 or 15 percent of

16  his body was burned.  His arm particularly is the

17  issue at this point where he is having swelling

18  and tenderness.  Not only that, Judge.  He has

19  got several other medical issues that continue to

20  be agitated by his fighting with his burn.  I

21  would just ask if the Court would consider

22  signing an order just allowing for him -- for

23  some opportunity for him to be able to see the

24  specialist so that he can get the attention he

1    needs so that during the pendency of this case

2    that Mr. Cobb is no longer in a position where he

3    is suffering as he is now.

4         THE COURT:  State.

5         MR. CASKEY:  Judge, the State would make

6    the same argument as on the last court date.  Mr.

7    Cobb was on bond somehow for a Class X DUI when

8    he picked up these charges.  These charges

9    include multiple Class Xs.  Some of them include

10   a floor of 21 years with a maximum of 45 years.

11   He continues to violate the law.  He has a long

12   history of violating the law.  He has been to the

13   Department of Corrections as I count it one, two

14   three, four, five, six, seven, eight, nine, ten

15   times on various cases.  It's not often that we

16   have someone who is on bond for a Class X felony,

17   let alone one who while on bond for the Class X

18   felony commit new Class Xs.  Not just one, but

19   he's charged with three separate Class X

20   felonies.  And if I recall correctly, I think on

21   the last court date when Your Honor declined to

22   modify bond, the Court stated that if it was

23   going to change or amend bond, it would more

24   likely be to a no bond versus a reduction of

```
1    bond. ⟩ The State would ask that the bond stand as

2    is at five million dollars.

3         THE COURT:  So the Court is sympathetic to

4    the situation, but once again, going through the

5    files here, I don't even know how he got out on

6    the first Class X bond to tell you the truth.  He

7    probably shouldn't have been.  Well, he

8    definitely shouldn't have been.  Ten prior trips

9    to the Department of Corrections, that many DUIs,

10   somehow he gets out on bond.  And I'm looking now

11   at the first case, a DUI.  Four separate times

12   he's posted bond in this case.  All the way

13   through the file.  He is getting arrested

14   because -- I'm sorry.  Bond revoked for using

15   cocaine.  The Court raised his bond three

16   separate times in the other case.  And I just

17   keep going through.  Here's another bond, here's

18   another violation memo, here's another bond,

19   culminating in a home invasion where he's accused

20   of leading the police on a high speed chase,

21   discharging a firearm in there, possessing

22   heroin, possessing crack cocaine.  And so I would

23   imagine if he has having a lot of those problems,

24   right now it would appear he is at least charged
```

JUDGE GEORGE STRICKLAND FIT THE CRITERIA
TOO BE CHARGED IN A 8TH AMENDMENT VIOLATION

1   with having cocaine and heroin.  He is an

2   absolute risk.  I'm simply not going to have any

3   part of putting him out there.  I don't trust

4   him.  Something bad is going to happen.

5           Now, Mr. Wade, have you directly

6   spoken to Lieutenant Kalfas?

7       MR. WADE:  Yes, via email.

8       THE COURT:  I would suggest that you have

9   a direct conversation with him and then go

10  through and say okay, it's his arm or whatever.

11  From my perspective he is a risk, one of the

12  higher risks I have in this courtroom.  I am not

13  going to release him, not for a furlough and not

14  for anything else.

15      MR. WADE:  Judge, are we still in the --

16  if the jail would somehow be available to

17  transport him, would the Court then consider

18  allowing that type of a transport?

19      THE COURT:  Yes, if the jail will do that.

20  Absolutely, because that will erase my concern --

21  well, somewhat erase, unless he attempts to

22  escape from the police.  Keeping in mind, once

23  again, the reason he is here now is he got caught

24  in a high speed chase.  Yes, you can bring that

1   to my attention.

2       MR. CASKEY:  Judge, just to I guess

3   address a hypothetical -- not a hypothetical.

4   The State's concerns would be with any sort of

5   furlough and transport.  Since Mr. Wade is going

6   to be speaking with Mr. Kalfas, the State would

7   want to know what sort of monitoring occurs while

8   he is at that appointment.

9       THE COURT:  Well, No. 1, we aren't

10  discussing a furlough.  This would not be a

11  furlough.  He would be in full custody the entire

12  time.  Now, the jail does occasionally escort

13  people to certain medical appointments, and it

14  would be pursuant to what the jail always does.

15  If we need to go further with that, let me know.

16  But I am not going to substitute the jail staff's

17  medical unit's decision making because I'm not a

18  doctor.  So I would say talk to Lieutenant

19  Kalfas, and he will do whatever can be done.  But

20  those are the only things that I would sign off

21  on would be an in custody trip to a doctor.

22  That's it.  No furlough, nothing else.

23      MR. WADE:  Judge, if we could come back.

24  I know that the Court's calendar is getting very

1    crowded at this point. I know that the State

2    needs to give me the videos and some other

3    things. So if we could come back I guess

4    whenever the State believes they can give me the

5    videos and we can have a meaningful case

6    management date.

7              MR. CASKEY: Judge, I don't think that

8    will take long at all. And we'll check on them.

9    Mr. Wade and I discussed in the 21 CF matter that

10   discovery is complete. I just received that

11   file. I want to go through and verify that all

12   discovery was tendered by our office that we

13   have, Mr. Wade has as we work through the

14   discovery in the new matter. I can get that I

15   believe to you, at least the videos in the next

16   two weeks certainly. I'll work with the

17   department there. They are pretty good about

18   getting that available. Did we do May 10th on

19   the other matter?

20             MR. WADE: Yes, we did.

21             MR. CASKEY: I suppose similar to that

22   matter, if we find that there is necessity

23   perhaps for transport for medical treatment, we

24   can approach Your Honor.

1          THE COURT:  Any time that there is

2     something that requires the Court's attention,

3     prior to that you guys just walk in, tell me, and

4     we will work it out.

5          MR. WADE:  Thank you, Your Honor.

6          MR. CASKEY:  Thank you.

7

8               (Which were all the proceedings had

9               in the above-entitled cause.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   STATE OF ILLINOIS  )
                        )   SS.
 2   COUNTY OF L A K E  )

 3        I, Jan M. Mosley, C.S.R., Official Court

 4   Reporter for the 19th Judicial Circuit, Lake

 5   County, Illinois, do hereby certify that I

 6   reported in shorthand as such official court

 7   reporter the foregoing proceedings had before the

 8   Honorable GEORGE D. STRICKLAND, Judge of said

 9   Court, in the above-entitled cause on

10   April 5, 2023, and thereafter caused to be

11   transcribed into typewriting the foregoing

12   transcript which I hereby certify is a true and

13   correct transcription of my shorthand notes so

14   taken of the evidence offered and received on

15   said date before said Judge.

16

17              Jan M. Mosley

18              Official Court Reporter

19

20

21

22

23

24
```



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085



APR 2 4 2027

# Lake County Adult Correctional Center
# Freedom of Information Request

Date  4-17-23

Requester Name  MURRAY L. Cobb            Inmate #  45127

I am requesting the following:  A COPY FROM 6Th TABLET
INMATE REQUEST Form # 243478542
AND OTHER'S FROM 4-1-23 THRU 4-16-23

PLEASE RESPOND ASAP
AND HONESTLY, SOMETHING THAT'S
HARD TO GET AT LCS.
THANK YOU VERY MUCH For your
TIME AND CONSIDERATION

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature  Murray L Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

**Request #245136262**

Profile Photo: 

**Inmate Info**

**Name:** MURRAY COBB
**Submitted Date:** 04/24/23 19:18
**Submitted from Location/Room:** 5 N,13/5N
**Current Location/Room:** 5 N,13/5N
**Facility:** Lake County IL Adult Corrections

Audit Photo:
Audit Photo

**Form Info**

**Category:** Medical
**Form:** Request - Health Care Services

**Request Info**

**Status:** CLOSED by Taryn Weiler
**Facility Deadline:** 04/26/23 23:59

**Details of Request:**

Chronic pain in lumbar and cervical spine for lifetime can I get a lifetime pain medication prescription

**Details of Request:**

**Describe the nature of your medical request.:**
I guess my prescription for my lifetime chronic illnesses lumbar,cervical, spine and sciatica in both of my hips medicine prescription expired but not my lifetime chronic illnesses lumbar and cervical spine for lifetime pain please continue me some lifetime chronic pain medication prescription like normalized professional medical staff would in any professional watched over by the State facility thank you very much for your time and professional considerations at no expense to myself for lifetime chronic pain medication prescription CARE....... Professional medical staff

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/24/23 21:14 | Taryn Weiler | Staff Response | This has been forwarded to the provider. |
| 04/24/23 21:14 | Taryn Weiler | Changed Status | From 'Open' to 'Closed' |
| 04/24/23 19:18 | MURRAY COBB | Submitted New | Chronic pain in lumbar and cervical spine for lifetime can I get a lifetime pain medication prescription |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

# Lake County Adult Correctional Center
# Freedom of Information Request

Date __4 - 24 - 23__

Requester Name __MURRAY L. Cobb__ Inmate # __45127__

I am requesting the following: __A COPY OF MY GTL TABLET__
__MEDICAL REQUEST #245136262 From__
__4-24-23 7:19 PM OR SO PLEASE__
__THANK YOU VERY MUCH__

__SINCERELY; Murray L. cobb__

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature __Murray L. Cobb__

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

## Request #243478542

Profile Photo:



**Inmate Info**

Name: MURRAY COBB
Submitted Date: 04/16/23 19:53
Submitted from Location/Room: 5 N,13/5N
Current Location/Room: 5 N,13/5N
Facility: Lake County IL Adult Corrections

Audit Photo:
Audit Photo

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 04/30/23 23:59 (3d)

Details of Request:

Too get a response from Deputy chief kalfas on my numerous complaints with medical Department Dr. \HSA taryn\ himselfim

Details of Request:

**YOUR LOCATION:**
5 north #13

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**

I'm trying my best begging for appropriate adequate medical attention and not getting it I'm in the process of grievances and being denied or not even answered and being told by grievance coordinator she can't respond because she's not a lawyer and fears me!!!!I because she knows if she cosign someone's illegal garbage she opens the door too commit herself too being personally SUED as you do by now as Deputy chief uichek did when he put his foot in his own mouth cosigned someone else LIE'S and corruption at the Lake County Jail!!!!ICobb v Fitch etc all here it is again I'm hurting and not being given Adequate Medical Care under your watch sir Mr.Deputy Chief Kalfas.....see how easy that is too give respect too another Man and human being!!!!Ibecause make no mistake about it I DONOT RESPECT A tittle I Respect Man or Women that respect me PERIOD FULLSTOP!!!! People Disrespect the Highest Job Of The Land Every Day being the PRESIDENT Of THE UNITED STATES OF AMERICA And You May be one of them whether it be Donald Trump or My Man Big JOE BIDEN!!!!!Iso can I please get a response if not some JUSTICE From the LCJ,\ Medical Department under your watch since I couldn't under TED Uicheck watch but I did enjoy beating him as the Rest of the corrupted ONES!!!!!!! Thank you very much Sir......

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/16/23 19:53 | MURRAY COBB | Submitted New | Too get a response from Deputy chief kalfas on my numerous complaints with medical Department Dr. \HSA taryn\ himselfim |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

RECEIVED

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085

APR 1 3 2023

BY:

# Lake County Adult Correctional Center
## Freedom of Information Request

Date 4-9-23

Requester Name MURRAY L. COLE     Inmate # 45727

I am requesting the following: COPY OF INMATE
REQUEST Form #241950.112 From
GTL TABLET ON 4-9-23
AT 12:45 PM

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray Cole

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

 LakeCounty



**FREEDOM OF INFORMATION ACT**
**GRANT OF REQUEST**

Dear:  **Murray Cobb**          Date:  **April 27, 2023**

This letter serves as the official response to your Freedom of Information Act request **#25473** received on April 24, 2023, requesting:

**"GTL tablet 4/1/23 – 4/16/23"**

Below is the response to your request:

**Attached please find your information.  You previously received the GTL request dated 4/9/23 on FOIA request #25382**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150

## Request #241293192

Profile Photo:



**Inmate Info**

Name: MURRAY COBB
Submitted Date: 04/05/23 18:20
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,13/5N
Facility: Lake County IL Adult Corrections

Audit Photo:
Audit Photo

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Taryn Weiler
Facility Deadline: 04/07/23 23:59

Details of Request:

Tooth ache very bad EMERGENCY needs pulled it's very loose

Details of Request:

**Describe the nature of your medical request.:**
Dentist need tooth pulled ASAP very painful

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical stall and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/05/23 18:26 | Taryn Weiler | Staff Response | Received. |
| 04/05/23 18:26 | Taryn Weiler | Changed Status | From 'Open' to 'Closed' |
| 04/05/23 18:20 | MURRAY COBB | Submitted New | Tooth ache very bad EMERGENCY needs pulled it's very loose |



$S_N$
$13$



## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: __Murray Cobb__        Date: __April 20, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25382** received on April 13, 2023, requesting:

**"inmate request on 4/9/23 GTL "**

Below is the response to your request:

**Attached please find your document.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150

## Request #241950112

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 04/09/23 12:45
Submitted from Location/Room: 5 N,46/5N
Current Location/Room: 5 N,46/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 04/23/23 23:59 (10d)

Details of Request:

Waiting on a response from the corrupted grievance coordinators on grievance appeal #23G0053A Stemming from grievance #23G0053

Details of Request:

**YOUR LOCATION:**
5north #46 upper level where I shouldn't be due too my chronic life long illness's lower lumbar spine!!!cervical spine,hips

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Would like a response back from Chief of corrections or the Chief corrupted designee's decision on my grievance appeal #23G0053A!!!!!?? Keep in mind I don't fear you or respect anyone on this EARTH that doesn't RESPECT MURRAY L.Cobb I don't respect tittles only individuals that respect me period full stop!!!!!!!! I have begged and begged for adequate medical attention from med path and the Lake County Jail no more the glove's have been taken off!!!!!!!! Cobb v Fitch ect all 2015!!!!!!! Round #2 treat one as you wanna be treated and do on too other's as they do on too you period full stop!!!!!!!!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/09/23 12:45 | MURRAY COBB | Submitted New | Waiting on a response from the corrupted grievance coordinators on grievance appeal #23G0053A Stemming from grievance #23G0053 |

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☐ **Grievance**
☒ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 4-15-23

Your Name: MURRAY Call "L" Number: 45127 Housing Unit / Cell#: 5 N # 13

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M APPEALING GRIEVANCE # 23 GO 141 # 23 GO 140 #23 GO 139 ALL FOR NON ACTION TAKEN BEING TOLD BY GRIEVANCE COORDINATOR "SHE IS NOT A LAWYER SO SHE WILL NOT PROCESS THEM BUT THEY WILL BE COLLECTED AND FILED FOR LEGAL PORPOSSES ALL 3 GRIEVANC'S DEALING WITH MEDICAL EMERGENCY SITUATIONS.

Denied
Follow instructions
Front & Back.
"NOT PROCESSED"

**Resolution Sought:** (do not leave blank) TO GET A RESPONSE From THE CHIEF OF CORRECTIONS OR THERE DESIGNEE'S ASAP THANK YOU VERY MUCH

Inmate Signature: Murray Call Received by: J. Gamboa 3069 Date / Time Received: 4/18/23 1700

White – Grievance Coordinator       Yellow – Inmate       Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.