# 🔒Psychiatric Provider Progress Note

| | | | | |
|---|---|---|---|---|
| Patient ID: | L45127 | Interviewer: | Psych Hirsch, Alan R (05/16/2023 1803) | |
| DOB: | 11/11/1968 | | | |

## MURRAY LAMONTE COBB
## #L45127-011

| | | |
|---|---|---|
| Allergies: | NKMA | |
| Gender: | ◉ Male | |
| | Patient is seen for a psychiatric follow up visit on 5/16/2023. Chart is reviewed. Medications are reviewed. No reported medication side effects. Discussed with staff. Denies SI/HI/AVH. Patient reports depression, anxiety, racing thoughts, insomnia, and past mania. | |
| Appearance: | ✓ Poor Hygiene | |
| | ✓ Disheveled | |
| Psychomotor Activity: | ✓ Increased | |
| Behavior/Attitude: | ✓ Cooperative | |
| | ✓ Withdrawn | |
| | ✓ Poor Eye Contact | |
| | ✓ Preoccupied | |
| | ✓ Guarded | |
| Level of Consciousness: | ✓ Alert | |
| Orientation: | ✓ Person | |
| | ✓ Place | |
| | ✓ Time | |
| | ✓ Situation | |
| Speech: | ✓ Spontaneous/Relevant | |
| Mood: | ✓ Depressed | |
| | ✓ Anxious | |
| | ✓ Irritable | |
| Affect: | ✓ Labile | |
| | ✓ Irritable | |
| Thought Process: | ✓ Other | Racing thoughts |
| Thought Content: | ✓ Appropriate | |
| Perceptions: | ✓ Intact | |
| Suicidal Ideas: | ✓ None | |
| Homicidal Ideas: | ✓ None | |
| Memory: | ✓ Intact | |
| Intelligence: | ✓ Average | |
| Insight: | ✓ Poor | |
| Judgment: | ✓ Poor | |
| Recent Lab Results | EKG Done on 10/10/2022 with QTc of 453ms. CBC and CMP done on 3/1/23 with Hb 11.8; HCT 36.4%; MCH 26.3; RDW 20.2%; A/G Ratio 2.4. | |
| Medication Side Effects | Denies | |
| AIMS: Baseline Score: | 0 | |
| Response to Treatment: | Adequate | |
| Psychiatric Assessment/Diagnosis: | Bipolar Disorder I - Depressed, severe, without psychosis. GAD. | |

6/30/23, 1:26 PM     CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Psychiatric Provider Progress Note, Interviewer: Psych Hirsch, Alan R (20...

| Medications: | Decrease Paxil to 10 mg PO q HS. | |
|---|---|---|
| Labs/Ancillary Tests: | ☑ EKG | |
| Patient Education: | ☑ **Discussed risks, benefits, and alternatives to recommended therapy.**<br>☑ **Patient received instructions on how to further access health care services** | |
| Follow Up Date:<br><br>*If 30 Days is marked, a Task will automatically generate for Psychiatrist Follow up in +23 days.<br><br>*If 60 Days is marked, a Task will automatically generate for Psychiatrist Follow up in +53 days.<br><br>*If 90 Days is marked, a Task will automatically generate for Psychiatrist Follow Up in +83 days. | ☑ **90 days** | |

STATE OF ILLINOIS  )
                   )  SS.
COUNTY OF LAKE     )

IN THE CIRCUIT COURT OF THE 19th JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS     )
                                    )
              -vs-                   )  No. 21 CF 1777
                                    )
MURRAY L. COBB,                     )
                                    )
              Defendant.            )

*PLEASE READ MY CASE COBB V FITCH ECT AL 14-CV00605, THE SAME FORMAT*

REPORT OF PROCEEDINGS had in the
above-entitled cause before the HONORABLE GEORGE D.
STRICKLAND, on the 10th day of May, A.D., 2023, a.m.
proceedings. *I REALLY NEED YOU TO TAKE ON THIS CASE WITH ME SIR.*

APPEARANCES:

   MR. RUSSELL C. CASKEY,
      Assistant State's Attorney,
         appeared on behalf of the People;

   MR. LAWRENCE L. WADE, II,
         appeared on behalf of the defendant.

Reported by
Lauren A. Perrone-DeBoer, CSR, RMR, CRR
Official Court Reporter
License No. 084-002190
18 North County Street
Waukegan, Illinois  60085-4359

1          MR. CASKEY:  Your Honor, this is 21 CF 1777 and

2     23 CF 3.  People vs. Murray Cobb.  The defendant is

3     present, he's in the custody of the Lake County Sheriff.

4     He's represented by his attorney, Mr. Lawrence Wade.

5     People by Russell Caskey.

6               Your Honor, the matter comes before the

7     Court for case management conference today.  Your Honor,

8     there is some outstanding discovery still.  Mr. Wade and I

9     have begun negotiations.  Obviously, Mr. Wade needs to and

10    I need to review all the discovery, but we think we have a

11    pretty good handle on what happened.  There are

12    outstanding items that Mr. Wade wants to review in

13    anticipation of any possible defenses.  I think we're

14    going to ask for a month date, continue to negotiate and

15    make sure that discovery gets over to him in the interim.

16         MR. WADE:  That is correct, Your Honor.

17         THE COURT:  The outstanding discovery is on the

18    '21 or the '23 or both?

19         MR. CASKEY:  I'm sorry, Judge, the '23.

20         MR. WADE:  The '23.

21         MR. CASKEY:  Yeah.

22         THE COURT:  The '23.  All right, so --

23         MR. WADE:  The '21 discovery has been complete.

24         THE COURT:  Okay.  How is June 20th or 21st?

                                                      2

1            MR. WADE:  Judge, I'm unavailable that week.

2            THE COURT:  Oh, that's right.  June 27th or 28th?

3            MR. WADE:  I'll be back the 29th.

4            THE COURT:  Okay.

5            MR. WADE:  If we could come back maybe that week

6  before, the week of the 12th or maybe the 16th?

7            THE COURT:  Well, being it's a custody, it's

8  going to have to be the 13th or the 14th.

9            MR. WADE:  Okay.  Is the Court available the

10  13th?

11            THE COURT:  Uh-huh.

12            MR. WADE:  Okay.

13            THE COURT:  All right.  June 13th for case

14  management conference at 9:00 o'clock.

15            MR. WADE:  Judge, one more thing I just want to

16  make the Court aware of.  I know that on several occasions

17  we've come up even under the motion, on my own motion to

18  reduce bond pointing out that Mr. Cobb has specific

19  medical issues.  I believe that at this point the jail is

20  prepared to transport him to a facility.  I don't know if

21  they'll need a -- I'm assuming they may very well need a

22  transport order from the Court, but I believe -- what I'll

23  do is I'll reach out to Lt. Kalfas to make sure that --

24  I've just learned that this morning -- that they have sort

1    of changed their position about not sending him to an

2    outside specialist, but I just want to make the Court and

3    Mr. Caskey aware that I may very well be requesting a very

4    short -- under short notice a motion or an order to

5    transport him.

6              THE COURT:  Transport to where?

7              MR. WADE:  It would be to the Loyola Burn Center.

8              THE COURT:  Okay.

9              MR. WADE:  Mr. Cobb has suffered -- 15 percent of

10   his body was burned very badly --

11             THE COURT:  Uh-huh.

12             MR. WADE:  -- something like a couple of months

13   before being taken into custody, and there's recurring

14   issues of infections and things like that.

15             THE COURT:  Is this just for an appointment?

16             MR. WADE:  Is it just an appointment?

17             THE DEFENDANT:  Yes, to see if I need surgery or

18   what they can do.

19             THE COURT:  So they would just be taking him

20   there and bringing him back?

21             MR. WADE:  Yes.

22             THE COURT:  I don't think they're going to need a

23   transport order for that.

24             MR. WADE:  Okay.

                                                          4

1    THE COURT:  If they do, let me know.

2    MR. WADE:  Okay.  I just wanted to make sure the

3 Court was aware of that in case that come up on a short

4 notice.

5    THE COURT:  Okay.

6    MR. WADE:  Thank you, Judge.

7    THE COURT:  Uh-huh.

8

9    (Which were all of the proceedings had

10    in the above-entitled cause on said

11    date and time.)

12

13 I DIDN'T GO TO A OUTSIDE

14 APPOINTMENT UNTIL 7-31-23 TO

15 NORTHWESTERN MEDICINE IN GRAYSLAKE

16 IL, AND NOT TO A BURN SPECIALIST

17 BUT JUST A GENERAL MEDICINE DOCTOR/

18 PRIMARY CARE DOCTOR, JUST TO BE

19 PUT ON GABIPITANE, HYDROCORTISONE CREAM,

20

21 AND "REFERRED TO BE SENT TO LOYOLA

22 UNIVERSITY BURN CENTER IN 30 DAY'S.

23

24 WHEN IN FACT THE JUDGE SHOULD HAVE

MADE A COURT ORDER LONG BEFORE

9MARCH 8th 2023, "HE HAD THE AUTHORITY" ON

5

```
1   STATE OF ILLINOIS   )
                        )   SS.
2   COUNTY OF L A K E   )

3

4

5

6

7               I, Lauren A. Perrone-DeBoer, CSR, RMR, CRR,

8   Official Court Reporter for the 19th Judicial Circuit,

9   Lake County, Illinois, do hereby certify that I reported

10  in shorthand before JUDGE GEORGE D. STRICKLAND, judge of

11  said court, in the above-entitled cause on the 10th day of

12  May, 2023, and thereafter caused to be transcribed into

13  typewriting the foregoing transcript which I hereby

14  certify is a true and correct transcription of my

15  shorthand notes so taken of the evidence offered and

16  received on said date before said judge.

17

18  Lauren A. DeBoer

19  Official Court Reporter

20

21

22

23

24
```

6



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
MAY 3 1 2023
256059
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date _5-26-23_

Requester Name _MURRAY L. Cobb_     Inmate # _45127_

I am requesting the following: _I WOULD BE REQUESTING A COPY OF MY MEDICAL REQUEST FROM 6TH TABLET ON 5-26-23 #252029381_

_THANK YOU VERY MUCH_

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature _Murray L Cobb_

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

## Request #252029381

**Profile Photo:**



**Inmate Info**

Name: MURRAY COBB
Submitted Date: 05/26/23 18:56
Submitted from Location/Room: 5 N,13/5N
Current Location/Room: 5 N,13/5N
Facility : Lake County IL Adult Corrections

**Audit Photo:**
Audit Photo

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 05/28/23 23:59 (2d)

**Details of Request:**

Too be placed back on my pain medication for my lumbar spine and my cervical spine and my sciotica in my hips!!!!!! incompetents

**Details of Request:**

Describe the nature of your medical request.:
I've been lied too by medical for the last two week's about my infection in my left arm and upper left chest because of the Incompetent's and super stupid medical lieing idiot's I will b during all involved in saying no sheriff, deputy, Dr, nurse PR, Taryn Wall's, judge Strickland,and States attorney, your all a bunch of idiot's that can answer to my Lawyer's!!!!!!also my family called the burn center and was told my appointment was cancelled on may 24th at 11: aclock super stupid medical Incompetent's idiot's r us at LCJ!!!!!!Quote me please period full stop

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/26/23 18:55 | MURRAY COBB | Submitted New | Too be placed back on my pain medication for my lumbar spine and my cervical spine and my sciotica in my hips!!!!!! Incompetents |

LOXOLA BURRN CENTER UNIT

MAYWOODIL

THEY MADE IT, THEY CANCELLED IT,
JUST TO KEEP ME CALM FOR A WHILE



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

# Lake County Adult Correctional Center
## Freedom of Information Request

Date _5 - 7 - 23_

Requester Name _MURRAY L. Cobb_          Inmate # _45127_

I am requesting the following: _I WOULD LIKE A COPY OF MY_
_MEDICAL REQUEST FORM SUBMITTED ON_
_THE INMATE "PAPER" HEALTH CARE SERVICES_
_REQUEST FORM DATED 5-2-23 I SEEN_
_SICK CALL NURSE FOR THAT ON 5-3-23_
_NURSE ANNA ALSO SEEN DR. HIRSH_
_ON 5-5-23. THANK YOU VERY MUCH_

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature _Murray L Cobb_

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

`!!, EMERGENCY !!` ~~Issued~~ →sum
FOLLOW UP

## LAKE COUNTY ADULT CORRECTIONAL DIVISION

FREE OF CHARGE, CHRONIC CARE

## HEALTH CARE SERVICES REQUEST FORM

INMATES NAME MURRAY L. Cobb DATE 5-2-23

L # 45727 POD/CELL 5 N #13

PRESENTING COMPLAINT "FOLLOW UP" FOR LEFT ARM AND CHEST BURNS, IN PAIN, ITCHING ALOT, NEED TO SEE A BURN SPECIALIST FOR "INFECTION" I'VE BEEN ON ANTIBIOTICS TWICE NOT WORKING

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

### SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE' CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

FOLLOW - UP

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: Murray L Cobb DATE 5-2-23

NURSING STAFF SIGNATURE: Karn Convey, RN DATE 5/2/23

ACCOUNT OFFICER _____ DATE _____

ORIGINAL: MEDICAL   YELLOW: ACCOUNT CLERK   PINK: INMATE (after services)
MEDREQFM 11/06



## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: **Murray Cobb**                    Date: **May 12, 2023**

This letter serves as the official response to the Freedom of Information Act request #25545, received on May 10, 2023, requesting:

**"I would like a copy of my medical request form submitted on the inmate "paper" Health Care Services request form dated 5-2-23 I seen sick call nurse for that on 5-3-23 Nurse Anna also seen Dr. Hirsch on 5-5-23".**

Below is the response to your request:

**Please see your requested documents attached from Wellpath.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150





**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*



# Lake County Adult Correctional Center
# Freedom of Information Request

Date  5-15-23

Requester Name  MURRAY L. Cobb          Inmate #  45127

I am requesting the following:  I WOULD LIKE A COPY OF MY
GTL TABLET MEDICAL REQUEST FROM 5-14-23
REQUEST # 249324792

THANK YOU VERY MUCH

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature  Murray L. Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

5N

 LakeCounty

# FREEDOM OF INFORMATION ACT
# GRANT OF REQUEST

Dear: __Murray Cobb__     Date: __May 23, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25620** received on May 15, 2023, requesting:

**"medical request"**

Below is the response to your request:

**Please see attached.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150



**FREEDOM OF INFORMATION ACT**
**GRANT OF REQUEST**

Dear:    **Murray Cobb**       Date:    **May 1, 2023**

This letter serves as the official response to the Freedom of Information Act request #25456, received on April 26, 2023, requesting:

**"A copy of my GTL tablet medical request #245136262 from 4-24-23 7:19 PM or so".**

Below is the response to your request:

**Please see your requested documents attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

## Request #249324792

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 05/14/23 19:36
Submitted from Location/Room: 5 N,13/5N
Current Location/Room: 5 N,13/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED **by** Tyranne Mitchell
Facility Deadline: 05/16/23 23:59

Details of Request:

Follow up for infectious left arm and upper chest my ointment and Tylenol have expired

Details of Request:

**Describe the nature of your medical request.:**
Need too have my prescription's restarted until I make it too my burn specialist appointment at L U please I need them too ease my continuous pain and itching I'm enduring from not making it too my first appointment on March 3, 2023 thank you very much please....

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical stall and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/14/23 22:35 | Tyranne Mitchell | Changed Status | From 'Open' to 'Closed' |
| 05/14/23 19:36 | MURRAY COBB | Submitted New | Follow up for infectious left arm and upper chest my ointment and Tylenol have expired |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED 25658
MAY 3 1 2023
BY:

# Lake County Adult Correctional Center
## Freedom of Information Request

Date **5-25-23**

Requester Name **MURRAY L. Cobb**    Inmate # **L45127**

I am requesting the following: **I WOULD LIKE TO GET A COPY
OF MY MEDICAL REQUEST FROM GTL
TABLET ON 5-24-23 REQUEST #
251551601**

--------------------

--------------------

--------------------

--------------------

--------------------

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray L Cobb**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

## Request #251551601

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 05/24/23 19:05
Submitted from Location/Room: 5 N,13-5N
Current Location/Room: 5 N,13/5N
Facility: Lake County IL Adult Corrections

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 05/26/23 23:59 (2d)

Details of Request:

To be replaced on my life time chronic pain medication for my lumbar and cervical spine!!!!!!

Details of Request:

Describe the nature of your medical request.:
I have some chronic painful medical issue's that you super stupid medical IDIOTS have knowledge of since January, 2 2023 and yet continues to take me off or allow my life time pain medication prescription expire and leave me in pain for day's intentionally and think it's funny.....ha ha I truly hope and pray both of you're parents fall DEAD today if there not already!!!!!ha ha.....treat one as u wanna b treated, I do on too others as they do on to me believe that and fear NONE

I understand that medical care will never be refused to any inmate. Those inmates who have **insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account.** When funds are received, **the medical** payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction **will be made for past services rendered.**:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/24/23 19:05 | MURRAY COBB | Submitted New | To be replaced on my life time chronic pain medication for my lumbar and cervical spine!!!!!! |



## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____**Murray Cobb**_____     Date: __**June 5, 2023**_____

This letter serves as the official response to the Freedom of Information Act request #25659, received on May 31, 2023, requesting:

**"A copy of my GTL tablet medical request from 5-26-23. Request #252029381".**

Below is the response to your request:

**Please see requested document from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED 25786
JUN 21 2023
BY:

# Lake County Adult Correctional Center
## Freedom of Information Request

Date **6-17-23**

Requester Name **MURRAY COBB** Inmate # **45127**

I am requesting the following: **I WOULD LIKE A COPY OF MY MEDICAL REQUEST SLIP MADE ON A PAPER REQUEST SLIP ON 6-17-23 FROM ASU 35E #10, MARKED EMERGENCY, FOLLOW UP, AND URGENT FOR ADAQUATE MEDICAL CARE FOR SKIN GRAFT INFECTION'S ON LEFT ARM AND UPPER CHEST FROM SECOND DEGREE BURNS THANK YOU VERY MUCH.**

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray Cobb**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

EMERGENCY

## LAKE COUNTY ADULT CORRECTIONAL DIVISION

# HEALTH CARE SERVICES REQUEST FORM

INMATES NAME _MURRAY COLL_ DATE _6-17-23_

L # _U5127_ POD/CELL _35 10_

PRESENTING COMPLAINT _I'M IN DIRE NEED OF_
_BEING SEEN AND GETTING ADEQUATE_
_MEDICAL CARE FOR MY INFECTED_
_LEFT ARM AND UPPER CHEST SKIN_
_GRAFT INFECTIONS, LOTS OF PAIN AND_
_ITCHING_ SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

### SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | NURSE' CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

FoLLow UP

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF, AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATES ACCOUNT. WHEN FUNDS ARE RECEIVED THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT THIS MEDICAL DEBT IS NOT ELIMINATED AT THE TIME OF MY RELEASE FROM THE LAKE COUNTY JAIL. IF I RETURN TO THE LAKE COUNTY JAIL IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR PAST SERVICES RENDERED.

INMATES SIGNATURE: _____ DATE _____

NURSING STAFF SIGNATURE: _____ DATE _____

ACCOUNT OFFICER _____ DATE _____

ORIGINAL: MEDICAL          YELLOW: ACCOUNT CLERK          PINK: INMATE (after services)

MEDREQFM 11/06          URGENT!!!//!!

# 🖥Mental Health Treatment Plan for Non-Acute Patients

| | |
|---|---|
| **Patient ID:** | L45127 |
| **DOB:** | 11/11/1968 |
| **Interviewer:** | LPC Butler, Margaret J (06/10/2023 2152) |

## MURRAY LAMONTE COBB #L45127-011

| | | |
|---|---|---|
| Allergies: | NKMA | |
| Gender: | ⦿ **Male** | |
| Date of Current Treatment Plan: | | 06/10/2023 |
| Date of Next Update: | | 07/10/2023 |
| Select: | ⦿ **Initial Treatment Plan** | |
| Diagnosis: | Bipolar I Depressed, Severe without psychosis; GAD | |
| Problem/Issue: | ☑ **Depressed mood** <br> ☑ **Decreased interest in activities previously enjoyed** <br> ☑ **Insomnia or hypersomnia** <br> ☑ **Psychomotor agitation or retardation** | |
| Goals: | ☑ **Improved management of mood disorder related symptoms (% will depend on frequency of issue)** <br> ☑ **Decrease in depressed mood (% will depend on frequency of issue)** <br> ☑ **Patient will evidence stability in mood (% will depend on frequency of issue)** <br> ☑ **Patient demonstrates medication adherence at least 95% of the time** | |
| Interventions | ☑ **Encourage medication adherence** <br> ☑ **Cognitive-Behavioral Therapy** <br> ☑ **Psychoeducation** | |
| Is patient prescribed medication? | ⦿ **Yes (list medication):** | Hydroxyzine, Paroxetine <br><br> med compliant |
| QMHP Signature: | Peggy Butler, MA, LPC | 06/10/2023 |

6/30/23, 1:25 PM                                    CorEMR - COBB, MURRAY LAMONTE :: Diagnostics | v5.5.0

| Item | Lab Result | | Units | Range | Status | Abnormal Flags | Date Observed | Notes |
|---|---|---|---|---|---|---|---|---|
| Hematology Comments: | CB | | | | X | | 01/06/2023 0548 | |
| Comp. Metabolic Panel (14) | | | | | | | | |
| Glucose | CB | 88 | mg/dL | 70-99 | F | | 01/06/2023 0623 | |
| BUN | CB | 10 | mg/dL | 6-24 | F | | 01/06/2023 0626 | |
| Creatinine | CB | 0.93 | mg/dL | 0.76-1.27 | F | | 01/06/2023 0631 | |
| eGFR | CB | 98 | mL/min/1.73 | >59 | F | | 01/06/2023 0631 | |
| BUN/Creatinine Ratio | CB | 11 | | 9-20 | F | | 01/06/2023 0631 | |
| Sodium | CB | 142 | mmol/L | 134-144 | F | | 01/06/2023 0553 | |
| Potassium | CB | 4.6 | mmol/L | 3.5-5.2 | F | | 01/06/2023 0555 | |
| Chloride | CB | 102 | mmol/L | 96-106 | F | | 01/06/2023 0553 | |
| Carbon Dioxide, Total | CB | 28 | mmol/L | 20-29 | F | | 01/06/2023 0623 | |
| Calcium | CB | 9.8 | mg/dL | 8.7-10.2 | F | | 01/06/2023 0623 | |
| Protein, Total | CB | 6.3 | g/dL | 6.0-8.5 | F | | 01/06/2023 0621 | |
| Albumin | CB | 4.2 | g/dL | 3.8-4.9 | F | | 01/06/2023 0626 | |
| Globulin, Total | CB | 2.1 | g/dL | 1.5-4.5 | F | | 01/06/2023 0626 | |
| A/G Ratio | CB | 2.0 | | 1.2-2.2 | F | | 01/06/2023 0626 | |
| Bilirubin, Total | CB | | mg/dL | 0.0-1.2 | F | | 01/06/2023 0625 | <0.2 |
| Alkaline Phosphatase | CB | 87 | IU/L | 44-121 | F | | 01/06/2023 0628 | |
| AST (SGOT) | CB | 24 | IU/L | 0-40 | F | | 01/06/2023 0625 | |
| ALT (SGPT) | CB | 20 | IU/L | 0-44 | F | | 01/06/2023 0626 | |
| Lipid Panel | | | | | | | | |
| Cholesterol, Total | CB | 114 | mg/dL | 100-199 | F | | 01/06/2023 0708 | |
| Triglycerides | CB | 105 | mg/dL | 0-149 | F | | 01/06/2023 0709 | |
| HDL Cholesterol | CB | 34 | mg/dL | >39 | F | L | 01/06/2023 0710 | |
| VLDL Cholesterol Cal | CB | 20 | mg/dL | 5-40 | F | | 01/06/2023 0710 | |
| LDL Chol Calc (NIH) | CB | 60 | mg/dL | 0-99 | F | | 01/06/2023 0710 | |
| Comment: | CB | | | | X | | 01/06/2023 0710 | |
| Hemoglobin A1c | | | | | | | | |
| Hemoglobin A1c | CB | 6.2 | % | 4.8-5.6 | F | H | 01/06/2023 0659 | . Prediabetes: 5.7 - 6.4 Diabetes: >6.4 Glycemic control for adults with diabetes: <7.0 |

Case: 1:24-cv-02707 Document #: 32-2 Filed: 06/14/24 Page 25 of 136 PageID #:448

# LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE NOTIFICATION OF VIOLATION OF RULES

| REPORT # 23D443 | LOCATION OF INCIDENT 5N | DATE 6/5/23 | TIME 0800 |
|---|---|---|---|

| INMATE'S NAME: COBB, MURRAY | BOOKING #: 45727 | HOUSING UNIT: 5N |
|---|---|---|

| OTHER INMATES INVOLVED: | ANY INJURIES YES (NO) | HOSPITALIZATION YES (NO) |
|---|---|---|

| RULE VIOLATED: | NUMBER | WITNESS |
|---|---|---|
| 1. | | YES NO |
| 2. | | YES NO |
| 3. | | YES NO |
| 4. | | YES NO |
| 5. | | YES NO |

INCIDENT SUMMARY: Tablet, Aggin, Derogatory, (Minr, sluff (Idiots) AND (Karens), Escorten to ASU cell #8.

Messages attached.

| REPORTING OFFICER/ID# | CONTINUED |
|---|---|

NOTICE: YOU WILL BE AFFORDED AN IMPARTIAL HEARING REGARDING THE ALLEGED VIOLATIONS LISTED ABOVE. AT THAT TIME YOU MAY CALL WITNESSES AND PRESENT YOUR CASE SUBJECT TO SAFETY/SECURITY CONSIDERATIONS.

AVISO: USTED RECIBIRA UNA VISTA IMPARCIAL EN RELACION A LAS VIOLACIONES ALEGADAS YA MENCIONADAS. EN AQUELLA OCASION USTED PUEDE LLAMAR TESTIGOS Y PUEDE PRESENTAR SU CASO, EXPUESTO A CONSIDERACIONES DE SEGURIDAD.

| | YES | NO |
|---|---|---|
| Do you wish staff assistance to represent you at the disciplinary hearing? (Please initial) | | XMC |
| Desea usted ayuda de algun oficial en representarse en la vista? (Firme con sus iniciales) | | |
| Do you wish to have a 24 hour notice of the disciplinary hearing? (Please initial) | XMC | |
| Desea usted tener un aviso de 24 horas de la audiencia disciplinaria? (Firme con sus iniciales) | | |
| Do you wish to be present at the disciplinary hearing? (Please initial) | XMC | |
| Desea estar presente en la vista disciplinaria? (Firme con sus iniciales) | | |

Without admitting guilt, my signature acknowledges receipt.
Sin admitir estar culpable, acepto este recibo con mi firma.

INMATE'S SIGNATURE/FIRMA DEL PRESO

T. PETRICK 1969
CORRECTIONS OFFICER/ID#

6-6-25          2200
DATE/FECHA      TIME/HORA

White: Inmate records          Canary: Disciplinary Committee          Pink: Inmate

# LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION

## INMATE NOTIFICATION OF VIOLATION OF RULES

| REPORT # 23D443 | LOCATION OF INCIDENT 5N | | DATE 10/5/23 | TIME 080o |
|---|---|---|---|---|
| INMATE'S NAME: COBB, MURRY | | BOOKING #: 45727 | HOUSING UNIT: 5N | |
| OTHER INMATES INVOLVED: | | ANY INJURIES YES (NO) | HOSPITALIZATION YES (NO) | |

| RULE VIOLATED: | NUMBER | WITNESS |
|---|---|---|
| 1. 2. Refusal to follow staff orders | 2 | YES NO |
| 2. 16. Interference with staff duties | 16 | YES NO |
| 3. 34. Any act that disrupts order, or a | 34 | YES NO |
| 4. 45. Harassment of staff (written) | 45 | YES NO |
| 5. | | YES NO |

INCIDENT SUMMARY: On 5/26/23 Inmate Cobb, Murray submitted via tablet messaging a message which contained derogatory comments towards staff (Your all a bunch of idiots). On 5/24/23 Cobb submitted a message again with derogatory comments (Your all idiots + I truly hope and pray your parents fall dead if there not already!!!(Ha) On 5/30/23 Commissary notified Cobb that his tablet privileges were revoked except for video visitation) only. Cobb was advised that all medical requests were to be hand written on medical request slips. On 6/2/23 I/m Cobb retrieved a tablet after being told he was no longer allowed to there and submitted written messages via

REPORTING OFFICER/ID# _____ 781   CONTINUED X

NOTICE: YOU WILL BE AFFORDED AN IMPARTIAL HEARING REGARDING THE ALLEGED VIOLATIONS LISTED ABOVE. AT THAT TIME YOU MAY CALL WITNESSES AND PRESENT YOUR CASE SUBJECT TO SAFETY/SECURITY CONSIDERATIONS.

AVISO: USTED RECIBIRA UNA VISTA IMPARCIAL EN RELACION A LAS VIOLACIONES ALEGADAS YA MENCIONADAS. EN AQUELLA OCASION USTED PUEDE LLAMAR TESTIGOS Y PUEDE PRESENTAR SU CASO, EXPUESTO A CONSIDERACIONES DE SEGURIDAD.

| | YES | NO |
|---|---|---|
| Do you wish staff assistance to represent you at the disciplinary hearing? (Please initial) | | X MMC |
| Desea usted ayuda de algun oficial en representarse en la vista? (Firme con sus iniciales) | | |
| Do you wish to have a 24 hour notice of the disciplinary hearing? (Please initial) | X MMC | |
| Desea usted tener un aviso de 24 horas de la audiencia disciplinaria? (Firme con sus iniciales) | | |
| Do you wish to be present at the disciplinary hearing? (Please initial) | X MMC | |
| Desea estar presente en la vista disciplinaria? (Firme con sus iniciales) | | |

Without admitting guilt, my signature acknowledges receipt.
Sin admitir estar culpable, acepto este recibo con mi firma.

INMATE'S SIGNATURE/FIRMA DEL PRESO

T. PETRICK 1969
CORRECTIONS OFFICER/ID#

6-6-23 _____ 2200
DATE/FECHA     TIME/HORA

White: Inmate records          Canary: Disciplinary Committee          Pink: Inmate

# LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE NOTIFICATION OF VIOLATION OF RULES

| REPORT # 23D443 | LOCATION OF INCIDENT 5N | | DATE 10/5/23 | TIME |
|---|---|---|---|---|
| INMATE'S NAME: Cobb, Murray | | BOOKING #: 45127 | HOUSING UNIT: 5N | |
| OTHER INMATES INVOLVED: | | ANY INJURIES YES NO | HOSPITALIZATION YES NO | |

| RULE VIOLATED: | NUMBER | WITNESS |
|---|---|---|
| 1.  2. Refusal to follow staff orders | 2 | YES  NO |
| 2.  16. Interference with staff duties | 16 | YES  NO |
| 3.  34. Any act that disrupts orderly op. | 34 | YES  NO |
| 4.  45. Harassment of staff (written) | 45 | YES  NO |
| 5. | | YES  NO |

INCIDENT SUMMARY: On 5/26/23 Inmate Cobb, Murray submitted via tablet
messaging a message which contained derogatory comments regarding
staff (your all a bunch of idiots). On 5/24/23 Cobb submitted
a message again with derogatory comments (your all idiots + I
truly hop you and your parents all die if there not alone.)(Ha)
On 5/20/23 Cummings notified Cobb that its tablet privileges were
revoked except for video visitation only. Cobb was advised that all
medical requests were to be hand written on medical request slips.
On 6/2/23 I'm Cobb retrieved a tablet after being told he was no
longer allowed to have and submitted a written message via

REPORTING OFFICER/ID#    CONTINUED →

NOTICE: YOU WILL BE AFFORDED AN IMPARTIAL HEARING REGARDING THE ALLEGED VIOLATIONS LISTED ABOVE. AT THAT TIME
YOU MAY CALL WITNESSES AND PRESENT YOUR CASE SUBJECT TO SAFETY/SECURITY CONSIDERATIONS.
AVISO:   USTED RECIBIRA UNA  VISTA IMPARCIAL EN RELACION A LAS VIOLACIONES ALEGADAS YA MENCIONADAS. EN AQUELLA
OCASION USTED PUEDE LLAMAR TESTIGOS Y PUEDE PRESENTAR SU CASO, EXPUESTO A CONSIDERACIONES DE SEGURIDAD.

| | YES | NO |
|---|---|---|
| Do you wish staff assistance to represent you at the disciplinary hearing? (Please initial) | | X |
| Desea usted ayuda de algun oficial en representarse en la vista? (Firme con sus iniciales) | | |
| Do you wish to have a 24 hour notice of the disciplinary hearing?  (Please initial) | X | |
| Desea usted tener un aviso de 24 horas de la audiencia disciplinaria? (Firme con sus iniciales) | | |
| Do you wish to be present at the disciplinary hearing?  (Please initial) | X | |
| Desea estar presente en la vista disciplinaria?  (Firme con sus iniciales) | | |

Without admitting guilt, my signature acknowledges receipt.
Sin admitir estar culpable, acepto este recibo con mi firma.

INMATE'S SIGNATURE/FIRMA DEL PRESO
T. PETRICK 190

CORRECTIONS OFFICER/ID#
2200

6-6-23
DATE/FECHA          TIME/HORA

White:  Inmate records          Canary:  Disciplinary Committee          Pink:  Inmate

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE NOTIFICATION OF VIOLATION OF RULES

| REPORT # 23D443 | LOCATION OF INCIDENT 5N | | DATE 1/5/23 | TIME 1800 |
|---|---|---|---|---|

| INMATE'S NAME: COBB, MURRAY | | BOOKING #: 4/5/23 | HOUSING UNIT: 5N |
|---|---|---|---|

| OTHER INMATES INVOLVED: | ANY INJURIES YES NO | HOSPITALIZATION YES NO |
|---|---|---|

| RULE VIOLATED: | NUMBER | WITNESS |
|---|---|---|
| 1. | | YES NO |
| 2. | | YES NO |
| 3. | | YES NO |
| 4. | | YES NO |
| 5. | | YES NO |

INCIDENT SUMMARY: Tablet, morin, Peroralian Offluve Staff / idoiots)
two (Rooms), Escorton to ASU cell #8.

Messages attached.

| REPORTING OFFICER/ID# | CONTINUED |
|---|---|

**NOTICE:** YOU WILL BE AFFORDED AN IMPARTIAL HEARING REGARDING THE ALLEGED VIOLATIONS LISTED ABOVE. AT THAT TIME YOU MAY CALL WITNESSES AND PRESENT YOUR CASE SUBJECT TO SAFETY/SECURITY CONSIDERATIONS.

**AVISO:** USTED RECIBIRA UNA VISTA IMPARCIAL EN RELACION A LAS VIOLACIONES ALEGADAS YA MENCIONADAS. EN AQUELLA OCASION USTED PUEDE LLAMAR TESTIGOS Y PUEDE PRESENTAR SU CASO, EXPUESTO A CONSIDERACIONES DE SEGURIDAD.

| | YES | NO |
|---|---|---|
| Do you wish staff assistance to represent you at the disciplinary hearing? (Please initial) | XMC | |
| Desea usted ayuda de algun official en representarse en la vista? (Firme con sus iniciales) | | |
| Do you wish to have a 24 hour notice of the disciplinary hearing? (Please initial) | X MC | |
| Desea usted tener un aviso de 24 horas de la audiencia disciplinaria? (Firme con sus iniciales) | | |
| Do you wish to be present at the disciplinary hearing? (Please initial) | X MC | |
| Desea estar presente en la vista disciplinaria? (Firme con sus iniciales) | | |

Without admitting guilt, my signature acknowledges receipt.
Sin admitir estar culpable, acepto este recibo con mi firma.

INMATE'S SIGNATURE/FIRMA DEL PRESO
T. PETRICK / 1969
CORRECTIONS OFFICER/ID#

6-6-23          2200
DATE/FECHA      TIME/HORA

White: Inmate records          Canary: Disciplinary Committee          Pink: Inmate

# REPORT OF DISCIPLINARY COMMITTEE FINDINGS

| Inmate: | **Cobb, Murray** | Booking#: | **L45127** | Hearing #: | **23D443** |
|---|---|---|---|---|---|
| Date/Time of Hearing: | **6/12/23** / **0905 hours** | Date/Time of Incident: | **6/5/23** / **0800 hours** | | |

| | Violations | Plea Entered | | | Committee Findings | | |
|---|---|---|---|---|---|---|---|
| | | | G | X NG | X G | | NG |
| 1. | Refusal to follow staff orders (MJ) (2) | G | X | NG | X | G | NG |
| 2. | Interference with staff duties (MJ) (16) | G | X | NG | X | G | NG |
| 3. | Any act disrupting orderly operations (MJ) (34) | G | X | NG | X | G | NG |
| 4. | Harrassment of Staff (written) (MJ) (45) | X | G | NG | X | G | NG |
| 5. | | G | | NG | | G | NG |

### Basis for Committee Findings

On 06/12/23 at 0920 hours Classification Committee Sergeant Kenyon and Officer Price conducted a Disciplinary Hearing on Inmate Cobb regarding **Rules Violation Report 23D443**.

During the interview Cobb stated his comments weren't derogatory they were true statements. He said he has been fighting with Nurse Taryn and DC Kalfas about getting his pain meds and to be seen at the burn center, appointment was cancelled. He went on to say just because he is told a rule or not to do something, if it's not in writing he's not following.

After reviewing the Violation of Rules Report, reviewing paperwork, and speaking to the those involved, the Disciplinary Committee finds Inmate Cobb "Guilty" of Charges (1), (2), (3) and (4).

TARYN WELLS HEALTH CARE ADMINSTRATOR

NICHOLAS KALFAS - DEPUTY CHIEF OF THE JAIL

### Recommended Action
The Committee recommends **28 Days Disciplinary Detention** Out date 7/3/23

Note: Upon receipt of these findings, you have three days to file an appeal on an inmate grievance form.
Nota: Al recibo de estos resultados, tiene 3 (tres) dias para registrar una apelacion en un "forma de quejas".

Do you wish to appeal? (Please initial)
De sea usted apelar? (Firme con iniciales)   Yes/Si _____   No __MC__

Member(s)   **Sergeant Kenyon 1305** _____
            **Officer Price 10495** _____

### Administrative Review

I have reviewed the above and concur _____ do not concur _____ with the findings.
Comments: _____

Name: _____ Date/Time: _____

Inmate Signature _____ Date _____ Time _____
**(My signature acknowledges receipt of a copy of my inmate disciplinary finding.)**

Distribution when completed:  Jail Admin (Original +1) | Classification (2) | Max (1) |

6/30/23, 1:29 PM          CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Mental Health Initial Special Needs Assessment, Interviewer: LPC Butler, ..

# 🔒 Mental Health Initial Special Needs Assessment

| | |
|---|---|
| Patient ID: | L45127 |
| DOB: | 11/11/1968 |
| Interviewer: | LPC Butler, Margaret J (06/10/2023 2203) |

## MURRAY LAMONTE COBB #L45127-011

| | | | |
|---|---|---|---|
| | Allergies. | NKMA | |
| | Gender: | ⦿ Male | |
| 1. | What is the patient's Special Mental Health Need? | ☑ Diagnosed with severe mental illness (including Schizophrenia, Schizoaffective Disorder, Bipolar Disorder, moderate to severe Major Depression, and Post Traumatic stress Disorder) | Bipolar I Depressed, Severe, without psychosis; GAD |
| 2. | What is the patient's baseline mental state? | Agitated, insomnia, racing thoughts, frustration, depression, Anxiety | |
| 3. | What is the patient's verified treatment history? | Never been to a psych hospital. Pt has a psychiatrist, outpatient, back in Nov 2022 | |
| 4. | What is the patient's housing history? | General Population, ASU | |
| 5. | What is the patient's suicide attempt history? | No hx of suicide attempts | |
| 6. | Current Status/Functioning: | The pt was alert, cooperative, and calm. He was observed in no acute distress. Pt denied having S/I or H/I. He does have anxiety and depression. He is frustrated with medical staff because he was told he was going to have an updated EKG a few months ago but it never happened. Pt stated his current meds are NOT effective. He has racing thoughts, insomnia, depression, and anxiety. | |
| 7. | Describe interventions utilized/taught during the session: | CBT to help decrease racing thoughts and focusing what you can/cannot change | |
| | Medication Adherent? | ⦿ Yes | |
| | Suicidal Ideations Noted? | ⦿ No | |
| | Homicidal Ideations Noted? | ⦿ No | |
| | Appearance: | ☑ Appropriate | |
| | Speech: | ☑ Appropriate | |
| | Mood: | ☑ Depressed ☑ Anxious ☑ Irritable | |
| | Affect: | ☑ Appropriate | |
| | Thought Form: | ☑ Coherent | |
| | Thought Content: | ☑ Appropriate | |
| | Orientation: | ☑ Person ☑ Place ☑ Time ☑ Situation | |
| | Intelligence: | ☑ Average | |
| | Memory: | ☑ Intact | |
| | Insight: | ☑ Intact | |
| | Judgement: | ☑ Intact | |
| | Behavior: | ☑ Appropriate | |
| | Describe the patient's treatment plan and 2-3 treatment goals: | Continue being compliant with psych meds on a daily basis Psychoeducation about CBT; focus on what you can change and let go of the rest | |
| | (Please check all that apply): | ☑ Continue Special Needs Visits. Follow Up in _____ Days | follow up in 30 days |
| | Referred to: | ☑ Psychiatric Provider | |

| Housing: | ☑ **Restricted Housing** | |
|---|---|---|
| QMHP Signature/Title: | Peggy Butler, MA, LPC | 06/10/2023 2201 |

 LakeCounty

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____**Murray Cobb**_____     Date: ___**June 26, 2023**___

This letter serves as the official response to the Freedom of Information Act request #25786, received on June 21, 2023, requesting:

**"I would like a copy of my medical request slip made on a paper request slip on 6-17-23 from ASU 3SE #10, marked emergency, follow up, and urgent from Adaquate Medical Care for skin graft infection on left arm and upper chest from second degree burns".**

Below is the response to your request:

**Please see requested document from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150





# FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____ **Murray Cobb** _____          Date: ___ **June 12, 2023** ___

This letter serves as the official response to the Freedom of Information Act request #23160, received on June 9, 2023, requesting:

**"A copy of my medical request made from GTL tablet on 6-2-23. Request #253637811".**

Below is the response to your request:

**Please see requested document from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 6-2-23

Requester Name MURRAY L. Cobb     Inmate # 45127

I am requesting the following: A COPY OF MY MEDICAL
REQUEST MADE FROM GTL
TABLET ON 6-2-23 REQUEST
# 253637811

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray Cobb     6-2-23

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

**Request #253637811**

Profile Photo:

Audit Photo:
Audit Photo

**Inmate Info**

**Name:** MURRAY COBB
**Submitted Date:** 06/02/23 21:10
**Submitted from Location/Room:** 5 N,13/5N
**Current Location/Room:** 5 N,13/5N
**Facility:** Lake County IL Adult Corrections

**Form Info**

**Category:** Medical
**Form:** Request - Health Care Services

**Request Info**

**Status:** OPEN
**Facility Deadline:** 06/04/23 23:59 (1d)

Details of Request:

To be seen by a outside medical burn specialist not affiliated to lake county corrupted jail and staff from the top Down

Details of Request:

Describe the nature of your medical request.:
I need to go too a burn specialist for my skin graft infections on left arm and left chest that any non medical idiots can identify and relate too but for some reason the professional Karin's employed at or through Lake county jail!!!! Is too corrupted or too slow from the top down starting With the sheriff the keeper of the jail is his title, his deputy, lieutenants, DR's, health service administration, is all in it together and together they shall fall too jail or HELL I'm already here waiting on you and ASU Lieutenant Reidy!!!!!!!!!!

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/02/23 21:10 | MURRAY COBB | Submitted New | To be seen by a outside medical burn specialist not affiliated to lake county corrupted jail and staff from the top Down |

A ADULT
S SEGRAGATION
U UNIT

4N

 LakeCounty

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____**Murray Cobb**_____          Date: ___**June 30, 2023**___

This letter serves as the official response to the Freedom of Information Act request #25796, received on June 23, 2023, requesting:

**"I would like a copy of all my medical records from 1-2-23 thru today's date of making copies".**

Below is the response to your request:

**Please see requested documents from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
25796
JUN 2 3 2023
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 6-22-23

Requester Name MURRAY CObb          Inmate # 45127

I am requesting the following: I WOULD LIKE A COPY
OF ALL my mEdICAL RECORD'S
From 1-2-23 THRU TodAy'S
DATE OF MAKING COPIE'S

THANK You VERy MUCH

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*



# FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____ **Murray Cobb** _____     Date: ___ **June 5, 2023** _____

This letter serves as the official response to the Freedom of Information Act request #25658, received on May 31, 2023, requesting:

**"A copy of my GTL tablet medical request from 5-24-23. Request #251551601".**

Below is the response to your request:

**Please see requested document from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*



# Lake County Adult Correctional Center
## Freedom of Information Request

Date **6-30-23**

Requester Name **MURRAY Cobb**     Inmate # **45127**

I am requesting the following: **I WOULD LIKE A COPY OF MY MEDICAL REQUEST MADE ON GTL TABLET ON 6-30-23 MEDICAL REQUEST #260428721 AT 11:02 AM THANK YOU VERY MUCH.**

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray Cobb**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

**Request #260428721**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 06/30/23 11:02
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 08:E9:F6:E4:8C:6C
Device ID: 08E9F6E48C6C

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED **by** Lake County Jail Nursing
Facility Deadline: 07/02/23 23:59

Details of Request:

Skin graft infections, Need to be seen ASAP by a burn specialist as referred by Loyola University burn center!!!

Details of Request:

**Describe the nature of your medical request.:**
In very bad pain and itching and sometimes burning sensation on my left forearm and upper left side of my chest from skin graft infections or abnormalities after skin graft healings improperly, it's very painful and a Violation of my constitutional Rights under my 8th amendment Deliberate Indifference!!!! I'm by law supposed too get adequate medical care not just medical care even a lament can look at my left forearm and upper left chest and tell something is terrible wrong and needs emediate professional burn center specialist care!!!!!! Emergency, Follow up, Urgent please need to see a Doctor not a Nurse

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical stall and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/08/23 18:50 | MURRAY COBB | Viewed Staff Response | |
| 07/06/23 20:44 | MURRAY COBB | Viewed Staff Response | |
| 07/02/23 10:49 | MURRAY COBB | Viewed Staff Response | |
| 07/02/23 10:26 | MURRAY COBB | Viewed Staff Response | |
| 06/30/23 22:42 | Lake County Jail Nursing | Staff Response | You are scheduled to see burn specialist |
| 06/30/23 22:42 | Lake County Jail Nursing | Changed Status | From 'Open' to 'Closed' |
| 06/30/23 11:02 | MURRAY COBB | Submitted New | Skin graft infections, Need to be seen ASAP by a burn specialist as referred by Loyola University burn center!!! |

I TOLD MEDICAL ABOUT MY FOLLOW UP REFERRAL APPT.
ON 1-2-23, APPT. DATE 3-8-23, AS OF TODAY I'M STILL
WAITING TO BE SEEN BY BURN SPECIALIST
7-14-23

6/30/23, 1:26 PM          CoreEMR - MURRAY LAMONTE COBB #L45127-011 :: Chronic Care - Periodic Exam or Follow-Up Visit CC104UN0000ACCEN12...

*ADD 700 LAWSUIT PLEASE*

## 🩺Chronic Care - Periodic Exam or Follow-Up Visit CC104UN0000ACCEN121516

**MURRAY LAMONTE COBB #L45127-011**

| | | |
|---|---|---|
| Patient ID: | L45127 | Interviewer: NP Ehlert-Donovan, Kerry (04/21/2023 1024) |
| DOB: | 11/11/1968 | |
| Age: | 54 | |
| Height: | 5ft 11in | |
| Weight: | 200 | |
| Agency: | County | |

| Visit Date and Time | | 04/21/2023 0958 |
|---|---|---|
| Allergies | NKMA | |
| Current Meds | *LILZ LAMENECTOMY LUMBAR SPINE* | AMLODIPINE BESYLATE 10MG TAB QD; Directions: 1 TAB By Mouth QD ;<br>ATORVASTATIN CALCIUM 40 MG TAB QHS; Directions: 2 tabs = 80mg<br><br>MELOXICAM 15MG TAB QD; Directions: 1 TAB By Mouth QD ; *For BACK PAIN*<br>HYDROXYZINE HCL 50MG TAB BID; Directions: 1 TAB By Mouth BiD ;<br>ASPIRIN 81MG CHW QD; Directions: 1 CHW By Mouth QD ;<br>METFORMIN 500MG TAB BID; Directions: 1 TAB By Mouth BID ;<br>METOPROLOL TARTRATE 25MG TAB BID; Directions: 1 TAB By Mouth BiD ;<br>PAROXETINE HCL 20MG TAB QHS; Directions: 1 TAB By Mouth QHS ; |
| Status | ● Adult | |
| List Chronic Diseases | ☑ Diabetes<br>☑ Hypertension<br>☑ Other | HLD |
| Attached pharmacy profile or list current medications: | ☑ See MAR | |
| (Any problems since last visit - include pertinent negatives) | | C/O back pain, scar tissue on left forearm. |
| Vital Signs | **Blood Pressure** 149 sys 92 dia<br>**Pulse** 61 beats per min<br>**Respirations** 20 breaths per min<br>**Temperature** 98.0 °F<br>**Weight** 208 lbs<br>**Height** 5ft 11in ⌄ 29<br>**SPO2** 99.0 % | |
| Pain Scale (0-10) | 0 | |
| PEFR | n/a | |
| Labs | discussed with pt | |
| HgbA1c | 6.2% | |
| **WNL | ☑ Heart<br>☑ Lungs | |
| **ABN | ☑ Skin/Extremeties *NOT TRUE*<br>*TISSUE ON THE INSIDE AND OUTSIDE* | burn to left arm healed no signs and symptoms of infection |
| 1 | T2DM | |
| Degree of Control | ☑ F | |
| Clinical Status | ☑ S | |
| 2. | HTN | |
| Degree of Control | ☑ F | |
| Clinical Status | ☑ S | |
| 3. | HLD | |
| Degree of Control | ☑ F | |
| Clinical Status | ☑ S | |
| Medication Changes | ☑ As Follows (document) | d/c Metformin Lisinopril 2.5mg po qd |
| Diagnostics | ☑ HgbA1c | A1C in 3 months |

6/30/23, 1:26 PM   CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Chronic Care - Periodic Exam or Follow-Up Visit CC104UN0000ACCEN12...

| Monitoring | ☑ Finger-stick Glucose _____ x day/_____ x week/_____ x month<br>☑ BP _____ x day/week/month | Accu checks tid per week<br>BP checks bid x 2 weeks |
|---|---|---|
| Education | ☑ **Diet/Nutrition**<br>☑ **Medication**<br>☑ **Disease process**<br>☑ **Symptom Management**<br>☑ **Weight Management**<br>☑ **Treatment expectations** | Pt to watch commissary intake |
| Treatment Plan<br><br>This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan **when needed** for treatment planning of multiple chronic medical problems or complex issues. | Dr. Papanos present during exam<br>Labs discussed with patient<br>Pt to notify officers or nurses if symptoms become worse<br>Pt understands treatment plan and all questions have been answered<br>Risks and benefits of medications and treatment have been discussed with patient | |
| Follow Up:<br><br>*If 30 Days is marked, a Task will automatically generate for Chronic Care* in +23 days.<br><br>*If 60 Days is marked, a Task will automatically generate for Chronic Care* in +53 days.<br><br>*If 90 Days is marked, a Task will automatically generate for Chronic Care* in +83 days. | ☑ **90 Days** | |
| Provider Signature | KEhlert-Donovan, APN | 04/21/2023 1011 |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

## Lake County Adult Correctional Center
## Freedom of Information Request

Date **6-30-23**

Requester Name **MURRAY Cobb**          Inmate # **45127**

I am requesting the following: **I WOULD LIKE A COPY OF MY MEDICAL REQUEST MADE ON GTL TABLET ON 6-30-23 MEDICAL REQUEST #260428721 AT 11:02 AM THANK YOU VERY MUCH.**

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray Cobb**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*



# FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: __Murray Cobb__          Date: __July 13, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25836** received on July 6, 2023, requesting:

**"GTL 7/2/23"**

Below is the response to your request:

**Please see attached.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*



25836

# Lake County Adult Correctional Center
## Freedom of Information Request

Date 7-2-23

Requester Name MURRAY Cobb         Inmate # 45127

I am requesting the following: I WOULD LIKE A COPY
OF MY MEDICAL REQUEST MADE
FROM GTL TABLET ON 7-2-23
MEDICAL REQUEST # 26099394/

THANK YOU VERY MUCH

*Note: Your request may require a fee. If there is a fee associated with this request, you will be
notified that there is a fee. If you do not have the money to pay the fee, you should narrow the
scope of your request (you may do this by reducing the number of possible pages in your
response. There is no fee waiver available for documents personally related to you.)*

Signature Murray Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed
responses may require additional days to reach you. Please take into account weekends
and holidays. If you leave the facility before receiving your response, it will not be
forwarded to you.**

*Lake County Sheriff Office*

*HAPPY 4th OF JULY!*

*INDEPENDENCE DAY*

**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

25857
RECEIVED
JUL 1 0 2023
BY:

## Lake County Adult Correctional Center
## Freedom of Information Request

Date **7-4-23**

Requester Name **Murray L. Call**          Inmate # **45127**

I am requesting the following: DEAR SONiA MATA, EXECUTiVE
ASSISTANT, LAKE COUNTY SHERiFF'S ADULT CORRECTiONS...
I'M WRITTING IN REGARDS TO SOME VERY CORRUPTED
ACTIVITY GOING ON WITH MY MEDICAL RECORD'S
PACKET I JUST RECIEVED DATED 6-30-23, MORE THAN
HALF OF IT IS MISSING I SIGNED MEDICAL RELEASE
FORMS FOR; MARION HOSPITAL, LOYOLA UNIVERSITY BORN
CENTER MAYWOOD IL, ERIE CLINIC DR. YORK, WAUKEGAN
& GRAND AVE, WALMART FOUNTAIN SQUARE, OVER ——→

←
OVER

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray L. Call**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085

# Lake County Adult Correctional Center
## Freedom of Information Request

Date 7-6-23

Requester Name MURRAY L. COBB  Inmate # 45127

I am requesting the following: COPIES OF GTL INMATE REQUEST FORMS # 243478542, ON 4-16-23 # 241950112, ON 4-09-23, # 233853852 ON 2-27-23 ALSO # 233214572, ON 2-24-23 # 262111511 ON 7-6-23;;; ALSO MEDICAL GTL TABLET REQUEST # 260993941 ON 7-2-23, # 260428721 ON 6-30-23, # 245136262 ON 4-24-23 ALSO # 239089662 ON 3-25-23.......

THANK YOU VERY MUCH FOR YOUR TIME

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L. Cobb #L45127

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*



YN·28

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: **Murray Cobb**          Date: **July 17, 2023**

This letter serves as the official response to the Freedom of Information Act request #25869, received on July 12, 2023, requesting:

**"Copies of medical request numbers as follow made on GTL tablets:**
**#239089662 on 3-25-23**
**#245136262 on 4-24-23**
**#249324792 on 5-14-23**
**#251551601 on 5-24-23**
**#252029381 on 5-26-23**
**Classification #262947661 on 7-10-23.".**

Below is the response to your request:

**This will be considered a "recurrent requestor" due to you having received your medical requests made on the GTL tablet dates above from previous FOIAs submitted. FOIA defines a "recurrent requestor" to mean a person that, in the 12 months immediately preceding the request, has submitted to the same public body (i) a minimum of 50 requests for records, (ii) a minimum of 15 requests for records within a 30-day period, or (iii) a minimum of 7 requests for records within a 7-day period. 5 ILCS 140/2(g).**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

**JOHN D. IDLEBURG**
**SHERIFF**



**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois*



RECEIVED
JUL 17 2023
BY:

# Lake County Adult Correctional Center
## Freedom of Information Request

Date __7-12-23__

Requester Name __MURRAY L. Cobb__     Inmate # __L45227__

I am requesting the following: __I WOULD LIKE A COPY__
__OF MY GTL MEDICAL REQUEST #__
__"2639/272/, ON 7-12-23"__

__THANK YOU VERY MUCH__

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature __Murray L Cobb__

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*



 **LakeCounty**

### FREEDOM OF INFORMATION ACT
### GRANT OF REQUEST

Dear:      **Murray Cobb**          Date:    **July 21, 2023**

This letter serves as the official response to the Freedom of Information Act request #25903, received on July 17, 2023, requesting:

**"I would like a copy of my GTL medical request #263812721 on 7-12-23".**

Below is the response to your request:

**Please see requested document attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

## Request #263812721

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 07/12/23 19:05
Submitted from Location/Room: 4-N 28/4N
Current Location/Room: 4-N 28/4N
Facility: Lake County IL Adult Corrections
MAC ID: D4:12:43:78:34:CA
Device ID: D412437834CA

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 07/14/23 23:59 :20)

**Details of Request:**

Total all around severe pain daily

**Details of Request:**

Describe the nature of your medical request.:

Severe pain in my whole back spine,, and both of my hips walking up and down two flight's of stairs daily for meals, hot water, med line too get my daily medications, for the stent in my heart, plates and screw's in my lumbar spine from surgery, sciatica in both of my hips, my untreated nerve damage too my entire left side that I've been medically neglected since January 2, 2023 upon entering the Lake County Jail and taken off of my Gabipentin/ Neaurotin 1800mg Daily for over 15 years from specialist Doctors through out lake county medical facilities. including Lake County Jail, Correct Care Solutions. Wexford health care, the IL Department of Corrections a ADULT Penal Institution ALL have the same illinois Law's, Rules, Policy, Regulations, And Constitutional Rights THAT AT ALL TIMES MUST BE FOLLOWED!!!!!! This includes WELLPATH Health AND The LAKE County Jail, Sheriff John D, IDLE BURG. Deputy chief Nickalos Kalfas,Health Service Administration. Doctor Pompanos and anyone else that wanna feel important and cosigne someone else corruption I welcome u also please, please join!!!!!! Thank you very much MURRAY L. CObb #L,45127!!!!!!Emergency Urgent, Follow Up,chronic Care Life time illness

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/12/23 19:05 | MURRAY COBB | Submitted New | Total all around severe pain daily |





### FREEDOM OF INFORMATION ACT
### GRANT OF REQUEST

Dear: __Murray Cobb__          Date: __July 13, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25835** received on July 6, 2023, requesting:

**"multiple tablet requests"**

Below is the response to your request:

**Please be advised that we are treating this FOIA request as a "recurrent requestor" FOIA defines a "recurrent requestor" to mean a person that, in the 12 months immediately preceding the request, has submitted to the same public body (i) a minimum of 50 requests for records, (ii) a minimum of 15 requests for records within a 30-day period, or (iii) a minimum of 7 requests for records within a 7-day period. 5 ILCS 140/2(g).**

**You have received these requests on multiple occasions via FOIA and through command.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

25 S. Martin Luther King Jr. Ave.
Waukegan, Illinois 60085

25835

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 7-2-23

Requester Name MURRAY Cobb   Inmate # 45127

I am requesting the following: COPIES AND RESPONSE'S IF ANY
TO ALL MEDICAL REQUEST IN QUESTION MADE
ON GTL TABLETS, 2-24-23 # 233214572, 2-27-23
3/9/23 #235853852, ON 3-25-23 # 239089662, ON 4-9-23
#"GRIEVANCE APPEAL RESPONSE" 241950112, ON 4-16-23
"RESPONSE FROM KOLFAS" 243478542, ON 4-24-23
#245136262, ON 5-14-23 # 249324792, ON
5-26-23 # 252029381, ON 6-2-23 # 253137911,
ON 6-30-23 # 260428721, THANK YOU VERY MUCH.

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

**JOHN D. IDLEBURG**
**SHERIFF**



**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois*

RECEIVED
JUL 1 2 2023
BY:

# Lake County Adult Correctional Center
## Freedom of Information Request

Date _7-11-23_

Requester Name _MURRAY L. Cobb_ Inmate # _L45127_

I am requesting the following: _COPIE'S OF MEDICAL REQUEST_
_NUMBER'S AS FOLLOW MADE ON GTL TABLES T'S_
_"# 239089662 ON 3-25-23", #"245136262-4-24-23",_
_"#249324792 ON 5-14-23", #251551601 ON 5-24-23_
_#252029381 ON-5-26-23 ALSO CLASSIFICATION_
_#262947661-ON-7-10-23_
_THANK YOU VERY MUCH FOR YOUR TIME_
_AND CONSIDERATION." I'M ALSO WAITING_
_ON OTHER'S THAT I REQUESTED!"_

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature _Murray L Cobb_

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

 LakeCounty

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: __Murray Cobb__          Date: __July 13, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25834** received on July 6, 2023, requesting:

**"gtl tablet 6/30/23"**

Below is the response to your request:

**Please see attached.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150


**wellpath**
To hope and healing.

**Consult Sheet**

**Request #260993941**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 07/02/23 18:39
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 08:E9:F6:E6:42:18
Device ID: 08E9F6E64218

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 07/04/23 23:59 (2d)

Details of Request:

Too be put back on chronic lifetime back pain medication I shouldn't have too do this dumb ass shit every month!!!!

Details of Request:

**Describe the nature of your medical request.:**
My back is in severe pain and my hips from walking up and down two flights of stairs daily for three days now since being released from Segregation unit I have sciatica in both of my hips and it's documented in my Snake county jail medical Record's..... I will go too Seg every day about my health I'm not a boot licker or butt kisser period full stop!!!!!! Leave me alone I DONT FEAR NONE OF YOU FROM THE TOP TOO THE BOTTOM!!!!!! low gallery low bunk permitted

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/02/23 18:39 | MURRAY COBB | Submitted New | Too be put back on chronic lifetime back pain medication I shouldn't have too do this dumb ass shit every month!!!! |

 LakeCounty

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: __Murray Cobb__          Date: __July 13, 2023__

This letter serves as the official response to your Freedom of Information Act request **#25834** received on July 6, 2023, requesting:

**"gtl tablet 6/30/23"**

Below is the response to your request:

**Please see attached.**

If you should have any questions or comments, please do not hesitate to contact me.

Kissy Lopez, Executive Assistant
Lake County Sheriff's Adult Corrections
alopez@lakecountyil.gov
29 S. MLK JR. AVE.
Waukegan, IL 60085
847 377-4150





### FREEDOM OF INFORMATION ACT
### GRANT OF REQUEST


Dear: _____ **Murray Cobb** _____          Date: ___ **July 12, 2023** ___

This letter serves as the official response to the Freedom of Information Act request #25857, received on July 10, 2023, requesting:

**"…my medical records packet I just received dated 6-30-23, more than half of it is missing. I signed medical release forms for Marion Hospital, Loyola University (illegible), Erie Clinic…Walmart Fountain Square. Also, there is no mention of my lumbar spine surgery…All my legal adequate medical care has and still is being denied.".**


Below is the response to your request:

**According to Wellpath, "Please note there is still no more FOIA pending for Mr. Cobb dated 6.30.23. The "Tablet Request" he is requesting doesn't exist or just hasn't been scanned into his chart".**

**The one ROI signed is only good for that specified place – the Burn Unit. The only outside records provided by Wellpath are from any appointments scheduled while in custody under Wellpath's care.**

**As for the lumbar/cervical spine surgery, hips, and nerve damage on left side: no records are on file for this request. As instructed in your previous FOIA requests, you will have to obtain those records yourself once you are out of custody since Wellpath does not have access to them.**


To the extent any portion of this response is construed as a denial, you have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a).

You can file your Request for Review with the PAC by writing to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62701
Phone: 877-299-3642

E-mail: Public.Access@ilag.gov

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court. 5 ILCS 140/11.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)

☒ **Grievance**

☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: 2360424

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 7-19-23

Your Name: Murray Cobb   "L" Number: 45127   Housing Unit / Cell#: 4N28

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MC

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCING MEDICAL DEPT, WELL PATH, TARYN WEIS HSA ON 7-19-23 I SUBMITTED ON GTL TABLET A EMERGENCY, URGENT, FOLLOW UP REQUEST TO BE SEEN BY A DOCTOR FOR CHRONIC LUMBAR SPINE CERVICAL SPINE AND SCIOTICA IN BOTH OF MY HIPS I HAVE 2 PLATES AND 4 SCREWS IN MY LUMBAR SPINE DEGENERATIVE DISC DISEASE, HAD SURGERY, LAMENECTOMY, A LIFE TIME PAINFUL CHRONIC ILLNESS. I'VE HAD $10.00 TAKEN TWICE ILLEGALLY CHRONIC LIFE TIME CARE AND FOLLOW UP'S ARE FREE OF CHARGE $10.00 WAS TAKEN OFF OF MY ACCOUNT ON OR ABOUT 7-19 MEDICAL REQUEST # 2652401 OR ANY OTHER FOR THESE MEDICAL ISSUES, REASON, OR SERVICES, FOLLOW UP, EMERGENCY, URGENT, BECAUSE MEDICAL STATE POLICY RULES, ECT BY "ALLOW'S MY CHRONIC PAIN MEDICATION TO EXPIRE ONLY" NOT HEART OR BLOOD PRESSURE MEDICATION ALL LIFE TIME CHRONIC ILLNESS.

**Resolution Sought: (do not leave blank)** TO HAVE MY MONEY REPLACED BACK INTO MY ACCOUNT FOR ALL TIMES CHRONIC ILLNESS, AND PUT ON WHEN MEDICATION CONTINUED OS FOR FULL STAY HERE

Inmate Signature: Murray Cobb   Received by: D627127   Date / Time Received: 7/19/23@1718hc

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

INMATE
COPY



Lake County Sheriff's Office

Corrections Division

Classification and Grievance Coordinator

**Inmate Grievance Response Form**

---

**Date/Time:** 7/24/2023 4:43 pm          4 North

**Name:** Cobb, Murray          L# 45127          Grievance # 23G0424

☑ ANSWERED   ☐ DENIED   ☐ UNABLE TO RESOLVE   ☐ IMPROPER FORMAT   ☐ OTHER

Mr. Cobb, you will not be charged for renewal of pain medications.

On 5/31/2023 you we're charged a $10 copayment for a sick call that occured on 5/3/2023 for a complaint of itching.

On 7/18/2023 you we're charged a $10 copayment for a sick call the occured on 6/19/2023 for a complaint of swelling.

I reviewed the nurse's notes and refunded you the copayment from the visit that occured on 6/19/2023. This visit resulted in a prescription for pain medication.

Grievance unfounded.

**Returned Because this can be addressed by the Pod Officer:** _____

**Forwarded to Medical on:**

**Appeal forwarded to Administration:** _____

**INMATE SIGNATURE X** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Health Services Administrator**   Digitally signed by Health Services Administrator
Date: 2023.07.24 16:46:27 -05'00'

 LakeCounty

Yn 28

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear:     **Murray Cobb**           Date:     **July 31, 2023**

This letter serves as the official response to the Freedom of Information Act request #25973, received on July 26, 2023, requesting:

**"Copies of GTL tablet request #265241011 on 7-18-23, also request #266049481".**

Below is the response to your request:

**Please see requested documents from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

**Request #262947661**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 07/10/23 09:27
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 20:50:E7:02:8B:B4
Device ID: 2050E7028BB4

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 07/24/23 23:59 (-4d)

Details of Request:

Classification

Details of Request:

**YOUR LOCATION:**
4 North #28 second level

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Too be classified a lower gallery low bunk inmate!!!!!! I'm 55 years old with cervical damage, Lumbar spine damage two plates and four plates in my spine, sciatica n both of my hips, a stent in my heart, high blood pressure, and a diabetic whenever medical wants me too be, and a BLACK MAN that's a medical mess documented in a court of law I legally get disability why because I'm disabled by a Judge

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/11/23 11:33 | MURRAY COBB | Viewed Staff Response | |
| 07/10/23 09:27 | MURRAY COBB | Submitted New | Classification |



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

25973
RECEIVED
JUL 2 6 2023
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date **7-20-23**

Requester Name **MURRAY Cobb**　　　Inmate # **45127**

I am requesting the following: **COPIES OF GTL TABLET REQUEST# 26524/011 ON 7-18-23 ALSO REQUEST# 266049481, PLEASE THANK YOU AND I HAVE NO PROBLEM WITH PAYING FOR NEEDED, REQUESTED COPIES OR MY ATTORNEYS CAN GET THEM COURT ORDERED, EVERYTHING I REQUEST IS FOR THE COURT'S.**

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray Cobb**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

Request #265241011

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 07/18/23 12:13
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: D4:12:43:5E:76:5E
Device ID: D412435E765E

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 07/20/23 23:59 (2d)

**Details of Request:**

Emergency, Follow up, Urgent, chronic lifetime pain medication expired a lifetime illness a lifetime pain medication

**Details of Request:**

**Describe the nature of your medical request.:**
i need too see a doctor for my lifetime lumbar spine, and cervical spine L5 L7. Sciatica in both of my hips,Dergenative disc decease in my spine in which The Lake County Jail is well aware of!!!!!! Case Cobb v Fitch ect,al 14- cv-00605......Cobb wins by a knock out punch to Ted Uchiek,Scott A Fitch, Susan Williams Davis, health care administrator!!!! Please no more NURSE'S too tell me I have toc b seen by a DOCTOR for Melaxacam and Tylenol3 for constant severe pain DAILY up and down my spine and both hips

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/18/23 12:16 | MURRAY COBB | Viewed Staff Response | |



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
25868
JUL 1 2 2023
BY

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 7-10-23

Requester Name MURRAY L. COBB   Inmate # 445127

I am requesting the following: A COPY OF MY GTL TABLET
CLASSIFICATION REQUEST #262947661
From 7-10-23
THANK YOU VERY MUCH FOR YOUR TIME
AND CONSIDERATION

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

## Request #262947661

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 07/10/23 09:27
Submitted from Location:Room: 4 N,28:4N
Current Location:Room: 4 N,28:4N
Facility: Lake County IL Adult Corrections
MAC ID: 20:50:E7:02:8B:B4
Device ID: 2050E7028BB4

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: OPEN
Facility Deadline: 07/24/23 23:59 (12d)

Details of Request:

Classification

Details of Request:

**YOUR LOCATION:**
4 North #28 second level

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Too be classified a lower gallery low bunk inmate!!!!! I'm 55 years old with cervical damage. Lumbar spine damage two plates and four plates in my spine, sciatica n both of my hips, a stent in my heart, high blood pressure, and a diabetic whenever medical wants me too be. and a BLACK MAN that's a medical mess documented in a court of law I legally get disability why because I'm disabled by a Judge

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/11/23 11:33 | MURRAY COBB | Viewed Staff Response | |
| 07/10/23 09:27 | MURRAY COBB | Submitted New | Classification: |



## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____**Murray Cobb**_____     Date: ___**July 17, 2023**___

This letter serves as the official response to the Freedom of Information Act request #25868, received on July 12, 2023, requesting:

**"A copy of my GTL tablet classification request #262947661 from 7-10-23".**

Below is the response to your request:

**Please see requested document attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 6008*

RECEIVED
AUG 0 2 2023
BY: _____
26022

# Lake County Adult Correctional Center
## Freedom of Information Request

Date **7-31-23**

Requester Name **MURRAY I Cobb**   Inmate # **45127**

I am requesting the following: **A COPY of ALL mEDICAL RECORD'S FROM NorTHwesTERN mEDIcINE ON 7-31-23 IN GRAYSLAKE A.m APPOINTmENT WITH GENERAL mEDICINE/PRImARY CARE DocTor REfERRED TO BY wELL PATH "TARYN WEILS HSA" AT THE LAKE COUNTY JAIL, mAUKEGAN, ILL 60079**

**"URGENT PLEASE SEND ALL"**

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature **Murray L. col**

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

 

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: **Murray Cobb**          Date: **August 18, 2023**

This letter serves as the official response to the Freedom of Information Act request #26080, received on August 11, 2023, requesting:

**"A copy of my GTL tablet medical request #271181601 from 8-8-23 about getting hydrosizine cream prescribed by outside doctor, a primary care doctor at Northwestern medicine on 7-31-23".**

Below is the response to your request:

**Please see requested documents from Wellpath attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

### OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
26080
AUG 1 1 2023
BY: _____

## Lake County Adult Correctional Center
## Freedom of Information Request

Date  8-8-23

Requester Name  MURRAY L. Cobb      Inmate #  45727

I am requesting the following:  A COPY OF MY GTL TABLET
MEDICAL REQUEST # 27118601 FROM
8-6-23 ABOUT GETTING HYDROSIZING
CREAM PRESCRIBED BY OUTSIDE DOCTOR, A
PRIMARY CARE DOCTOR AT NORTHWESTERN
MEDICINE ON 7-31-23.
            THANK YOU VERY MUCH.

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature  Murray L. Cobb

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

Request #271181601

Profile Photo



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 08/08/23 18:41
Submitted from Location/Room: 4 N.2B/4N
Current Location/Room: 4 N.2B/4N
Facility: Lake County IL Adult Corrections
MAC ID: D4:12:43:78:2D:F4
Device ID: D41243782DF4

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 08/10/23 23:59 (2n)

Details of Request:

Follow up care from primary care doctor at Northwestern medicine in GraysLake I'll on July 31st 2023

Details of Request:

Describe the nature of your medical request.:
I need the medical cream that the primary care doctor at north western medicine prescribed for me hydrocortisone for the itch in my left arm and upper chest until my follow up appointment in 30days from my appointment with primary care doctor at north western medicine too be taken and seen by a real cartified BURN specialist at Loyola burn centerIIIIILOYOLA UNIVERSITY

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/08/23 18:41 | MURRAY COBB | Submitted New | Follow up care from primary care doctor at Northwestern medicine in GraysLake I'll on July 31st 2023 |



## Request #271956151

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 08/11/23 10:48
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 20:50:E7:02:54:30
Device ID: 2050E7025430

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: CLOSED by RICHARD CLOUSE
Facility Deadline: 08/25/23 23:59

Details of Request:

Low gallery low bunk permit /Classification Department

Details of Request:

**YOUR LOCATION:**
,4North second level cell 28

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Need lower gallery low bunk permit due to chronic illnesses, lumbar spine damage to my lower back 2plates 4, screw's, cervical spine damage to my, L,5 L7 sciatica in both hips, a stent in my heart, high blood pressure a diabetic a total medical mess!!!!! I have been deemed disabled by a disability law judge for five years now at age 50 for chronic illnesses in my lumbar spine and cervical spine a stent in my heart

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/14/23 12:54 | RICHARD CLOUSE | Changed Status | From 'Open' to 'Closed' |
| 08/13/23 20:24 | MURRAY COBB | Viewed Staff Response | |
| 08/11/23 10:48 | MURRAY COBB | Submitted New | Low gallery low bunk permit /Classification Department |



## Request #271947821

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 08/11/23 10:25
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 20:50:E7:02:54:30
Device ID: 2050E7025430

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 08/13/23 23:59 (1d)

Details of Request:

Low gallery low bunk permit

Details of Request:

**Describe the nature of your medical request.:**
Low gallery low bunk permit due to chronic illnesses sciatica in both hips ,2 plates and 4screw's in my lumbar spine damage to my cervical spine L5 L7, a stent in my heart, high blood pressure, Diabetic and 55 years of age a legal by a law Disability judge deemed me disabled at the age of 50 .due to my spine conditions

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/11/23 10:25 | MURRAY COBB | Submitted New | Low gallery low bunk permit |



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

26089

RECEIVED
AUG 1 4 2023
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 9-10-23

Requester Name MURRAY L. COBB      Inmate # 45127

I am requesting the following: A COPY OF GTL TABLET MEDICAL
REQUEST #271947821 ON 8-10-23 ALSO
REQUEST # 271956151 ON 8-10-23 TO
CLASSIFICATION

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature *Murray L. Cobb*

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

 

# FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____**Murray Cobb**_____     Date: _____**August 18, 2023**_____

This letter serves as the official response to the Freedom of Information Act request #26089, received on August 14, 2023, requesting:

**"A copy of GTL table medical request #271947821 on 8-10-23. Also request #271956151 on 8-10-23 to Classification".**

Below is the response to your request:

**Please see requested documents attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

 

# FREEDOM OF INFORMATION ACT
# GRANT OF REQUEST

Dear: _____**Murray Cobb**_____          Date: _____**August 18, 2023**_____

This letter serves as the official response to the Freedom of Information Act request #26088, received on August 14, 2023, requesting:

**"A copy of all medical records from Northwestern medicine in Grayslake on 7-31-23 a.m. appointment with General Medicine / Primary Care doctor referred to by Wellpath / Taryn Weils "Health Service Administrator" at the Lake County Jail, Waukegan, IL 60079. Urgent need ASAP for court and attempt to retrieve".**

Below is the response to your request:

**Please see requested document attached.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

RECEIVED
26083
AUG 14 2023
BY:

# Lake County Adult Correctional Center
# Freedom of Information Request

Date 8 - 10 - 23

Requester Name MURRAY L. Cobb      Inmate # 45627

I am requesting the following: A COPY OF ALL MEDICAL RECORDS
FROM NORTHWESTERN MEDICINE IN GRAYSLAKE
ON 7-31-23 A.M APPOINTMENT WITH
GENERAL MEDICINE / PRIMARY CARE DOCTOR
REFERRED TO by WELLPATH / TARYN WEILS
"HEALTH SERVICE ADMINISTRATOR" AT THE
LAKE COUNTY JAIL, WAUKEGAN IL.
60079, URGENT NEED ASAP FOR
COURT and ATTEMP TO RETRIEVE

*Note: Your request may require a fee. If there is a fee associated with this request, you will be
notified that there is a fee. If you do not have the money to pay the fee, you should narrow the
scope of your request (you may do this by reducing the number of possible pages in your
response. There is no fee waiver available for documents personally related to you.)*

Signature Murray L. Coll

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed
responses may require additional days to reach you. Please take into account weekends
and holidays. If you leave the facility before receiving your response, it will not be
forwarded to you.**

*Lake County Sheriff Office*

## Request #276696231

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 08/28/23 10:28
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 08:E9:F6:E7:5C:80
Device ID: 08E9F6E75C80

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Lake County Jail Nursing
Facility Deadline: 08/30/23 23:59

Details of Request:

Copy of medical record

Details of Request:

**Describe the nature of your medical request.:**
I need a copies of my xray that was done on me here at the jail for my back and hip's for my lawsuit against wellpath and Taryn Weil's Health Service Administrator thank you very much

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical stall and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/29/23 21:03 | MURRAY COBB | Viewed Staff Response | |
| 08/29/23 21:02 | MURRAY COBB | Viewed Staff Response | |
| 08/29/23 20:51 | MURRAY COBB | Viewed Staff Response | |
| 08/28/23 19:00 | Lake County Jail Nursing | Changed Status | From 'Open' to 'Closed' |
| 08/28/23 18:56 | Lake County Jail Nursing | Staff Response | You must fill out a FOIA request in order to obtain medical records. You can ask the CO for a FOIA request form. |
| 08/28/23 10:28 | MURRAY COBB | Submitted New | Copy of medical record |

**Request #275578631**

| Profile Photo: | Inmate Info |
| --- | --- |
|  | **Name:** MURRAY COBB<br>**Submitted Date:** 08/23/23 21:06<br>**Submitted from Location/Room:** 4 N,28/4N<br>**Current Location/Room:** 4 N,28/4N<br>**Facility:** Lake County IL Adult Corrections<br>**MAC ID:** 20:50:E7:23:68:00<br>**Device ID:** 2050E7236800 |

**Audit Photo:**
Audit Photo

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: CLOSED by Lake County Jail Nursing
Facility Deadline: 08/25/23 23:59

**Details of Request:**

Follow up, urgent, Emergency, renewal of pain medication malaxicam that expire on August 25th 2023/ low gallery low bunk permitt

**Details of Request:**

**Describe the nature of your medical request.:**
To be placed on lower gallery low bunk permit/to have my pain medication refilled malaxicam that will expire on August 25th 2023 urgent, follow up, Emergency CHRONIC ILLNESSES thank you!!!!! I need too be on lower gallery before I fall down the stairs been feeling very weakened with high blood pressure and Diabetes can have a stroke or Dizzy spell at any moment climbing up or down the two flights of stairs

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
| --- | --- | --- | --- |
| 08/29/23 20:48 | MURRAY COBB | Viewed Staff Response | |
| 08/24/23 19:22 | MURRAY COBB | Viewed Staff Response | |
| 08/23/23 22:49 | Lake County Jail Nursing | Changed Status | From 'Open' to 'Closed' |
| 08/23/23 21:06 | MURRAY COBB | Submitted New | Follow up, urgent, Emergency, renewal of pain medication malaxicam that expire on August 25th 2023/ low gallery low bunk permitt |

**Request #275860411**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 08/24/23 18:57
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: CC:4B:73:D1:2B:70
Device ID: CC4B73D12B70

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: CLOSED **by** RICHARD CLOUSE
Facility Deadline: 09/07/23 23:59

Details of Request:

Lower gallery lower bunk/ Classificationim

Details of Request:

**YOUR LOCATION:**
4north#28

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
I'm white young and healthy related too taryn Weil's and I'm on the second level tier and wanna be moved to the lower level as I said I'm young and very healthy and related too taryn Weil's white power dudes..... We stand together the hell With Niggers

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/30/23 15:38 | RICHARD CLOUSE | Changed Status | From 'Open' to 'Closed' *CHIEF OF THE JAIL* |
| 08/29/23 20:46 | MURRAY COBB | Viewed Staff Response | *ADD TO LAWSUIT* |
| 08/24/23 19:20 | MURRAY COBB | Viewed Staff Response | |
| 08/24/23 18:57 | MURRAY COBB | Submitted New | Lower gallery lower bunk/ Classificationim |

**Request #275557531**

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 08/23/23 19:34
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: 20:50:E7:23:68:00
Device ID: 2050E7236800

**Form Info**

Category: Inmate Request
Form: INMATE REQUEST FORM

**Request Info**

Status: CLOSED by RICHARD CLOUSE
Facility Deadline: 09/06/23 23:59

Details of Request:

Low gallery low bunk permit /Classification

Details of Request:

**YOUR LOCATION:**
4 North#28 upper level two flights of stair's

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW:**
Extreme pain in my hips and back from walking up and down the stair's daily for everything, it's in my medical file's stent in my heart, sciatica in both hips, plate's and screws in my lumbar spine,Degenerate Disc desease

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/30/23 15:40 | RICHARD CLOUSE | Changed Status | From 'Open' to 'Closed' |
| 08/29/23 20:47 | MURRAY COBB | Viewed Staff Response | *CHIEF OF THE JAIL* |
| 08/24/23 19:21 | MURRAY COBB | Viewed Staff Response | *ADD TO LAWSUIT* |
| 08/23/23 21:07 | MURRAY COBB | Viewed Staff Response | |
| 08/23/23 19:34 | MURRAY COBB | Submitted New | Low gallery low bunk permit /Classification |



4N 28

# FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: **Murray Cobb**                    Date: **August 9, 2023**

This letter serves as the official response to the Freedom of Information Act request #26022, received on August 2, 2023, requesting:

**"Copy of all medical records from Northwestern Medline on 7-31-23 in Grayslake a.m. appointment with general medicine / primary care doctor referred to by Wellpath Taryn Weils HAS at the Lake County Jail, Waukegan, IL 60079".**

Below is the response to your request:

**According to Wellpath, "The medical requests Mr. Cobb is requesting haven't been reviewed yet by the onsite doctor. Once reviewed and scanned into the patient's chart I can then send them".**

To the extent any portion of this response is construed as a denial, you have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a).

You can file your Request for Review with the PAC by writing to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62701
Phone: 877-299-3642
E-mail: Public.Access@ilag.gov

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court. 5 ILCS 140/11.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

FriDay
6-2-23

Hello Mr. Malatesta,

I writing you in Regards to this 8th Amendment violation Deliberate Difference case, I've done all the work already for the most part getting all of the evidence together I need a Good Legal mind to litagate the case it have every standard neccassary to file as my last one did "Cobb v Fitch ect. Al 2014 and I had Great success on that one Sir, as I know we will on the car accident case, and this inadaquate medical care case, please look over everything and let me know A.S.A.P. your decission, also please send me back all paper work I have no copies these people here dont play fair so please take my case and make yourself some copie's Look forward to you working my case, Cobb v Lake County Jail Part #2

Waiting on court transcript's of Judge saying No.!!!

Sincerly Murray L. Cobb

PS. I also give you consent to speak to my criminal lawyer Lawrence Wade 224-399-5010

12-4-23

To whom it concerns in my search for legal representation, enchosed is more evidence of my knowinly, willingly, and tentionally putting me through daily pain and suffering for 11 month's staitt, walking up and down 2 flight's of stairs "twice daily for med line" "twice daily for meals," "twice daily for dayroom T.V. news 1st shift and 2nd shift," "once daily for shower time." Knowing I have 2 plates and 4 screws in my lumbar spine, damage to my cervical spine, and sciotica in both hip's, high blood preasure, type 2 diabetic, it's cruel and unusuall punishment by Taryn Weils health service administrator whom also is stopping me from seeing a burn/wound specialist at Loyola burn center in May wood il as referred by 3 seperate doctor's 3 seperate times. Thank you very much

Murray L Cobb

MENTAL AND EMOTIONAL AGGRAVATION

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)

☒ **Grievance**

☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Grievance #: _____

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

**Date:** 9-29-23

**Your Name:** MURRAY Cobb   **"L" Number:** 45127   **Housing Unit / Cell#:** 4 N #28

**"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials:** M.C

**Describe your concern:** (You are limited to the front of this form only)

I'M GRIEVANCING L.T. TIM RIEDY ALONG WITH "DEPUTY CHIEF NICHOLAS T. KALFAS, "CONSPIRITORS" "TO THE KEEPER OF THE JAIL IN TITLE" JOHN D. IDLEBURG OFFICES OF THE SHERIFF OF LAKE COUNTY, ILINOIS IN EARLY SEPT. OF 2023 I MURRAY Cobb WAS PUT ON "UNOFFICIAL TABLET DISCIPLINARY RESTRICTION" WITH OUT A DISIPLINARY TICKET OR JUSTI-FIED REASON IN WRITING OF ANY KIND OF REPORT ONLY BECAUSE HE WAS ASKED TO DO SO BY HIS SUPERIOR DEPUTY CHIEF NICHOLAS T. KALFAS, IN REVENGE FOR HIS GIRLFRIEND LOVER ON THE JOB. HEALTH SERVICE ADMINISTRATOR TARYN WEILS INWHICH I'M VERY PROUD TO SAY I'M REPORTING AND GOING TO STOP THEM BOTH FOR "VIOLATING MY 8TH AMENDMENT RIGHT DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED" THATS WELL DOCUMENTED IN MY MEDICAL FILES IN WHICH I HAD TO TAKE THIS MATTER UP IN COURT ROOM T812 BEFORE JUDGE GEORGE STRICTLAND LEAVING A SERIOUS PAPER TRAIL THAT CANT BE DENIED. MY LAWYER HAS MEDICAL RECORDS COURT TRANSCRIPTS, AND MOST IMPORTANT EMAILS OF ACKNOWLEDGE MENT DIRECTLY FROM DEPUTY CHIEF NICHOLAS T. KALFAS TO MY ATTORNEY AT LAW LAWRENCE WADE.

**Resolution Sought:** (do not leave blank) TARYN OFF OF "UNOFFICIAL TABLET RESTRICTION. STOP BULLYING HIS UNDERLING OFFICER'S MAKING THEM DO HIS UNOFFICIAL CORRUPTION, VIOLATING MY DUE PROCESS RIGHTS". LEGAL LAW LIBRARY IS ON THE TABLET. BOTH SHOULD BE DELT WITH BY THE KEEPER OF THE JAIL. JOHN D. IDLEBURG

**Inmate Signature:** Murray Cobb   **Received by:** Sparks   **Date / Time Received:** 9/10/29

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

OFFICER SParks
M.C

9-29-23
M.C

On the form briefly describ      ircumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

 LakeCounty

4N #28

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: _____ **Murray Cobb** _____     Date: _____ **September 19, 2023** _____

This letter serves as the official response to the Freedom of Information Act request #26263, received on September 6, 2023, requesting:

**"Copies of GTL tablet request #275860411, #275557531, #275858921, #275578631, #276696231, and any responses made to my requests. I need copies of my x-rays that was done at the LCJ for my back and hips, also medical records of Marion hospital Dr. Jeffrey Jones Neurosurgeon".**

Below is the response to your request:

**Please see documents from Wellpath attached. As stated in your extension letter, GTL tablet request #275578631 is a recurrent request made available to you in your previous FOIA 26186 delivered 8/30/23, therefore will not be provided.**

**As for medical records regarding x-rays for your back and hips and from Marion hospital with Dr. Jeffrey Jones Neurosurgeon, is also a recurrent request. Per your FOIA 25857 delivered 7/12/23, Wellpath does not have access to these records due to them not being on file. Again, you will have to obtain those records <u>yourself</u> once you are out of custody.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

 Gmail

Lawrence Wade <wadelawoffice@gmail.com>

## Murray Cobb

**Kalfas, Nicholas T.** ◄━━━━━ *DEPUTY CHIEF OF THE*   Wed, Sep 20, 2023 at 3:34 PM
To: wadelawoffice <wadelawoffice@gmail.com>    *JAIL*

In July of 2023 Inmate Cobb had an offsite doctor's appointment where the doctor he saw made a referral to a specialist. An appoint was made with the specialist the referral was for and before the appointment it was canceled by the specialist. Since the appointment that was cancelled by the specialist Inmate Cobb had another offsite doctor's appointment and a referral was made to a different specialist and an appointment has been scheduled with the new specialist on their first available date later this year. Thanks,

[Quoted text hidden]

---

**2 attachments**

 **image002.png**
2K

 **image004.png**
2K

PROLONGED UNECCASSARRY PAIN AND SUFFERING
SINCE FIRST DENIED FOLLOW-UP REFFERALL IN MARCH
· OF 2023, AND ENDURED INFECTIONS WHILE FIGHTING
TO GET "ADAQUATE MEDICAL CARE!" AND HAVING
MY 8+H AMENDMENT VIOLATED, KNOWINGLY, WILLINGLY,
INTENTIONALLY,

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

| Grievance #: _____ |
| --- |
| OFFICE USE ONLY |
| DO NOT WRITE IN THIS BOX |

Date: 9-23-23

Your Name: MORRAY COBB "L" Number: 45120 Housing Unit / Cell#: 4N 28

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: M C

**Describe your concern:** (You are limited to the front of this form only)

I'M IN GRIEVANCE OF LT. TIM RIGBY BEING DEPUTY CHIEF NICHALAS KALFAS BOOTY KISSER AND PUTTING ME ON UNOFFICAL TABLET RESTRICTION DICIPLINARY "WITH OUT A DICIPLINARY TICKET" ONLY BECAUSE HE WAS ASKED TO DO SO BY HIS SUPERIOR DEPUTY CHIEF NICKALAS KALFAS, IN REVENGE FOR HIS GIRLFRIEND ON THIS JOB (OVER) HEALTH SERVICE ADMINISTRATOR TARYN WELLS, IN WHICH I'M VERY PROUD TO SAY I'M GOING TOO SUE BOTH OF THEM FOR VIOLATING MY 8TH AMENDMENT RIGHTS "DELIBERATE INDIFFERANCE" FAILURE TO ACT ON A SERIOUS MEDICAL NEED. IN WHICH I HAD TO TAKE THIS ISSUE UP IN COURT ROOM 1812 JUDGE GEORGE STRICKLAND LEAVING A SERIOUS PAPER TRAIL THAT YOU CAN'T LIE YOUR WAY OUT OF. MY LAWYER HAS MEDICAL RECORDS, COURT TRANSCRIPTS AND MOST IMPORTANT EMAILS OF ACKNOWLEGEMENT DIRECTLY FROM DEPUTY CHIEF NICKALAS KALFAS TO MY ATTORNEY LAWRENCE WHO'S ROUND #2 OF COOB V FITCH ET, AL. 14 CV 00601

**Resolution Sought:** (do not leave blank) TAKE N OFF OF UNOFFICAL TABLET RESTRICTION, STOP BULLYING YOUR UNDERLING OFFICER'S MAKING THEM DO YOU'LL "CORRUPT" VIOLATION OF MY DUE PROCESS RIGHTS!!!

Inmate Signature: Morray Cobb Received by: Jenatscheck Date / Time Received: 9-25-23
31300 12:46 pm

White – Grievance Coordinator        Yellow – Inmate                Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

11/28/23, 9:25 AM      CorEMR - MURRAY LAMONTE COBB #L45127-011 :: Identification of Special Needs, Interviewer: NP Paull, Caroline (2023-11-2...

# ▣Identification of Special Needs

**Patient ID:** **DOB:**      L45127  11/11/1968      **Interviewer:**      NP Paull, Caroline (11/27/2023 0912)

## MURRAY LAMONTE COBB #L45127-011

| Start Date | | 11/23/2023 |
|---|---|---|
| End Date | | 11/27/2025 |
| Condition/Disability: | ☑ **Physical Limitation: (describe limits)** | Hardware in spine. |
| Treatment/Accommodation/Housing Order: | ☑ **Lower Tier**  ☑ **Lower Bunk** | |
| Reason for above: | Hardware in spine | |
| Name of Medical Provider: | Caroline Paull, APN | |
| Name of Nurse: | Caroline Paull, APN | |
| Who was notified on the Correctional Staff? | pod officer, class officer | |
| How were they notified? | printed this form, copy to be given to pod officer and class officer each | |



**JOHN D. IDLEBURG**
**SHERIFF**

## OFFICE OF THE SHERIFF
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*

# Lake County Adult Correctional Center
# Freedom of Information Request

*RECEIVED*
*NOV 0 8 2023*
26670
BY:
11/15

Date __11-6-23__

Requester Name __MURRAY L. Cobb__    Inmate # __L 45127__

I am requesting the following: __A COPIE OF MY MEDICAL__
__RECORD'S FROM NORTHWESTERN MEDICINE__
__IN GRAYSLAKE ON 11-2-23 TIME__
__8:48 AM, BEING A REFERRAL FOR__
__LOYOLA MEDICAL BURN CENTER /__
__WOUND CARE, MAYWOOD IL,__
__ORIGINAL CARE PROVIDER FOR 2ND__
__DEGREE BURNS AND SKIN GRAFT, IN__
__WHICH NOW I HAVE KELOIDS OVER BURN'S__

*Note: Your request may require a fee. If there is a fee associated with this request, you will be notified that there is a fee. If you do not have the money to pay the fee, you should narrow the scope of your request (you may do this by reducing the number of possible pages in your response. There is no fee waiver available for documents personally related to you.)*

Signature __Murray L. Cobb__

**The Freedom of Information Act allows 5 business days to respond to your request. Mailed responses may require additional days to reach you. Please take into account weekends and holidays. If you leave the facility before receiving your response, it will not be forwarded to you.**

*Lake County Sheriff Office*

**Request #384476651**

Profile Photo:

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 11/07/23 20:38
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: CC:4B:73:D0:D4:EA
Device ID: CC4B73D0D4EA

Audit Photo:
Audit Photo

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 11/09/23 23:59 (1d)

**Details of Request:**

Lower tier move

**Details of Request:**

**Describe the nature of your medical request.:**
Too be moved too a lower tier as referred by the jail doctor on September 25- 2023 please forward too classification I will not ever stop fighting for me and my health and what's Right..... It's a very simple push of a button on your computer too classification I know the doctor ordered It

**I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:**
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/07/23 21:03 | MURRAY COBB | Viewed Staff Response | |
| 11/07/23 20:38 | MURRAY COBB | Submitted New | Lower tier move |

## Request #383792341

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Inmate Info**

Name: MURRAY COBB
Submitted Date: 11/05/23 21:13
Submitted from Location/Room: 4 N,28/4N
Current Location/Room: 4 N,28/4N
Facility: Lake County IL Adult Corrections
MAC ID: D4:12:43:9F:8C:3A
Device ID: D412439F8C3A

**Form Info**

Category: Medical
Form: Request - Health Care Services

**Request Info**

Status: OPEN
Facility Deadline: 11/07/23 23:59 (2d)

**Details of Request:**

Send classification low tier referral by the doc on9-25-23

**Details of Request:**

**Describe the nature of your medical request.:**
For you super crooked butt hole's too stop closing my request with out a response!!!!!! At least be a Adult and tell my BLACK BUTT no something like professional!!!!! I have been asking since Sept 25. 2023 since Sept he doctor made the referral for medical Dept too forward too classification!!!!! But apparently no one working in that Dept is professional enough too do so or just vindictive towards the one the only MURRAY L.Cobb now go tell that too Nick and Tim!!!!!!!!

I understand that medical care will never be refused to any inmate. Those inmates who have insufficient funds or no funds will be seen by the medical staff and a negative balance will be placed on the inmate account. When funds are received, the medical payment will be deducted from my account. I further understand that this medical debt is not eliminated at the time of my release from the Lake County Jail. If I return to the Lake County Jail in the future, with funds on my account, a deduction will be made for past services rendered.:
Agree

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/05/23 21:13 | MURRAY COBB | Submitted New | Send classification low tier referral by the doc on9-25-23 |

4N-28

 LakeCounty

## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: **Murray Cobb**          Date: **November 15, 2023**

This letter serves as the official response to the Freedom of Information Act request #26670, received on November 8, 2023, requesting:

**"A copie of my medical records from Northwestern Medicine in Grayslake on 11-2-23 time 8:48 a.m., Being a referral for Loyola Medical Burn Center / Wound Care, Maywood, IL, original care provider for 2nd degree burns and skin graft. In which now I have keloids over burns".** 2nd

Below is the response to your request:

**Please see attached provided by Wellpath.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150

 **Northwestern Medicine®**

# Referral

NM Family Medicine
1475 E BELVIDERE RD
PAVILION C SUITE 385
GRAYSLAKE IL 60030-2084
Phone: 847-535-7157
Fax: 312-694-0655

**Patient:**

Murray Cobb
2403 Hored ave
Zion IL 60099
Phone: 224-419-0567

MRN: 009764610
DOB: 11/11/1968
Sex: M
PCP: York, Jack

**Responsible Party / Guarantor Information:**

COBB,MURRAY
2403 Hored ave
Zion IL 60099
Phone: 224-419-0567

Relationship to Pt: Self
Employer Name:

**Order Date:** Nov 2, 2023 8:48 AM

**WOUND CARE REFERRAL (EXTERNAL)** (Order ID: 1735439099)  **Procedure ID:** REF469

**Diagnosis:** Keloid scar due to burn (L91.0)
**Reason for Referral?** Consult and Treat  **Referred by:** Patel, Jay B., DO

**Referral to Specialty:** Wound Care

**Visits Requested:** 10  **Referral Expiration Date:** 11/1/2024  **Expected by:** 11/2/2023

Comments:Seen at Loyola originally for care
Please have patient seen at loyola medical center burn center/wound care
Scheduling Instructions: This is a referral order, not an insurance referral or prior-authorization nor a guarantee of coverage. Your insurance carrier may require an authorization prior to seeking services. Your referring provider may be required to submit an authorization request before services are rendered. If a service is not listed on the referral order and requires an authorization it will not be covered.

Please have patient seen at loyola medical center burn center/wound care
*Reason for Referral? Please have patient seen at loyola medical center burn center/wound care*

**Electronically signed by:**

*[signature]*

Patel, Jay B., DO   (NPI: 1255912507)
Authorizing Physician: Patel, Jay B., DO
Ordering User: Patel, Jay B., DO

*2ND REFERRAL FROM
NORTHWESTERN MEDICINE
2 SEPARATE DR.S*





## FREEDOM OF INFORMATION ACT
## GRANT OF REQUEST

Dear: ____**Murray Cobb**____          Date: ____**December 4, 2023**____

This letter serves as the official response to the Freedom of Information Act request #26768, received on November 28, 2023, requesting:

**"I would like a copy of my lower tier medical order that was made on 11-27-23 from LCJ Medical Department".**

Below is the response to your request:

**Please see the attached provided by Wellpath.**

Please let me know if you need anything further.

Sonia Mata, Executive Assistant
Lake County Sheriff's Adult Corrections
smata@lakecountyil.gov
29 S Martin Luther King Jr Ave
Waukegan, IL 60085
847 377-4150



**image006.png**
1K

**image007.jpg**
1K

**image001.png**
8K

**image006.png**
1K

**image007.jpg**
1K

---

**Kalfas, Nicholas T.** <NKalfas@lakecountyil.gov>                          Wed, Sep 20, 2023 at 2:34 PM
To: wadelawoffice <wadelawoffice@gmail.com>

In July of 2023 Inmate Cobb had an offsite doctor's appointment where the doctor he saw made a referral to a specialist. An appoint was made with the specialist the referral was for and before the appointment it was canceled by the specialist. Since the appointment that was cancelled by the specialist Inmate Cobb had another offsite doctor's appointment and a referral was made to a different specialist and an appointment has been scheduled with the new specialist on their first available date later this year. Thanks,

[Quoted text hidden]

**2 attachments**



**image002.png**
2K



**image004.png**
2K

---

**Lawrence Wade** <wadelawoffice@gmail.com>                          Fri, Dec 15, 2023 at 2:37 PM
To: "Kalfas, Nicholas T." <NKalfas@lakecountyil.gov>

Good afternoon,
I am writing to you again in regards to Murray Cobb. Mr. Cobb was seen again by a doctor who referred him to see a specialist. Mr. Cobb unfortunately has not been seen by a specialist in regards to his wounds despite multiple referrals by the Doctors which your staff has taken him to see. Mr. Cobb has a doctor's appointment with a specialist set for December 27, 2023, at 9:45am with a Dr. Portalatin at 2160 S. 1st Ave., Maywood IL , 60153 (708) 216-4444. I have informed Judge Strickland of the efforts which Mr. Cobb has taken to try and be seen by the specialist for a few months now. The Judge asked that I reach out to you again to make sure that the jail can accommodate Mr. Cobb. Please let me know if there is any other information which you may need from me to make sure Mr. Cobb can be seen by this specialist. Thank you for your time.

Lawrence Wade
224 399-5010
[Quoted text hidden]

---

**Kalfas, Nicholas T.** <NKalfas@lakecountyil.gov>
To: wadelawoffice <wadelawoffice@gmail.com>

Fri, Dec 15, 2023 at 2:49 PM

This has been forwarded to our medical staff.  Thanks,



Sheriff's Office

Nicholas Kalfas CCE | CCHP | Deputy Chief

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Sheriff's Office

Nicholas Kalfas CCHP| Deputy Chief

Lake County Sheriff's Office

Adult Correctional Division

SPSC 334

29 S. Martin Luther King Jr Ave.

Waukegan, IL 60085

Direct: 847.377.4135 | Fax: 847.360.5790

nkalfas@lakecountyil.gov

www.lakecountyil.gov/sheriff

@LakeCoILSheriff

@LakeCoILSheriff

[Quoted text hidden]

**2 attachments**


**image002.png**
2K


**image004.png**
2K

**Kalfas, Nicholas T.** <NKalfas@lakecountyil.gov>                    Mon, Dec 18, 2023 at 11:31 AM
To: wadelawoffice <wadelawoffice@gmail.com>

Please see he response from our medical provider.  Thanks,



Sheriff's Office

Nicholas Kalfas CCE | CCHP | Deputy Chief

Lake County Sheriff's Office

Adult Correctional Division

SPSC 334

29 S. Martin Luther King Jr Ave.

Waukegan, IL 60085

Direct: 847.377.4135 | Fax: 847.360.5790

nkalfas@lakecountyil.gov

www.lakecountyil.gov/sheriff

  @LakeCoILSheriff

  @LakeCoILSheriff

**From:** Taryn Weiler <TWeiler@Wellpath.us>
**Sent:** Monday, December 18, 2023 8:39 AM
**To:** Kalfas, Nicholas T. <NKalfas@lakecountyil.gov>
**Subject:** Re: Murray Cobb

---

### WARNING - EXTERNAL EMAIL

If unknown sender, do not click links/attachments. Never give out your user ID or password.

---

Good morning,

Mr. Cobb has a pending referral back to Loyola Burn Center.  If approved, medical will arrange for an appointment.

Thank you,

Taryn Weiler BSN RN CCHP

*Health Services Administrator*

Lake County Adult Correctional Facility | Hulse Juvenile Detention Center

29 S. Martin Luther King Jr. Avenue Waukegan, IL 60085

Office: 847-377-4407 | Cell: 847-212-3570 | Fax: 847-599-9541

# wellpath

**From:** Kalfas, Nicholas T. <NKalfas@lakecountyil.gov>
**Sent:** Friday, December 15, 2023 2:48:29 PM
**To:** Taryn Weiler
**Subject:** [EXT] FW: Murray Cobb

> **CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us**

Please see below and let me know.  Thanks,



Sheriff's Office

Nicholas Kalfas CCE | CCHP | Deputy Chief

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Sheriff's Office

Nicholas Kalfas CCHP| Deputy Chief

Lake County Sheriff's Office

Adult Correctional Division

SPSC 334

29 S. Martin Luther King Jr Ave.

Waukegan, IL 60085

Direct: 847.377.4135 | Fax: 847.360.5790

nkalfas@lakecountyil.gov

www.lakecountyil.gov/sheriff

@LakeCoILSheriff

@LakeCoILSheriff

[Quoted text hidden]

---

**2 attachments**



**image001.png**
2K



**image003.png**
2K



# AFTER VISIT SUMMARY

**Murray Cobb**  MRN: 3786417        📅 12/28/2023 11:15 AM  📍 Loyola University Medical Center 708-216-4444

## Instructions  from Paula Petersen, APN

Here is a list of good lotions or creams for use on healed burns, skin grafts and donor sites. Apply 2-3 times a day to keep skin soft and moist. Any of these can be purchased, without a prescription, at your local pharmacy.

**Vaseline Intensive Care Lotion**
**Cocoa Butter**
**Eucerin**
**Lubriderm**
**Neutrogena**
**Dermaid**
**Cetaphil Lotion**
**Nivea**
**Curel**
**Vaseline Petroleum Jelly**
**Vitamin E in <u>lotion or cream</u>**
**Lotions/Creams free of perfumes & dye**

Lotions should be applied prior to putting on your jobst garment.

## Today's Visit



You saw Paula Petersen, APN on Thursday December 28, 2023. The following issues were addressed:

- History of skin graft
- Burn of second degree of chest wall, initial encounter
- Burn of left upper extremity, second degree, initial encounter
- Burn

 Blood Pressure
**133/90**

 Temperature (Temporal)
**97.2 °F**

 Pulse
**61**

 Respiration
**16**

 Oxygen Saturation
**95%**

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

No Known Allergies

Thank you for selecting Loyola University Health System as your healthcare provider. Here is your After Visit Summary which contains information related to your appointment with us today.

## Resource Information

**Suicide Prevention-Information:**
Help for anyone with thoughts of suicide or harming themselves.
Suicide Prevention Lifeline http://www.suicidepreventionlifeline.org
24 Hour National Suicide Hotline:

# ⚜ wellpath
To hope and healing.

## Offsite Services Referral Request

| | | |
|---|---|---|
| Patient Number: | L45127 | Appointment Date: 12/28/2023 11:00:00 AM |

| | | | |
|---|---|---|---|
| Site: Lake County Sheriff's Office Adult Correctional Division, IL | | | |
| Location: Lake County Sheriff's Office A | Inmate Type: | ☒None ☐State ☐Interstate Compact ☐Federal ☐ICE/INS ☐SMCP ☐USMS | |
| Patient Name: MURRAY | (Middle) | | (Last) COBB |
| Birth date: 11/11/1968 | Social Security # 335625031 | | |
| Booking #: L45127-011 | ☐ Interpreter Needed | Interpreter Type: | |
| ☐ Is Juvenile ☐ Is Infirmary Housed | | | Gender: ⊗ Male ○ Female ○ Transgender |
| Admission Date: 1/2/2023 | Provider Signature: | | |

Requesting Provider: Paull, Caroline Nurse Practitioner

| | | | |
|---|---|---|---|
| ☐ Workers Comp | ☐ Confirmed due to Inmate Violence | ☐ Suspected due to Inmate Violence | ☐ Pre-Existing |
| ☐ Inpatient Stay | ☐ Prebooking Event | ☐ Pre-Sentenced | ☐ Sentenced |

**Treatment Type:** OFFICE VISITS

**Specialty Type:** Burn Center

**Consulting Provider:** Loyola Medicine

**Place of Service:** 2160 S First Ave Maywood, IL 60153

**Appointment Priority:** Urgent (within 14 days)

**Diagnosis:**
T30.0:Burn of unspecified body region; unspecified degree:True,E78.5:Hyperlipidemia; unspecified:True,I10:Essential (primary) hypertension:True,E11.9:Type 2 diabetes mellitus without complications:True

**Previous Treatment and Response (Include Meds):**
Patient seen at Northwestern Medicine Burn Clinic and was referred back to Loyola Medical Burn Center

**History of Illness / Injury with date of Onset:**
54 Y/O M with h/o T2DM, HTN and HLD being referred for F/U visit as instructed by burn center MD at recent visit on 07/31/23. Pt was seen that visit for left forearm burn S/P allograft complicated by keloids and started on gabapentin 300 mg BID with recommendation to F/U with PCP and burn center in 1 month. Patient was seen by Dr. Jay Patel on 11/2/23 and recommended to follow up with Loyola Medical Center Burn

**Results of complaint directed physical exam with findings:**
Pt was seen that visit for left forearm burn S/P allograft complicated by keloids and started on gabapentin 300 mg BID with recommendation to F/U with PCP and burn center in 1 month. Patient was seen by Dr. Jay Patel on 11/2/23 and recommended to follow up with Loyola Medical Center Burn Center/Wound care.

**Authorized Services:**
Evaluate and treat.

**Current functional ability / ADLs:**
WNL

**Other:**
Loyola Medical Burn Center

CCS-HE04

Revised 6/2020

# ⧉ wellpath
To hope and healing.

**Consult Sheet**

| | |
|---|---|
| Appointment Date: | 12/28/2023 |
| Patient Name: | MURRAY COBB |
| Patient #: | L45127 |
| Social Security #: | 335625031 |
| Date of Birth: | 11/11/1968 |
| Gender: | M |
| Interpreter Needed: | ☐ |

| | |
|---|---|
| Appointment Time: | 11:00 AM |
| Authorization #: | 30481229 |
| Site: | Lake County Sheriff's Office Adult Correctional Di |
| Patient Type: | None |
| Alerts: | |
| Booking #: | |
| Interpreter Type: | |

## Consulting Physician's Report

**Significant Findings, Including Tests Done:**

Healed skin graft with keloid scarring to Left upper chest

**Diagnosis:** Keloid Scar to left chest L91.0

**Orders / Recommendations:** Gabapentin 300mg TID PO for nerve pain. Laser Tx for keloid scar to chest for itching and pain. Cont Hydrazine for itching 50mg qhrs.

To Be Scheduled

**Physician Signature:** _____ **Date:** 12/28/2023

Please include copy of Treatment Sheet upon release.

*Place completed form along with all other documentation in a _sealed envelope_ and send back with the Officer.*

**PATIENTS PLAN ESCAPES!** DO NOT inform Patients of the date/time of revisits or impending hospitalizations.

CCS-HE01 ERMA                    Revised 04/21/2020



**wellpath**
To hope and healing.

## CONTACT INFORMATION

**Patient Name:** MURRAY  COBB

**Date of Birth:** 11/11/1968

**Appt. Date:** 12/28/2023

**Appt. Time:** 11:00 AM

**Referring Facility:** Lake County Sheriff's Office A

**Requesting Provider:** Paull, Caroline Nurse Practitioner

**Site Contact:** SPSC 334

**Phone Number:** 847-377-4135

## PATIENT ID CARDS

### Medical Primary  (Front)

**Carrier:** HCS Correctional Management

**Insured Name:** MURRAY  COBB

**Eff Date:** 1/2/2023

**ID#:** L45127          **Group #:** 790377

**Authorization #:** 30481229

**Address:** HCS Correctional Management PO Box 111890
Nashville, TN 37222

**EDI:** 62111

Wellpath will not reimburse any provider for any service performed without prior written approval by an authorized representative of Wellpath confirming such service is medically necessary. If you believe additional services are required or if the service(s) to be provided differs from those requested, please notify us immediately. NOTHING HEREIN SHALL, OR BE CONSTRUED TO, GUARANTEE PAYMENT.

For HCS Correctional Management Claim status please visit
www.managebenefits.com

For all other inquiries, contact Wellpath Claims Customer Service at
**844-628-8681 or**
WellpathClaimsCustomerService@wellpath.us

### Dental (Front)

**Carrier:** HCS Correctional Management

**Insured Name:** MURRAY  COBB

**Eff Date:** 1/2/2023

**ID#:** L45127          **Group #:** 790377

**Authorization #:** 30481229

**Address:** HCS Correctional Management PO Box 111890
Nashville, TN 37222

**EDI:** 62111

Wellpath will not reimburse any provider for any service performed without prior written approval by an authorized representative of Wellpath confirming such service is medically necessary. If you believe additional services are required or if the service(s) to be provided differs from those requested, please notify us immediately. NOTHING HEREIN SHALL, OR BE CONSTRUED TO, GUARANTEE PAYMENT.

For HCS Correctional Management Claim status please visit
www.managebenefits.com

For all other inquiries, contact Wellpath Claims Customer Service at
**844-628-8681 or**
WellpathClaimsCustomerService@wellpath.us

## PROVIDER INFORMATION

**Treating Provider:** Loyola Medicine

**Address:** 2160 S First Ave

**Phone Number:** 708.216.4444

**City, State, Zip:** Maywood, IL , 60153

**Authorized Service:**
Evaluate and treat.

DO NOT BALANCE BILL PATIENTS - PATIENTS ARE NOT RESPONSIBLE FOR PAYMENT FOR ANY SERVICES RENDERED

Any question regarding the referral or authorized services should be addressed by the Referring Facility.

Patients that have injuries covered by worker's compensation or automobile insurance, please verify patient insurance and obtain necessary prior authorization. Questions concerning claims please contact Wellpath Customer Service at 844-628-8681 or WellpathClaimsCustomerService@wellpath.us

# MURRAY LAMONTE COBB

## #L45127-011

Chronic Care, Withdrawal History, Mental Health Patient, Mental Health-Special Needs

Sex: Male
Aliases: CIMIS04382
DOB: 11/11/1968 (Age 55)
Height: 5ft 11in
Weight: 200 lbs
BMI: 34.6
SSN: 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
Agency: County
Location: 4 N : 19 : 1
Patient ID: L45127
Allergies:
NKMA

Medication
Medications
# Medication

| Medication | Start Date | End Date | Clinician | Status | Dist |
|---|---|---|---|---|---|
| ALBUTEROLHFA<br>1 AER By Inhalation QD PRN PRN<br>NDC: 00781729685 | 12/25/2023 | 03/23/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1308<br>Blister Pack | PRN |
| | 09/26/2023 | 12/24/2023<br>(EXPIRING<br>SOON) | NP Caroline Paull | ✔Approved<br>12/13/2023 1309<br>Blister Pack | PRN |
| AMLODIPINE BESYLATE10MG<br>1 TAB By Mouth QD<br>NDC: 67877019905 | 01/06/2024 | 04/04/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1308<br>Blister Pack | Sched |
| | 10/08/2023 | 01/05/2024 | MD Nicholas Papanos | O Pending<br>Blister Pack | Sched |
| ASPIRIN81MG<br>1 CHW By Mouth QD<br>NDC: 51824005736 | 01/24/2024 | 04/21/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1308<br>Blister Pack | Sched |
| | 10/27/2023 | 01/23/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1309<br>Blister Pack | Sched |
| ATORVASTATIN CALCIUM80 MG<br>1 TAB By Mouth QHS<br>NDC: 72205002599 | 12/25/2023 | 03/23/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1308<br>Blister Pack | Sched |
| | 09/26/2023 | 12/24/2023<br>(EXPIRING<br>SOON) | NP Caroline Paull | ✔Approved<br>12/13/2023 1309<br>Blister Pack | Sched |
| GABAPENTIN300MG<br>1 CAP By Mouth BID<br>NDC: 00071080524 | 12/14/2023 | 03/15/2024 | NP Caroline Paull | ✔Approved<br>12/14/2023 1411<br>Blister Pack | Sched |
| HYDROXYZINE HCL50MG<br>1 TAB By Mouth BID ; 75mg total<br>NDC: 23155050210 | 11/19/2023 | 02/15/2024 | Psych Alan R Hirsch | O Pending<br>Blister Pack | Sched |
| HYDROXYZINE HCL25MG<br>1 TAB By Mouth BID<br>NDC: 00093506110 | 11/06/2023 | 02/03/2024 | PsychNP Brianna Wicinski | ✔Approved<br>11/10/2023 0858<br>Blister Pack | Sched |
| LISINOPRIL2.5MG<br>1 TAB By Mouth QD<br>NDC: 68180051202 | 11/19/2023 | 02/16/2024 | MD Nicholas Papanos | O Pending<br>Blister Pack | Sched |
| MELOXICAM15MG<br>1 TAB By Mouth QHS<br>NDC: 69097015912 | 12/13/2023 | 01/11/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1307<br>Blister Pack | Sched |
| METFORMIN HCL1000MG<br>1 TAB By Mouth BID<br>NDC: 70010006505 | 12/06/2023 | 03/04/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1308<br>Blister Pack | Sched |
| METOPROLOL TARTRATE25MG<br>1 TAB By Mouth BID<br>NDC: 52817036000 | 01/24/2024 | 04/21/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1308<br>Blister Pack | Sched |
| | 10/27/2023 | 01/23/2024 | NP Caroline Paull | ✔Approved<br>12/13/2023 1309<br>Blister Pack | Sched |
| PAROXETINE HCL10MG<br>1 TAB By Mouth QHS<br>NDC: 68382009710 | 11/13/2023 | 02/10/2024 | PsychNP Brianna Wicinski | ✔Approved<br>11/13/2023 1028<br>Blister Pack | Sched |

Resource Information (continued)

Dial **9-8-8** or call **1-800-273-TALK** (1-800-273-8255)

## myLoyola

MyLoyola is Loyola Medicine's free online patient portal that enables you to securely manage and receive your health information online.

To create your myLoyola account, visit **loyolamedicine.org/myLoyola** and click the *Sign Up Now* button.

Your activation code is XS7NS-8TQ69
Expires: 2/11/2024 10:32 AM.

With your myLoyola account you will be able to:

- Schedule and manage your appointments online
- eCheck-in before your next scheduled appointment

With myLoyola, you can also self-schedule your next appointment on-the-go without having to log into your patient portal by visiting loyolamedicine.org/schedulenow

Activate your myLoyola account today!



# Your Medication List as of December 28, 2023 11:57 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaminophen** 325 MG tablet<br>Commonly known as: TYLENOL | Take 2 Tablets by mouth every 6 hours. |
| **amLODIPine** 10 MG tablet<br>Commonly known as: NORVASC | Take 1 Tablet by mouth daily. |
| **aspirin** 81 MG chewable tablet | Take 1 Tablet by mouth daily. take with food |
| **atorvastatin** 80 MG tablet<br>Commonly known as: LIPITOR | Take 1 Tablet by mouth daily. |
| **gabapentin** 300 MG capsule<br>Commonly known as: NEURONTIN | Take 1 Capsule by mouth 3 times daily.<br>**According to our records, you may have been taking this medication differently.** |
| **metFORMIN** 500 MG tablet<br>Commonly known as: GLUCOPHAGE | |
| **metoprolol tartrate** 25 MG IMMED REL TAB<br>Commonly known as: LOPRESSOR | Take 1 Tablet by mouth 2 times daily. |
| **nicotine** 7 MG/24HR<br>Commonly known as: NICODERM CQ | Apply 1 Patch topically. |
| **oxyCODONE** 5 MG immediate release tablet<br>Commonly known as: ROXICODONE | Take 1 Tablet by mouth every 6 hours as needed for pain. |
| **traMADoL** 50 MG tablet<br>Commonly known as: ULTRAM | TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN |

```
STATE OF ILLINOIS    )
                     )
COUNTY OF L A K E    )


    IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
                LAKE COUNTY, ILLINOIS



THE PEOPLE OF THE STATE OF        )
ILLINOIS,                         )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )   No. 21 CF 1777
                                  )       23 CF 3
MURRAY COBB,                      )
                                  )
        Defendant.                )
```

REPORT OF PROCEEDINGS before the

HONORABLE MARK L. LEVITT, Judge of the Circuit Court of

Lake County, Illinois, commencing on January  24, 2024.


APPEARANCES:


        MR. RUSSELL CASKEY
            ASSISTANT STATE'S ATTORNEY
            for the People;


        MR. LAWRENCE WADE
            for the Defendant.

Laura L. Czarnecki, CSR No. 084-003915
Official Court Reporter

```
 1              MR. CASKEY:  Judge, this is 21 CF 1777 and

 2     23 CF 3, People versus Murray Cobb.

 3              Defendant is present.  He is in the

 4     custody of the Lake County Sheriff represented by his

 5     attorney, Mr. Lawrence Wade.

 6              People by Russell Caskey.

 7              Your Honor, the matter comes before the

 8     Court for case management this morning.  We are on your

 9     February 13th trial call.

10              Judge, I know -- as the other matters we

11     have had with Mr. Wade this week and the tail end of

12     last week, I think the parties would like to put it on

13     the 31st.

14              I apologize to Madam Clerk.

15          MR. WADE:  Judge, if we could -- if I could

16     have a moment.

17                  (Discussion off the record.)

18          MR. WADE:  Judge, if we could continue this

19     off of the February trial call.

20          THE COURT:  Motion defendant, April 15th for

21     trial.

22          MR. WADE:  Thank you very much, Judge.

23          THE COURT:  And then what day do you want for

24     case management?
```

2

1         MR. WADE:  Judge, if we could come back that

2  last week in February?

3         THE COURT:  Sure.

4         MR. WADE:  The 28th, Your Honor?

5         THE COURT:  Sure.  2-28, motion defendant.

6         All right.  Sir, I'll see you in a couple

7  weeks.

8         MR. WADE:  And, Judge, just so the Court is

9  aware -- I know that this has been an ongoing issue.

10  We've brought it up to Judge Strickland.  It's not a

11  problem at this time, but just so the Court is aware

12  Mr. Cobb, before taken into custody, suffered

13  significant burns all over -- I believe about

14  30 percent of his body.  There are several treatments

15  that he has to go through.

16         The jail has worked with us before, at

17  their own pace, albeit.  But I know that he's in

18  McHenry County now.  He's got a recommendation that

19  he's got to go back for a particular surgery to

20  alleviate some pain and some keloid skin.  If there's

21  any issues, we'll just motion it back up.

22         THE COURT:  Thank you.

23         All right.  Sir, your lawyer knows how to

24  bring that in front of me if there's an issue, but

3

```
1    hopefully they're going to take care of what your
2    medical needs are.  Okay?  They're required to do that
3    by law.
4              THE DEFENDANT:  Yeah.
5              THE COURT:  All right.  I'll see you soon.
6              THE DEFENDANT:  Thank you, Judge.
7         MR. WADE:  Thank you, Judge.
8                   (Which were all the proceedings
9                   had in the aforementioned cause.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

4

```
 1        IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT

 2                   LAKE COUNTY, ILLINOIS

 3

 4        I, Laura L. Czarnecki, CSR# 084-003915, an

 5   Official Court Reporter for the 19th Judicial Circuit

 6   of Illinois, reported in machine shorthand the

 7   proceedings had on the report of proceedings in the

 8   above-entitled cause and transcribed the same by

 9   computer-aided transcription, which I hereby certify to

10   be a true and accurate transcript of the proceedings

11   had before The Honorable MARK L. LEVITT.

12

13

14            Laura Czarnecki
                Official Court Reporter

15

16

17

18   Dated this 9th day

19   of April, 2024.

20

21

22

23

24

                                                    5
```

COBB, MURRAY

11/11/1968

TRANSFERED TO: MCHENRY COUNTY JAIL
FROM LAKE COUNTY JAIL

## ❖ **wellpath**
To hope and healing.

## Confidential Transfer of Medical Information

| Name: Cobb Murray | ID#: L 45127 | DOB: 11/11/1968 |
|---|---|---|
| Date/Time: 01/08/24 08:00 | Allergies: NKMA | Gender: M |

Facility: Lake County Adult Correctional Facility   Phone #: 847-377-4079   Fax #: 847-599-9541

☐ Needs immediate attention   ☒ No Medical Treatment given prior to Transfer

Medical/Dental/Mental Health Problems: (include past hospitalizations and/or surgical procedures)

Please see attached documents.

Current Medications: (include dosage, route, start/stop date)

Please see attached documents.

Current Treatments: (Include start/stop date)

Please see attached documents.

Is patient pregnant?   ☐ Yes   ☒ No   ☐ Unknown

TB Skin Test:   ⓝ NEG   POS   Date: Attached.

Chest X-Ray:   NEG   POS   Date: _____

RPR/VDRL:   NEG   POS   Date: _____   Treated?   ☐ Yes  ☐ No

Gonorrhea/Chlamydia:  NEG   POS   Date: _____   Treated?   ☐ Yes  ☐ No

List Immunizations given (include date given):

Attached

Pending Appointments (include provider name, location, contact information, and date/time of appointment)

Attached.

Transport Instructions: _____

Attachments:   ☒ Yes   ☐ No   ☐ Universal Body Substance Precautions

QHP Signature: _____   Date/Time: 01/08/24 06:00

QHP Printed Name/Title: Jayne Brender RN

**NOTE:** For a copy of the complete record, please submit a HIPAA compliant Release of Information form to the sending facility.

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

McHenry County Jail, IL
**McHenry County**
2200 N Seminary Ave
Woodstock , IL60098

**COVID-19 Test**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MURRAY L COBB | 150495 | 150495-001 | 11/11/1968 | 1/8/2024 |

Date:      1/8/2024                    ☐ Refused (Complete Refusal of Clinical Services Form)

Reason for test: *Intake Testing*

   *If COVID-19 signs/symptoms also complete Rapid flu test*

Type of Test:         ◉ Antigen/Molecular  ○ Antibody/Serology

                        ○ IgG  ○ IgM  ○ Total

NOTE: The intended use of the rapid antigen tests is for qualitative detection of SARS-CoV-2 nucleocapsid antigens from individuals who are suspected of COVID-19 by their healthcare provider within the first five (5) days of the onset of symptoms. This test is not effective if symptoms have persisted for longer than 5 days.

---

**Test Result:**

---

Test used (manufacturer):         ○ BD Veritor ◉ Abbott BinaxNOW ○ Quidel ○ Other

 Test lot number -                              Expiration date: -

◉ *Negative* ○ *Positive*

* If test negative and positive Signs/Symptoms, known exposure, or healthcare worker follow up with verification via PCR test

* If test positive enter ICD code U07.1 COVID-19 virus identified; Provider to confirm diagnosis when result reviewed and signed off. (*Input CCE for positive cases. Update CCE when recovered or released.)

Person Performing Test Printed Name         *melissa*
Medical Provider Printed Name               *than*

| Form Folder and Number:<br>Communicable Disease CD24.1 | Form Owner:<br>Karina Purcell | Accreditation: | Active / Last Revision Date:<br>November 30, 2021 |
|---|---|---|---|

2/27/24, 12:32 AM                                        Keefe Communications

**View Conversation**

| **Resident:** | **Location:** | **Subject:** | **Topic:** |
|---|---|---|---|
| MURRAY COBB (150495) | 3-1-111 | permitts | Medical Kite |

| **Assigned:** | **Flag:** | **Ref #:** | **Status:** |
|---|---|---|---|
| | | 18023211 | Replied |

**MURRAY COBB** (150495) - 2/26/2024 6:26 PM CT

i need copies of all my medical permitts/ low tier/double matress/chair/shoes......all for court litigation going on in lake county...thank you very much i also submitted foia

**NURSE Melinda** - 2/27/2024 12:17 AM CT

request will be sent to Medical Record staff

RECEIVED
2/27/24

02/27/24 COMPLETED REQUEST
PROVIDED FULL SET OF MEDICAL RECORDS.

McHenry County Jail, IL
McHenry County
2200 N Seminary Ave
Woodstock , IL60098

**Chronic Care Follow-Up: Multiple**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MURRAY L COBB | 150495 | 150495-001 | 11/11/1968 | 2/14/2024 |

Onset of Disease: *many years*

Age at Onset: *not sure*

Type: ○ *1* ● *2* ○ *GDM*

Current treatment: ☑ *Diet* ☐ *Oral Anti-hyperglycemic* ☐ *Insulin*

☑ *ACE* ☑ *Statin* ☐ *Adherent to Medication* ☐ *Adherent to Diet*

Date of last Urinalysis and results (if known)  ☑ *Unknown*

Date of last Dilated Fundus Examination and results (if known)  ☑ *Unknown*

Frequency of finger-stick glucose: *once weekly*

Range of results: *130*

HbA1C: *7.5*

List the number of hypoglycemic reactions in the past 3 months:
*0*

Dates: *unknown*

Current Complaints: ☐ *Headaches* ☐ *Dizziness* ☐ *Dyspnea* ☐ *Epistaxis*

☐ *Palpitations* ☐ *Chest Pain* ☐ *Blurred Vision* ☐ *Nocturia*

☐ *Hematuria* ☐ *Polyuria* ☐ *Claudication* ☐ *Polydipsia*

☐ *Muscle Weakness* ☐ *Weight Gain/Loss* _____ *# since* _____

☑ *Peripheral Neuropathy (describe)*
*bilateral foot*

**Medical History: (Check all that apply)**

☐ *Peripheral Neuropathy* ☑ *Neuropathy* ☐ *Cardiovascular Disease* ☐ *Nephropathy*

☐ *Retinopathy* ☐ *Peripheral Vascular Disease* ☐ *Drug/Alcohol Abuse* ☐ *Smoking*

☐ *Frequent Infections* ☐ *Vision Difficulties/Known Retinopathy* ☐ *Kidney Trouble* ☐ *Dialysis*

☐ *Other:*

**Current History:**

Any change in the foot or feet since the last evaluation?  ○ *Yes* ● *No*

If yes, describe:

Current ulcer or history of foot ulcer?  ○ *Yes* ● *No*

If yes, describe:

PERSONAL
SHOE PERMITT

**Foot Exam:**

Pedal Pulses

McHenry County Jail, IL
**McHenry County**
2200 N Seminary Ave
Woodstock , IL60098

**Chronic Care Follow-Up: Multiple**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MURRAY L COBB | 150495 | 150495-001 | 11/11/1968 | 2/14/2024 |

*unknown*

Nighttime awakenings: _____ per _____

*0*

How often are you using your quick-acting relief medication for SOB/chest tightness?

_____ per _____

Aggravating Factors/Triggers:

☑ *Seasonal Changes* ☐ *Pollen* ☐ *Dust* ☐ *Smog*

☐ *Cigarette Smoke* ☐ *Exercise* ☐ *Pets* ☐ *Other:*

Are you a smoker? ◉ Yes ○ No

Packs per day?

*1*

How many years?

*35*

Prior asthma hospitalization? ○ Yes ◉ No

Endotracheal intubation required? ○ Yes ◉ No

Typical Peak Flow

☑ *Typical peak flow unknown*

Date of last spirometry

☑ *Date of last spirometry unknown*

Chronic Cough? ○ Yes ◉ No

Productive Cough? ○ Yes ◉ No

Adherent to medications? ◉ Yes ○ No

If no, reasoning:

Limitations in normal activity? ○ Yes ◉ No

If yes, which activities:

Steroids used to treat? ○ Yes ◉ No ○ Unknown

If yes, Name/Dose/When:

---

☑ **DIABETES** ☐ **N/A**

**Review chart for other medical problems**

Onset of Disease: *many years*

McHenry County Jail, IL
McHenry County
2200 N Seminary Ave
Woodstock , IL 60098

**Medical Treatment Order for Patient Housing**
(Identification of Special Needs)

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MURRAY L COBB | 150495 | 150495-001 | 11/11/1968 | 2/14/2024 |

Start Date: 2/14/2024          End Date: 5/14/2024

*This form is used to notify custody of patients special needs and accommodations.

## Condition/Disability:

☑ Housing: Bottom Bunk ☑ Housing: Bottom Level

Physical Limitation: (describe limits)

Other:

## Treatment/Accommodation/Housing Order:

☐ ** No Items Selected **

Other:

Pt approved for personal shoes x90 days.

## Alert:

☐ Patient identified has exhibited characteristics of being a potential target for victimization

☐ Patient identified has exhibited characteristics of predatory behavior

Reason for above:

Per MD Than

| | |
|---|---|
| Name of Medical Provider: | MD Than |
| Name of Nurse: | Daniel RN |
| Who was notified on the Correctional Staff? | Sgt. Class |
| How were they notified? | Email |

| Form Folder and Number: Clinic Form CF11.1 | Form Owner: Karina Purcell | Accreditation: ADA | Active / Last Revision Date: October 6, 2020 |
|---|---|---|---|

McHenry County Jail, IL
**McHenry County**
**2200 N Seminary Ave**
**Woodstock , IL 60098**

### Medical Treatment Order for Patient Housing
(Identification of Special Needs)



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| MURRAY L COBB | 150495 | 150495-001 | 11/11/1968 | 1/8/2024 |

| Start Date: | *1/8/2024* | End Date: | *4/8/2024* |
|---|---|---|---|

*This form is used to notify custody of patients special needs and accommodations.

### Condition/Disability:

☑ *Housing: Bottom Bunk* ☑ *Housing: Bottom Level*

Physical Limitation: (describe limits)

Other:
*OK FOR DOUBLE MATTRESS D/T CHRONIC BACK PAIN, HIGH BMI*

### Treatment/Accommodation/Housing Order:

☐ *** No Items Selected ***

Other:

### Alert:

☐ *Patient identified has exhibited characteristics of being a potential target for victimization*

☐ *Patient identified has exhibited characteristics of predatory behavior*

**Reason for above:**
***PER MEDICAL***

| Name of Medical Provider: | *THAN* |
|---|---|
| Name of Nurse: | *MH* |
| Who was notified on the Correctional Staff? | |
| How were they notified? | *EMAIL* |

| Form Folder and Number: Clinic Form CF11.1 | Form Owner: Karina Purcell | Accreditation: ADA | Active / Last Revision Date: October 6, 2020 |
|---|---|---|---|

E-Signed by Melissa Brykowski, LPN/LVN  on 01/08/2024 09:25 PM CST

DOUBLE SIDED

McHenry County Jail, IL
**McHenry County**
2200 N Seminary Ave
Woodstock , IL60098

## Medical Treatment Order for
## Patient Housing
(Identification of Special Needs)

 **wellpath**

| Patient Name<br>MURRAY L COBB | Patient Number<br>150495 | Booking Number<br>150495-001 | Birth Date<br>11/11/1968 | Date Of Service<br>2/14/2024 |
|---|---|---|---|---|

Start Date:    2/14/2024        End Date:    5/14/2024

*This form is used to notify custody of patients special needs and accommodations.

### Condition/Disability:

☑ *Housing: Bottom Bunk* ☑ *Housing: Bottom Level*

Physical Limitation: (describe limits)

Other:

### Treatment/Accommodation/Housing Order:

☐ ** *No Items Selected* **

Other:

*Pt approved for personal shoes x90 days.*

### Alert:

☐ *Patient identified has exhibited characteristics of being a potential target for victimization*

☐ *Patient identified has exhibited characteristics of predatory behavior*

Reason for above:

*Per MD Than*

| | |
|---|---|
| Name of Medical Provider: | *MD Than* |
| Name of Nurse: | *Daniel RN* |
| Who was notified on the Correctional Staff? | *Sgt. Class* |
| How were they notified? | *Email* |

| Form Folder and Number: Clinic<br>Form CF11.1 | Form Owner:<br>Karina Purcell | Accreditation:<br>ADA | Active / Last Revision Date:<br>October 6, 2020 |
|---|---|---|---|

*DOUBLE SIDED*

| McHenry County Jail, IL<br>*McHenry County*<br>*2200 N Seminary Ave*<br>*Woodstock , IL60098* | **Medical Treatment Order for**<br>**Patient Housing**<br>(Identification of Special Needs) | |  |
|---|---|---|---|

| Patient Name<br>MURRAY L COBB | Patient Number<br>150495 | Booking Number<br>150495-001 | Birth Date<br>11/11/1968 | Date Of Service<br>1/24/2024 |
|---|---|---|---|---|

Start Date:  *1/24/2024*  End Date:  *4/24/2024*

*This form is used to notify custody of patients special needs and accommodations.*

---

**Condition/Disability:**

☑ *Housing: Bottom Bunk* ☑ *Housing: Bottom Level*

Physical Limitation: (describe limits)

Other:

---

**Treatment/Accommodation/Housing Order:**

☐ *\*\* No Items Selected \*\**

Other:

*Pt approved to have a plastic chair d/t back injury/ surgery, pt has hardware in his back*

**Alert:**

☐ *Patient identified has exhibited characteristics of being a potential target for victimization*

☐ *Patient identified has exhibited characteristics of predatory behavior*

**Reason for above:**

*Per MD*

---

| Name of Medical Provider: | *MD Than* |
|---|---|
| Name of Nurse: | *Daniel RN* |
| Who was notified on the Correctional Staff? | *Sgt. Class* |
| How were they notified? | *Email* |

---

| Form Folder and Number: Clinic<br>Form CF11.1 | Form Owner:<br>Karina Purcell | Accreditation:<br>ADA | Active / Last Revision Date:<br>October 6, 2020 |
|---|---|---|---|

MCHENRY COUNTY JAIL

1/14/24, 4:33 PM

Keefe Communications

### View Conversation

| Resident:<br>MURRAY COBB<br>(150495) | Location:<br>3-1-111 | Subject:<br>double mattress permit | Topic:<br>Medical Kite |
|---|---|---|---|
| Assigned: | Flag: | Ref #:<br>17768701 | Status:<br>Replied |

**MURRAY COBB (150495)** - 1/14/2024 4:20 PM CT

im dealing with very bad pain in back due too hardware in my spine had a fusion L1L2 lamemnnectomy

**NURSE MELISSA** - 1/14/2024 4:33 PM CT

You were already approved for a double mattress. The block officers will be notified that you are allowed a second mat.

SAME MEDICAL DEPT. AS
LAKE COUNTY WELLPATH FOR
MY STAY THEIR I WAS DENIED
EVERY THING. THAT I'M GIVEN
HERE AT MCHENRY COUNTY JAIL
A DIFFERENT ZIP CODE 60098,
WELLPATH HAVE THE SAME RULES/
POLICIES AT BOTH JAILS.

1/1

1/16/24, 12:22 AM                                    Keefe Communications

**View Conversation**

| Resident:<br>MURRAY COBB<br>(150495) | Location:<br>3-1-111 | Subject:<br>i feel like igot bit | Topic:<br>Medical Kite |
|---|---|---|---|
| Assigned: | Flag: | Ref #:<br>17775156 | Status:<br>Replied |

**MURRAY COBB (150495)** - 1/15/2024 8:18 PM CT

there some swelling in the corner of my mouth on the right side i can see some kind of hole

**NURSE Melinda** - 1/16/2024 12:16 AM CT

will be seen at nurse sick call

98.1
136/82
97
84

pt states he thinks he got
bit by a bug/spider

S|A

Minimal swelling noted on the
outer right lower lip and upper
left lip.

1/16/24

States he has not had these
before

m. ledell RN

→possible cold sores

1/1

Only 1 active match was found to your search. You can ▶ Search Deeper or ▶ Search Across All Facilities

## MURRAY LAMONTE COBB

### #L45127-011

Chronic Care, Withdrawal History, Mental Health Patient, Mental Health-Special Needs

Sex: Male
Aliases: CIMIS04382
DOB: 11/11/1968 (Age 55)
Height: 5ft 11in
Weight: 200 lbs
BMI: 34.4
SSN: 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
Agency: County
Location: 4 N : 19 : 1
Patient ID: L45127
Allergies:
NKMA

*(handwritten, right margin: WELL PATH / LAKE COUNTY JAIL / PROVES MEDICAL DEPT / NEW I HAD BAD BACK WELL / BEFORE 11-27-23 WHEN / ISSUED LOW GALLERY PERMITTY / AT LAKE COUNTY JAIL)*

### Summary

## Current Problems

| | Problem | Onset Date | Open Date |
|---|---|---|---|
| 1 | F31.4 Bipolar disorder, current episode depressed, severe, without psychotic features | 05/16/2023 | 06/09/2023 |
| 2 | J44.9 Chronic obstructive pulmonary disease, unspecified | N/A | 04/21/2023 |
| 3 | I50.9 Heart failure, unspecified | N/A | 04/21/2023 |
| 4 | F41.1 Generalized anxiety disorder (Chronic) | 02/21/2023 | 02/21/2023 |
| 5 | M54.5 Low back pain | N/A | 02/09/2023 |
| 6 | E78.5 Hyperlipidemia, unspecified | N/A | 01/30/2023 |
| 7 | E11 Type 2 diabetes mellitus | N/A | 01/06/2023 |
| 8 | I10 Essential (primary) hypertension (Chronic) | N/A | 01/03/2023 |

## Current Medications

| Medication | End Date |
|---|---|
| MELOXICAM15MG<br>1 TAB By Mouth QHS | 02/01/2024 MAR |
| GABAPENTIN300MG<br>1 CAP By Mouth TID | 01/27/2024 MAR |
| ALBUTEROLHFA<br>1 AER By Inhalation QD PRN PRN | 03/23/2024 MAR |
| AMLODIPINE BESYLATE10MG<br>1 TAB By Mouth QD | 04/04/2024 MAR |
| ASPIRIN81MG<br>1 CHW By Mouth QD | 04/21/2024 MAR |
| ATORVASTATIN CALCIUM80 MG<br>1 TAB By Mouth QHS | 03/23/2024 MAR |
| METOPROLOL TARTRATE25MG | 04/21/2024 MAR |

## MURRAY LAMONTE COBB

### #L45127-011

Chronic Care, Withdrawal History, Mental Health Patient, Mental Health-Special Needs

Sex: Male
Aliases: CIMIS04382
DOB: 11/11/1968 (Age 55)
Height: 5ft 11in
Weight: 200 lbs
BMI: 34.4
SSN: 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
Agency: County
Location: 4 N : 19 : 1
Patient ID: L45127
Allergies:
NKMA

Tasks
Future (16)

## Tasks

Viewing 1-10 of 16 Items
1
2
Next >

| | | | |
|---|---|---|---|
| 1<br><br>01/08/2024 | Lab/Blood Draw*<br>At staff request<br>FOBT x1<br><br>provided ot with cup-will provide sample on monday<br>1/8/2024<br><br>[Created by: CMA Counley Toro, Karen at 01/04/2024 1625]<br>[Last modified: Counley Toro CMA, Karen at 01/05/2024 1222] | | Update<br>Notes<br>(none) |
| 1<br><br>01/10/2024 | NP/PA Chart Review<br>At staff request<br>review PSA level, FOBT x3 (annual prostate and colon CA screenings)<br><br>PSA WNL<br><br>[Created by: PA Marchiafava, Dominic at 12/29/2023 0933]<br>[Last modified: Paull NP, Caroline at 01/05/2024 0748] | | Update<br>Notes<br>(none) |
| 1<br><br>01/18/2024 | Psychiatric Follow-up Exam<br>At staff request<br>90 Day Psychiatrist Follow-Up<br><br>[Created by: PsychNP Wicinski, Brianna at 10/27/2023 1831] | | Update<br>Notes<br>(none) |
| 1<br><br>01/20/2024 | Formulary Exception Review<br>At staff request<br>re-order GABAPENTIN 300 MG<br>1 CAP By Mouth BID-as starter stock for cart<br><br>[Created by: LPN Cardona, Cecilia at 12/03/2023 1221]<br>[Last modified: Cardona LPN, Cecilia at 12/07/2023 1750] | Recurs every 1 month until Friday, May 31<br>Cancel all future tasks | Update<br>Notes<br>(none) |
| 1<br><br>01/24/2024 | MFT/LCSW Sick Call<br>At staff request<br>30 DAY SPECIAL NEEDS PROGRESS NOTE<br><br>[Created by: MHPD Barnhart, Marie at 11/23/2023 1201] | Related Problems: F31.4 Bipolar disorder, current episode depressed, severe, without psychotic features<br>Recurs every 1 month until Wednesday, May 1<br>Cancel all future tasks | Update<br>Notes<br>(none) |
| 1<br><br>02/12/2024 | Lab/Blood Draw*<br>At staff request<br>CBC, CMP, FLP, A1c, TSH, T3, T4<br><br>[Created by: NP Paull, Caroline at 11/27/2023 1211] | | Update<br>Notes<br>(none) |
| 1<br><br>02/18/2024 | Chronic Care*<br>At staff request<br>90 Day Chronic Care Visit - CAD S/P stent x1, HTN, HLD, T2DM, chronic pain 2/2 burn/neuropathy<br><br>[Created by: NP Paull, Caroline at 11/27/2023 0918]<br>[Last modified: Marchiafava PA, Dominic at 12/29/2023 0949] | Related Problems: E11 Type 2 diabetes mellitus , E78.5 Hyperlipidemia, unspecified , I10 Essential (primary) hypertension | Update<br>Notes<br>(none) |
| 1 | Formulary Exception Review<br>At staff request | Recurs every 1 month until Friday, May 31<br>Cancel all future tasks | Update<br>Notes |



## Informed Consent for Records Release to Patient

| Name: COBB, MURRAY | ID#: 150495 | DOB: 11/11/1968 |
| Date/Time: 02/27/2024 | Allergies: NKA | Gender: M |

Per your request, your medical records are being provided directly to you. Once the medical records are in your possession, the medical staff cannot guarantee confidentiality of your medical records. You are advised and are fully responsible to take appropriate steps to maintain the privacy and confidentiality of your records, as you deem necessary.

Patient Signature: _Murray Cobb_ Date/Time: 2-27-23

Witness Signature: _____ Date/Time: _____

Witness Printed Name/Title: _____

Por su petición, sus registros médicos se le entregan directamente a usted. Una vez que los registros médicos, están en tu posesión, el personal médico no puede garantizar la confidencialidad de sus registros médicos. Estas informado y eres totalmente responsable para mantener la privacidad y confidencialidad de sus registros como consideres necesario.

Firma del paciente: _____ Fecha/Hora: _____

Witness Signature: _____ Date/Time: _____

Witness Printed Name/Title: _____

HAPPY THANKS GIVING

NOV 23, 2023

TO WHOM IT MAY CONCERN;
I MURRAY L. Cobb, I'M REACHING
OUT TO TRY AND GOOD SOME GOOD
REPRESENTATION ON A 1983 CIVIL
MATTER BEING A 4th AMENDMENT
VIOLATION, DELIBERAT INDIFFERENCE
TO A SERIOUS MEDICAL NEED, ALL
REALLY IS NEEDED IS SOME PROFESSINIOL
LITIGATION I MYSELF HAVE PRESENTED
YOU WITH ALL THE FACTS AND EVIDENCE
NEEDED TO FULLY WIN THIS CASE, AND
IT WILL 100% PROVE DELIBERAT, INTENTIONAL,
KNOWINGLY, WILLINGLY, WANTON, PAIN AND
SUFFERING, IN THE EVIDENCE YOU WILL
FIND 3 SEPERATE FOLLOW UP/REFERRAL'S
FROM 3 SEPERATE DOCTOR'S REFERRING
MURRAY COBB TO LOYOLA MEDICAL BURN
CENTER IN MAYWOOD IL, STARTING
MARCH 8, 2023, JULY 31, 2023, NOV 2, 2023
FOR SCAR TISSUE, KELOIDS ON LEFT
ARM AND ALSO UPPER LEFT CHEST.

PLEASE RESPOND BACK
AS SOON AS POSSIBLE

①

"THE GRIEVANCE'S ARE TWO SIDED"

ATT. L. WADE, I'M WRITTING YOU IN REGARD'S TO MY LEGAL AND MEDICAL ISSUE'S I'VE BEEN DEALING WITH SINCE 1-2-23 THE DAY I WAS ADMITTED TO THE LAKE COUNTY SAIL ON NON CONVICTABLE CHARGE'S MY WITNESS/VICTEM IS UNDER INVESTEGATION RIGHT NOW AS I'M WRITTING YOU, FOR CREDIT CARD FRAUD AGAINST MURRAY L. COBB/CAPITOL ONE/CREDITONE AND SHE'S ABOUT TO BE ARRESTED AND CHARGED, WHILE IN MARCH OF 2023 SHE WAS JUST PLACED ON PROBATION IN DUPAGE COUNTY FOR "POSS. OF CONTROLED SUBSTANCE" I WANT ALL OF THIS BRUNG TO THE LIGHT AS IT HAPPEN'S ALONG WITH ALL OF THE EVIDENCE AGAINST HER THAT I'VE ALREADY PROVIDED TOO YOU, ALSO I VERY STRONGLY FEEL AS IF EVERY TIME WE'RE IN FRONT OF JUDGE STRICTHAND HE SHOW'S VERY, VERY, MUCH BIAS TOWARD'S ME AND MY CASE AS A ATTORNEY YOU MUST SEE AND FEEL IT ALSO, "PLEASE START SHOWING ME HOW GOOD YOU REALLY ARE" I'VE PAID YOU GOOD $ MONEY, I HAVEN'T SEEN ANYTHING POSITIVE HAPPEN ON MY BEHALF YET SIR WE MAY NEED A CHANGE OF VENUE "BIAS

②

I HAVEN'T BEEN PROVEN TO BE GUILTY OF ANY CRIME AS OF TODAY AND WHAT THE STATE AND JUDGE FEEL ABOUT ME or my CHARGE'S IS NOTHING "IT'S ALL ABOUT WHAT CAN BE PROVEN TO 12 JUROR'S THAT MATTER'S" ANY LAWYER SHOULD HAVE A FIELD DAY WITH THE STATE'S "GABRIELLE D. FRANCIS Cobb" NOT creditable For JACK SHIT ON STAND" I'M READY.!!!!!! I'm ALSO READY TO FILE MY 1983 CIVIL SUIT AGAINST THE JAIL/MEDICAL CAN YOU PLEASE MAKE COPIE'S OF THESE DOCUMENT'S AND SEND THEM BACK ALONG WITH Your CORRASPONDANCE WITH THE JAIL/KALFAS ALONG WITH THE COURT Records PERTAINING TO my 2nd ADEQUATE MEDICAL CARE For my BURNS/LUMBAR SPINE/CERVICAL SPINE/SCIOTICA BOTH HIPS/BEING TAKEN off OF my 1800mG OF NERVE DAMAGE MEDICATION NEAUROTON/GABIPENTON, ALSO Your WELCOME TO COME ABOARD MY CIVIL CASE IF INTERESTED IT'S A VERY EASY ONE Cobb v FITCH PART #2 JUST DIFFERENT PLAYERS AND ANOTHER DOCUMENTED MEDICAL SPECIALIST ISSUE 8th AMENDMENT DELIBERATE INDIFFERENCE DON'T MISS THIS TRAIN THERE IS A SEAT For YOU, THINK ABOUT IT, ALSO I'VE RECENTLY BEEN MADE A DIABETIC AGAIN AFTER 3 MONTH'S OUT OF THE BLUE, WITH NO MEDICAL JUST CAUSE

③

PLEASE LISTEN TO ME, I CAN'T MAKE THIS STUFF UP I'VE EVEN BEEN PUT ON DIABETIC MEALS, BUT NEVER CALLED OUT TO DIABETIC NURSE LINE TO CHECK MY BLOOD SUGAR LEVEL, THIS IS BEING DONE BY THE HSA TARYN WIELER IN RETALIATION FOR MY GRIEVANCES CALLING HER PROFESSIONAL MEDICAL IDIOTS.

PLEASE RESPOND AND COME VISIT ME BEFORE COURT 5-10-23 9AM SOMETHING MUST BE DONE TO LOWER MY RANSOM NOT A BOND I'M SURROUNDED BY ACCUSED KILLER'S, ATTEMP MURDERES ARM ABITUALS CHARGES WITH MILLION DOLLAR AND LESS BOND'S THIS IS REDICULOUS PRESENT SOME NEW EVIDENCE OR CHANGE JUDGES THIS ONE IS A TOTAL ASSHOLE

SINCERELY Murray L Cobb