



legal 7243

LEGAL MAIL

RECEIVED

NOV 07 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT