UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MURRAY COBB, | ) |
| Plaintiff, | ) ) ) ) **No. 24-cv-03707** |
| | ) Honorable Edmond E. Chang |
| LAKE COUNTY JAIL, ET AL | ) ) ) |
| Defendant. | ) |

**MOTION TO WITHDRAW FROM ASSIGNMENT PURSUANT TO RULE 83.38**

NOW COMES newly appointed counsel ROGER A. MALAVIA and respectfully request to withdraw from his assignment in this matter and in support thereof states as follows:

1. On September 9, 2024, attorney Roger A. Malavia was appointed counsel for Plaintiff in the above-captioned matter pursuant to counsel's trial bar obligations.

2. Counsel was a solo practitioner who has retired and moved to Alva, Florida since August of 2022. He has no residence in Illinois at the time of this filing and his offices have closed down and only a mailing box is maintained for receipt of professional communications.

3. Counsel has not appeared in a federal court case for almost five years and had only appeared in approximately five federal court matters (never as lead counsel) during a 30-year career consisting of almost exclusively state criminal defense representation; as a result, in counsel's opinion, counsel is not competent to represent the Plaintiff in this type of civil action.

4. Counsel has neither the facility nor the professional capacity to represent Plaintiff in this matter.

5. Counsel understands that this may result in removal from the trial bar as.

1

6. Counsel attempted to immediately file the instant motion but was not linked to CM/ECF and unable to e-file; counsel was not able to receive service from the relevant clerical personnel until September 19, 2024 to enable him to e-file.

7. Counsel respectfully requests to appear remotely for hearing on this motion.

WHEREFORE, counsel Roger Malavia respectfully requests that this Honorable Court grant his Motion to Withdraw From Assignment Pursuant to Local Rule 83.38.

Respectfully submitted

*/s/ Roger A. Malavia*
Roger A. Malavia
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
312-375-3334
malaviaroger@gmail.com

**CERTIFICATE OF SERVICE**

I, Roger Malavia, an attorney, hereby certify that the foregoing Motion to Withdraw was filed on September 25, 2024, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*/s/ Roger A. Malavia*
Roger A. Malavia
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
312-375-3334
malaviaroger@gmail.com