### IN UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MURRAY COBB, )<br>)<br>      Plaintiff, )<br>)<br>) <br>)<br>)<br>LAKE COUNTY JAIL, ET AL )<br>)<br>      Defendant. ) | **No. 24-cv-03707**<br>Honorable Edmond E. Chang |

### NOTICE OF FILING

To:    Clerk of the United States District Court
         Northern District of Illinois
         219 S. Dearborn
         Chicago, IL 60604

     **PLEASE TAKE NOTICE** that on September 25, 2024 before 11:59 P.M., I caused to be filed with the Clerk of the United States District Court, Norther District of Illinois the following attached documents:

     (1) Counsel Roger Malavia's Motion to Withdraw from Assignment Pursuant to Local Rule 83.38.

### NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on September 30, 2024 at 8:30 a.m., or as soon thereafter as counsel shall be heard, we will appear before the Honorable Judge Edmond E. Chang presiding in Courtroom 2341, 219 S. Dearborn, Chicago, IL 60604 and then and there present Counsel Roger Malavia's Motion to Withdraw from Assignment Pursuant to Local Rule 83.38.

                                                            By: *Roger Malavia*
                                                                    Roger A. Malavia

Roger A. Malavia, Esq.
150 N. Wacker Dr., Suite 2400
Chicago, IL 60606
(312) 375-3334
malaviaroger@gmail.com
ARDC#6212128