UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 24-cv-03707 |
| | ) Honorable Edmond E. Chang |
| LAKE COUNTY JAIL, ET AL, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW FROM ASSIGNMENT PURSUANT TO RULE 83.38**

NOW COMES newly appointed counsel Donald N. Novelle and respectfully request to withdraw from his assignment in this matter and in support thereof states as follows:

1. On September 24, 2024, attorney Donald N. Novelle was appointed counsel for Plaintiff in the above-captioned matter pursuant to counsel's trial bar obligations.

2. Counsel is a practicing attorney set to retire on January 1, 2025. Counsel's practice over the past 50 years has been limited to his work as an Assistant State's Attorney, criminal defense representation in state court, and real estate related matters.

3. Counsel has not appeared in a federal court case in more than 20 years and had only appeared in approximately nine federal court matters during a 50 plus year career. Counsel has not appeared in state court in the past three years. Counsel does not believe he has the time, given imminent retirement, or the experience to represent the Plaintiff in this type of civil action.

4. Counsel believed that he had allowed his trial bar status to lapse

1

and will immediately take steps to resign his membership.

5. Counsel respectfully requests to appear remotely for hearing on this motion.

WHEREFORE, counsel Donald N. Novelle respectfully requests that this Honorable Court grant his Motion to Withdraw From Assignment Pursuant to Local Rule 83.38.

Respectfully Submitted,

   S/Donald N. Novelle/October 4, 2024
**NOVELLE & O'DONNELL LTD.**
**DONALD N. NOVELLE**
Attorney for the Plaintiff
2501 Des Plaines Ave.
Riverside, IL 60646
708-344-8180 Office
708-344-0887 Facsimile
Email: timothy.roellig@earthlink.net
Secondary Email: jv.novelleroellig@earthlink.net

## CERTIFICATE OF SERVICE

I**, MARIA RAMOS,** certify that the above Motion has been e-filed via the courts ECF filing system on this 4th day of October 2024.

   S/Maria Ramos/October 4, 2024
   **MARIA RAMOS**