# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Murray Cobb

       Plaintiff,

v.               Case No.: 1:24–cv–03707
                Honorable Edmond E. Chang

Lake County Jail, et al.

       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2024:

  MINUTE entry before the Honorable Edmond E. Chang: The Court recruits attorney John William Rotunno, KL Gates LLP, 70 West Madison, Suite 3300 Chicago, IL 60602, (312) 372–1121, e–mail john.rotunno@klgates.com, to represent the Plaintiff in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11(h) and 83.37. Counsel shall promptly file an appearance. By 12/02/2024, counsel shall file an amended complaint. If counsel believes that filing an amended complaint would be inconsistent with counsel's Rule 11 obligations, then counsel shall file a motion for appropriate relief. The Court notifies recruited counsel that pro bono litigation resources are available on the District's website at http://www.ilnd.uscourts.gov, by clicking on the link to Resources for Pro Bono Attorneys in the Trial Bar. Another resource is an attorney with the Uptown People's Law Center, Mr. Alan Mills, who may be reached at alan@uplcchicago.org. In addition, counsel should review Local Rule 54.1 for the rules addressing the taxation of costs and the limits established by the Judicial Conference of the United States and/or published rates on the Court's website. The Clerk is directed to send a copy of this order to Plaintiff, recruited counsel, and to the PACER Service Center and Systems Department for no–charge use of PACER for this case. (2.) What follows (again) is simply a warning that the Court issues in every attorney–recruitment case; it is not personal to Plaintiff. Plaintiff is alerted that, like any other client who has retained an attorney, he must respect the time and effort of his counsel and must carefully consider all of the advice provided by counsel. Counsel is under no obligation to pursue claims that do not have a reasonable basis in law or in fact. If a recruited attorney withdraws due to the unreasonable conduct or positions of a client, then it is very unlikely that another lawyer will be recruited. Hopefully this will not come to pass, and instead the attorney–client relationship will be a productive one. (3.) The tracking status set for 11/08/2024 is reset to 12/13/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed Notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.