IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY COBB,<br><br>   Plaintiff,<br><br>vs.<br><br>LAKE COUNTY JAIL, *et al.,*<br><br>   Defendants. | Case No. 24-cv-03707<br><br>Honorable Edmond E. Chang |

**MOTION TO WITHDRAW FROM ASSIGNMENT
PURSUANT TO LOCAL RULE 83.38(A)(2)**

  The undersigned counsel, John William Rotunno, respectfully requests leave to withdraw from his assignment in this matter, and in support thereof states as follows:

  1. On October 18, 2024, attorney John William Rotunno was appointed to represent Plaintiff in this matter, pursuant to counsel's trial bar obligations.

  2. Counsel is a practicing attorney at K&L Gates LLP.

  3. Subsequent to entry of the Court's Order, counsel requested a review of client records to determine whether any conflict existed as to any of the defendants named in the Complaint in this action. Counsel has learned that a defendant in this action is currently represented by his firm, K&L Gates LLP. Counsel informed one of his Firm's professional responsibility attorneys of this representation and, upon the advice of counsel, notifies the Court of this conflict of interest.

  4. The conflict of interest referenced above prevents counsel from representing Plaintiff in this action while maintaining compliance with the rules of professional responsibility.

  For the foregoing reason, counsel respectfully moves to withdraw from his assignment to represent the Plaintiff in this action, pursuant to Local Rule 83.38(a)(2) (authorizing a motion to

withdraw from appointment where "[s]ome conflict of interest precludes counsel from accepting the responsibilities of representing the party in the action").

Dated: October 23, 2024 Respectfully submitted,

By: */s/ John William Rotunno*
John William Rotunno
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Tel:  (312) 372-1121
Fax:  (312) 827-8000
john.rotunno@klgates.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October, 2024, I caused the foregoing document to be filed with the Clerk of Court using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

*/s/ John William Rotunno*
John William Rotunno
