THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY COBB (L45127),<br><br>    Plaintiff,<br><br>v.<br><br>LAKE COUNTY SHERIFF'S OFFICE, LAKE COUNTY ILLINOIS, JOHN D. IDLEBURG in his official capacity, RICHARD CLOUSE in his official capacity and personal capacity, NICHOLAS KALFAS, TIMOTHY REIDY, JAHAIRA LOPEZ, WELLPATH, LLC, CINDY WATSON in her official capacity, NICHOLAS PAPANOS, KERRY EHLERT-DONOVAN, CAROLINE PAULL, TARYN WEILER in her official capacity and personal capacity, RUTHANNE K. HALL in her official capacity, RYAN SCIAME, NICHOLAS FONTAINE in his official capacity and personal capacity, and DOE 1,<br><br>    Defendants. | No.: 1:24-cv-03707<br><br>Hon. Edmond E. Chang |

**PLAINTIFF MURRAY COBB'S STATUS REPORT**

In accordance with the Court's January 8, 2025, Order (Dkt. 36), Plaintiff Murray Cobb ("Cobb" or "Plaintiff"), by and through his attorneys, respectfully submit the following Status Report.

    1.    On June 14, 2024, Plaintiff filed his original complaint. (Dkt. 9).

    2.    On December 4, 2024, the Court appointed J. Scott Humphrey to represent Plaintiff and directed him to file an amended complaint by January 8, 2025. (Dkt. 31).

    3.    On January 6, 2025, Plaintiff filed a Motion for an Extension to file his amended complaint ("Motion"). (Dkt. 35). In Plaintiff's Motion, Plaintiff's counsel represented that they

1

may be able to resolve some of the issues Cobb alleges in his original complaint prior to filing the amended complaint. (*Id.*).

4. On January 8, 2025, the Court granted Plaintiff's Motion for an Extension to file the amended complaint by March 6, 2025, and directed Plaintiff to file a status report by March 7, 2025. (Dkt. 36).

5. Plaintiff's counsel has attempted to resolve Plaintiff's issues prior to filing an amended complaint. Specifically, on February 10, 2025, Plaintiff's counsel sent a letter to Defendants John D. Idleburg, Nicholas Kalfas, Taryn Weiler, and Wellpath, LLC requesting certain medical treatment for Plaintiff.

6. The Parties have been in touch regarding the contents of the letter and disagree on the next steps for Plaintiff's care.

7. Thus, on March 6, 2025, Plaintiff, through counsel, filed his amended complaint. (Dkt. 39).

8. Defendants will be served as soon as possible, and in the meantime, Plaintiff has begun collecting potentially discoverable documents.

Dated: March 7, 2025

Respectfully submitted,

*/s/ Katie M. Burnett*
J. Scott Humphrey
Katie M. Burnett
Michael P. O'Donnell
Samantha L. Marchand
**Benesch, Friedlander, Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: shumphrey@beneschlaw.com

2

kburnett@beneschlaw.com

*Attorneys for Plaintiff Murray Cobb*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th of March, 2025 a copy of the foregoing Plaintiff Murray Cobb's Status Report was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, which will send notification of such filing to each of the attorneys who filed an appearance in this case.

                                        */s/ Katie M. Burnett*
                                        Katie M. Burnett