**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Murray Cobb
                  Plaintiff,

v.                                    Case No.: 1:24−cv−03707
                                              Honorable Edmond E. Chang

Nicholas Kalfas, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2025:

       MINUTE entry before the Honorable Edmond E. Chang: Video status hearing held. Counsel for the Plaintiff, the Wellpath Defendants, and the McHenry County Defendants appeared by video. Counsel for the Lake County Defendants appeared by telephone. (1.A.) For service on the Lake County Defendants, including former Lake County Deputy Kalfas, the ASA will be returning the waivers of service after confirming with each individual Defendant. (1.B.) For service on the Wellpath Defendants, defense counsel will confirm whether Defendant Caroline Paull is (or was) an former employee, and the other WellPath Defendants will likely be represented by counsel and thus will be in a position, after the stay is lifted, to return waivers of service. ***All responsive pleading deadlines for all Defendants are suspended for now.*** (2.A.) On the Chapter 11 Bankruptcy, first, the suggestion of bankruptcy, R. 44, cited 24−90563 in the Southern District of Texas, but the lead case (where all filings are posted) is 24−90533. R. 44−2 only attached the interim stay order, and the email subsequently sent by Wellpath's counsel to the courtroom deputy did not provide a copy of the final stay order. In any event, the Amended Final Stay Order is R. 1480 in 24−90533. Although the order is set to expire on 04/30/2025, there is a pending motion to extend it till 05/31/2025, see 24−90533, R. 2044. The hearing on the extension motion is set for 04/30/2025 in the Bankruptcy Court. (2.B.) Wellpath counsel did not know whether stays under 11 U.S.C. 362(a) apply to claims for injunctive relief for constitutional claims. Wellpath counsel suggested that the Plaintiff should seek relief from the stay in Bankruptcy Court, but the question is one in the first instance on whether the stay applies at all, not for relief from it. Wellpath counsel shall confer with bankruptcy counsel and shall supplement the suggestion of bankruptcy (i) to explain whether the Bankruptcy Court granted the extension of the stay to 05/31/2025; (ii) to explain whether 11 U.S.C. 362(a) apply to claims for injunctive relief for constitutional claims, and if so, under what authority; (iii) to attach a copy of the latest−filed version of the proposed Chapter 11 plan and cite the part of the plan that governs how medical−care claims will be handled, or if there is a deadline for a revised version of the plan to be filed, provide the deadline; and (iv) to explain whether, under the proposed plan, cases involving medical−care claims would still be stayed after confirmation of the plan. Any of the parties may, but need not, respond to the supplemental filing by 05/12/2025. (3.) A video status hearing is set for 05/13/2025 at 9:00 a.m. Members of the public and media will be able to call in to listen to the hearing.

The call–in number is (650) 479–3207 and the access code is 2316 903 1425##. Counsel of record will receive an email before the start of the hearing with instructions to log into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.