**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MURRAY COBB, | |
| Plaintiff, | |
| v. | No. 24-cv-3707 |
| LAKE COUNTY SHERIFF'S OFFICE, et al | Judge Edmond E. Chang |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Taryn Weiler, Nicholas Papanos, M.D., Cindy Watson, Kerry Elhert-Donovan, Caroline Paull, and Nicholas Fontaine ("Defendants"), by and through their attorneys, Edward A. Khatskin of HALL & EVANS, LLC, respectfully request a seven-day extension of time to answer or otherwise plead on or before August 15, 2025, and state as follows:

1. Defendants' current deadline to answer or otherwise please is August 8, 2025.

2. Defendants have not been able to timely complete their pleadings.

3. Defendants respectfully request a seven-day extension to file their answers or otherwise plead on August 15, 2025.

4. Defense counsel has spoken to Plaintiff's counsel, and Plaintiff's counsel does not oppose the instant motion.

5. No party will be prejudiced should the Court grant this extension request.

WHEREFORE, Defendants, Taryn Weiler, Nicholas Papanos, M.D., Cindy Watson, Kerry Elhert-Donovan, Caroline Paull, and Nicholas Fontaine respectfully requests that this Court enter an Order granting Defendants leave to file their answers or otherwise plead on or before August 15, 2025, and grant such additional relief as is deemed proper.

        Respectfully submitted,

        WELLPATH, LLC

By: /s/ *Edward Khatskin*
        Ronald E. Neroda – ARDC No. 6297276
        Edward Khatskin – ARDC No. 6319840
        Hall & Evans LLC
        220 North Green St., Second Floor
        Chicago, IL 60607
        (224) 335-7557
        nerodar@hallevans.com
        khatskine@hallevans.com