# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Murray Cobb

                          Plaintiff,

v.                                                  Case No.: 1:24−cv−03707
                                                            Honorable Edmond E. Chang

Nicholas Kalfas, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Defendants Kerry Ehlert−Donovan, Nicholas Fontaine, Nicholas Papanos, Caroline Paull, Cindy Watson, Taryn Weiler's unopposed extension motion to respond to the amended complaint [93] is granted to 08/15/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.