THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY COBB (L45127), | |
| Plaintiff, | |
| v. | No. 1:24-cv-03707 |
| LAKE COUNTY SHERIFF'S OFFICE et al., | Hon. Edmond E. Chang |
| | Hon. Albert Berry, III |
| Defendants. | |

**JOINT STATUS REPORT**

In accordance with the Court's December 9, 2025, Order [ECF No. 144], Plaintiff Murray Cobb ("Cobb" or "Plaintiff") and Defendants Lake County Sheriff's Office, Lake County, Illinois ("Lake County"), Sheriff John D. Idleburg ("Sheriff Idleburg"), Chief Richard Clouse ("Chief Clouse"), Deputy Sheriff Nicholas Kalfas ("Deputy Sheriff Kalfas"), Lieutenant Timothy Reidy ("Lt. Reidy"), Corrections Sergeant Jahaira Lopez ("Sgt. Lopez") (collectively the "Lake County Defendants"), Wellpath Holdings, Inc. Liquidating Trust (the "Liquidating Trust"), Nicholas Papanos, MD ("Dr. Papanos"), Kerry Ehlert-Donovan ("Nurse Ehlert-Donovan"), Caroline Paull ("Nurse Paull"), Taryn Weiler ("H.S.A. Nurse Weiler"), Nicholas Fontana ("H.S.A. Nurse Fontana"), Baby Than ("Dr. Than") (collectively the "Wellpath Defendants"), and Ryan Sciame ("Chief Sciame"), (collectively, "Defendants"), respectfully submit the following Joint Status Report.

  I.  **STATUS OF DISCOVERY**

  1. The parties have continued to engage in fact discovery and are working to resolve outstanding discovery deficiencies. Specifically, on November 3, 2025, and November 25, 2025, Plaintiff and Defendant Chief Sciame, by and through counsel, met and conferred as to certain discovery disputes.

2. On January 26, 2026, pursuant to Plaintiff and Defendant Chief Sciame's meet and confer efforts, Plaintiff served supplemental discovery requests on Defendant Chief Sciame. Defendant Chief Sciame's responses are due February 25, 2026.

3. On January 27, 2026, Plaintiff issued its First Set of Request for Production and First Set of Interrogatories on Defendant Dr. Than. Defendant Dr. Than's responses are due February 26, 2026.

4. On February 9, 2026, Plaintiff noticed the following depositions: Sgt. Lopez, Lt. Reidy, Nurse Ehlert-Donovan, Chief Clouse, Nurse Paull, Deputy Sheriff Kalfas, H.S.A Weiler, Dr. Papanos, H.S.A Fontana, Dr. Than, Sheriff Idleburg, and Chief Sciame. These depositions are tentatively noticed to occur in March, April, and early May subject to the deponents' and counsel's availability. Plaintiff intends to notice additional depositions, including third party depositions, in the coming weeks.

5. In addition, Plaintiff has identified deficiencies in the Wellpath Defendants' discovery responses and intends to serve a deficiency letter on the Wellpath Defendants within the next two weeks to begin resolving these issues.

II. **STATUS OF SETTLEMENT**

1. The parties have not engaged in discussions regarding settlement since Plaintiff's settlement demand letter exchange in September.

2. Plaintiff is agreeable to participate in a settlement conference, if so ordered at this time.

Date: February 10, 2026　　　　　　　　　　Respectfully submitted,

*/s/ Maura Levine-Patton*
J. Scott Humphrey
Maura Levine-Patton
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: shumphrey@beneschlaw.com
mlevine-patton@beneschlaw.com

*Attorneys for Plaintiff Murray Cobb*

*/s/ John Christensen*
John Christensen, Assistant State's Attorney
Lake County State's Attorney's Office
18 N. County Street
Waukegan, IL 60085

*Attorneys for the Lake County Defendants*

*/s/ Andrew Hamilton*
Andrew Hamilton, Assistant State's Attorney
McHenry County State's Attorney's Office
2200 N. Seminary Ave., Ste. 150
Woodstock, IL 60098

*Attorneys for Defendant Chief Sciame*

*/s/ Edward Khatskin*
Ronald E. Neroda – ARDC No. 6297276

Edward Khatskin – ARDC No. 6319840
Hall & Evans LLC
220 North Green St., Second Floor
Chicago, IL 60607
(224) 335-7557
nerodar@hallevans.com
khatskine@hallevans.com

*Attorneys for Wellpath Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2026, a copy of the foregoing Joint Status Report was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, which will send notification of such filing to each of the attorneys who filed an appearance in this case.

*/s/ Maura Levine-Patton*
Maura Levine-Patton